# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NICK MACCHIONE, FACHE, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 20-cv-00998-BAS-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND EXTENSION OF TIME TO RESPOND**<br><br>**[ECF No. 5]** |

　　　　Before the Court is the parties' Joint Motion requesting that Plaintiff be allowed to file a Second Amended Complaint ("SAC") and that Defendant County of San Diego ("County") be granted an extension of time to respond to the SAC. (ECF No. 5.) Plaintiff seeks to amend the parties to the action due to the statewide public health guidance issued on June 18, 2020 requiring face coverings in all indoor public spaces and in some outdoor public spaces where social distancing cannot be maintained. The County seeks additional time to respond to the SAC due to counsel's previously planned vacation.

　　　　Good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the following:

　　　　(1)　Plaintiff shall file the SAC by **June 25, 2020**; and

　　　　(2)　The County shall file a response to the SAC by **July 16, 2020**.

　　**IT IS SO ORDERED.**

**DATED: June 23, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Cynthia Bashant*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge