# Exhibit 1



# County of San Diego

| NICK MACCHIONE, FACHE | HEALTH AND HUMAN SERVICES AGENCY | WILMA J. WOOTEN, M.D. |
|---|---|---|
| AGENCY DIRECTOR | PUBLIC HEALTH SERVICES<br>3851 ROSECRANS STREET, MAIL STOP P-578<br>SAN DIEGO, CA 92110-3134<br>(619) 531-5800 • FAX (619) 542-4186 | PUBLIC HEALTH OFFICER |

## ORDER OF THE HEALTH OFFICER
## AND EMERGENCY REGULATIONS
### (Effective June 4, 2020)

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b) the Health Officer of the County of San Diego (Health Officer) **ORDERS AS FOLLOWS**:

Effective 12:00 a.m. on Thursday, June 4, 2020 and continuing until further notice, the following will be in effect for San Diego County (county):

1. All persons are to remain in their homes or at their place of residence, except for employees or customers travelling to and from essential businesses, reopened businesses, or essential activities as defined in section 21, below, or to participate in individual or family outdoor activity as allowed by this Order.

2. All public or private "gatherings," as defined in section 21 below, are prohibited.

3. All businesses not meeting the definition of essential business or reopened business in section 21 below are referred to in this Order as "non-essential businesses" and shall be and remain closed for the duration of this Order. All essential businesses and reopened businesses must comply with the requirements of this Order. Notwithstanding the foregoing, a non-essential business may remain open if its employees and owners can provide its services from home, including by telecommuting, without direct contact with the public.

4. All public or private schools, colleges, and universities shall not hold classes or other school activities where students gather on the school campus, except for research-related activities in colleges and universities, where necessary to train students who will serve as essential workers and when providing childcare or daycare services provided they conform to the requirements of section 5, below.  Parents of minor children shall take steps to ensure said children are not

participating in activities prohibited by this Order.

5.  Child daycare and child care providers shall operate under the following conditions: i) child care should be carried out in stable groups of 12 (unless a lower number is required by a facility's licensing requirements) or fewer ("stable" means that the same 12 or fewer children are in the same group each day);  ii) children should not change from one group to another; iii) if more than one group of children is cared for at one facility, each group should be in a separate area;  iv) groups should not mix with each other; and v) childcare providers should remain solely with one group of children, to the extent possible. Employees of such businesses, and the children being cared for, are not required to wear face coverings as described in section 9 while present at the daycare of child care facility.  Child daycare and childcare providers shall establish health check and temperature screening requirements to ensure children and employees with a temperature of 100 degrees or above do not enter the facility. Restroom and other surfaces children regularly contact shall be sanitized with a disinfectant effective against coronavirus on a regular schedule and between groups occupying a particular area.

6.  "Non-essential personnel," as defined in section 21 below, are prohibited from entry into any hospital or long-term care facility.  All essential personnel who are COVID-19 positive or show any potential signs or symptoms of COVID-19 are strictly prohibited from entry into hospitals or long-term care facilities. Notwithstanding the foregoing, individuals requiring medical care for COVID-19 or related conditions may be admitted to hospitals or other medical facilities if the hospital or medical facility is appropriate for treating COVID-19 and has adequate precautions in place to protect its patients, medical personnel and staff.

7.  Hospitals and healthcare providers, including dentists shall:
    a.  Take measures to preserve and prioritize resources; and,
    b.  May authorize and perform non-emergent or elective surgeries or procedures based on their determination of clinical need and supply capacity, and where consistent with State guidance.
    c.  Nothing in this Order shall prevent physicians and other healthcare providers from conducting routine preventive care provided it conforms to any applicable State guidance.
    d.  Nothing in this Order shall prevent dentists or dental hygienists from conducting routine preventive care provided it conforms to any applicable State guidance.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

8. Hospitals, healthcare providers, and commercial testing laboratories shall report all COVID-19 test results to the Public Health Officer immediately after such results are received.

9. All persons two year old or older who are present in the county shall have possession of a face covering described in California Department of Public Health Face Covering Guidance issued on April 1, 2020, (available at: https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Face-Coverings-Guidance.aspx ), when they leave their home or place of residence, shall wear the face covering whenever they are in a business or within six feet of another person who is not a member of their family or household. Persons with a medical or mental health condition, or developmental disability that prevents wearing a face covering shall be exempt from this requirement.

10. All essential businesses that allow members of the public to enter a facility must prepare and post a "Social Distancing and Sanitation Protocol" on the form available at: https://www.sandiegocounty .gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/SOCIAL_DISTANCING_AND_SANITATION_PROTOCOL_04022020_V1.pdf ), or on a form required by another governmental entity requiring substantially similar information, for each of their facilities open to the public in the county. The Social Distancing and Sanitation Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees. A copy of the Social Distancing and Sanitation Protocol must also be provided to each employee performing work at the facility. All essential businesses shall implement the Social Distancing and Sanitation Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand. The Social Distancing and Sanitation Protocol must ensure all required measures are implemented and must identify and require measures necessary to implement social distancing are implemented at each facility that will ensure social distancing and sanitation at that particular facility. If the measures identified and implemented are not effective in maintaining proper social distancing and sanitation, the business shall promptly modify its Social Distancing and Sanitation Protocols to ensure proper social distancing and sanitation. Any business that fails to successfully implement social distancing and sanitation may be required to close.

11. All reopened businesses, with the exception of restaurants providing dine-in services, must prepare and post a "Safe Reopening Plan" on the form available at:https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/Community_Sector_Support/BusinessesandEmployers/SafeReopeningPlanTemplate.pdf for each of their facilities in the county. Restaurants providing dine-in services must prepare

Page 3 of 11

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

and post a "COVID-19 Restaurant Operating Protocol" on the form available at

https://www.sandiegocounty.gov/content/dam/sdc/deh/fhd/food/pdf/covid19sdrestaurantoper
atingprotocol_en.pdf for each restaurant in the county. The Safe Reopening Plan or COVID-
19 Restaurant Operating Protocol must be posted at or near the entrance of the relevant facility,
and shall be easily viewable by the public and employees. A copy of the Safe Reopening Plan
or COVID-19 Restaurant Operating Protocol must also be provided to each employee
performing work at the facility. All reopened businesses shall implement the Safe Reopening
Plan or COVID-19 Restaurant Operating Protocol and provide evidence of its implementation
to any authority enforcing this Order upon demand. The Safe Reopening Plan or COVID-19
Restaurant Operating Protocol must ensure all required measures are implemented. If the
measures identified and implemented are not effective in maintaining proper social distancing
and sanitation, the business shall promptly modify its Safe Reopening Plan or COVID-19
Restaurant Operating Protocol to ensure proper social distancing and sanitation. Any business
that fails to comply with its Safe Reopening Plan or COVID-19 Restaurant Operating Protocol
shall immediately close.

12. When the State of California has issued an industry guidance with mandatory and/or suggested
measures to be implemented by a particular type of business or industry, a reopened business
must include all mandatory measures as part of its Safe Reopening Plan. The reopened
business shall include all suggested measures necessary to maintain proper sanitation,
employee screening, social distancing and facial coverings. Any mandatory measures required
by this Order must also be included in the Safe Reopening Plan.

13. All restaurants that allow dine-in services shall also be required to ensure their customers
comply with all of the following measures and shall immediately close if they are not able to
do so:
   a. Customers shall not stand in the restaurant except in the reception area while waiting
   for a table or to pick up take-out food. If customers cannot be socially distanced in the
   reception area they shall wait in their cars or outside of the restaurant in a line with six
   feet between each customer. All members of the party must be present before seating
   and the host must bring the entire party to the table at one time. The customers allowed
   at a table are limited to members of a single household or customers who have asked to
   be seated together at the time a table is requested.
   b. Customers shall be allowed in a restaurant only if they are dining in the restaurant or
   are picking up take-out food.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

    c. No food or beverages shall be served to or consumed by a customer who is not seated at a table designated by the restaurant for dining.

    d. The bar area of a restaurant may be used for table service of food. Alcoholic drinks shall only be served as part of food service.

    e. Customers shall wear face coverings at all times other than while at a table.

    f. Tables designated for dining shall be six feet apart, or separated by barriers or partitions that extend above the heads of customers while seated. Customer shall not be allowed to bring additional chairs to the table that interfere with the six foot separation.

    g. Shared entertainment items such as board games, arcade games and vending machines are prohibited and customers shall not have access to game and entertainment areas such as pool tables or darts.

    h. Any customer that refuses to comply with this section shall be subject to enforcement per Health and Safety Code section 120295.

14. Places of Worship – Effective May 27, 2020, religious services and cultural ceremonial activities may be conducted in conformance with the State Guidance pursuant to sections 11 and 12, above. Given the high risk of this activity, outdoor ceremonies are encouraged and vulnerable members of the population (over 65 years old, compromised immune system or underlying condition) are strongly encouraged to participate through streaming or some other form of remote technology.

15. Each essential business and reopened business shall:

    a. Require all employees to wear face coverings as described in section 9 above; and,

    b. Shall conduct temperature screening of all employees prohibiting employees with a temperature of 100 degrees or more from entering the workplace. Symptom screening (prohibiting employees from entering if they exhibit symptoms as described by the Centers for Disease Control and Prevention) may be used only when a thermometer is not available.

16. Outdoor Recreation

    a. Each public park and recreation area, shall operate in compliance with the Protocol found at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/parks-beaches-social-distancing-protocol.pdf created and implemented by the operator of the park. The public shall not congregate or participate in active sport activities at a park with the exception of members of a single family or household if authorized pursuant to the Protocol applicable to the park. Any park at which the

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Protocol requirements cannot be effectively implemented may be required to close.

b. Campgrounds may be open provided a vacant campsite separates each occupied campsite and each campsite is occupied only by members of the same household.

c. Recreational boating is allowed provided all occupants of a boat are from the same household.

d. For Beaches Only - All parking lots at public beaches shall be closed. Beaches shall be used for walking, running, hiking, equestrian or bicycle riding (where allowed) and for passive activities such as sitting and sunbathing provided all persons on the beach practice social distancing, other than members of the same household. The public shall not congregate or participate in active sport activities on beaches. Swimming, body surfing, boogie boarding, surfing, kite surfing, paddle boarding, kayaking, snorkeling and scuba diving from the shore may be allowed in the ocean and bays connected thereto. Beaches where social distancing requirements cannot be effectively implemented shall close. All other restrictions applicable to beaches pursuant to other sections of this Order shall remain in effect.

e. To enhance recreational opportunities in the county, private and public golf courses and, other public or private outdoor recreational facilities (other than community pools per State order), including recreational equipment (such as bicycle, boat, kayak, equestrian and surfboard) rentals may be open for limited use.

   i. The owner or operator of a golf course shall complete, post and fully implement a Golf Course Physical Distancing & Safety Plan for San Diego County. Golf courses shall conduct temperature screening of all employees, and anyone with a temperature of 100 degrees or higher shall not be permitted to enter the facility.

   ii. The owner or operator of an outdoor recreational facility shall limit use of recreational equipment or areas to individuals able to practice social distancing before, during or after the activity, or members of the same household. The owner or operator shall prepare a Safe Reopening Plan pursuant to section 11 which shall include a requirement that all equipment be sanitized with a disinfectant effective against coronavirus immediately after every use.

   iii. One-on-one outdoor recreation instruction may occur provided the instructor and the student comply with social distancing and face covering requirements in this Order. If equipment is used, it shall not be shared between the instructor and the student, and should be appropriately sanitized, where appropriate.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

17. All essential businesses and reopened businesses that remain in operation in accordance with the Order shall make every effort to use telecommuting for their workforces.

18. A strong recommendation is made that all persons who are 65 years old or older, have a chronic underlying condition, or have a compromised immune system self-quarantine themselves at home or other suitable location.

19. All persons arriving in the county from international locations identified on the Centers for Disease Control and Prevention (CDC) Warning Level 2 or 3 Travel Advisory (available at: https://wwwnc.cdc.gov/travel/notices) shall be subject to 14-day home or other suitable location quarantine and self-monitoring.

20. Persons who have been diagnosed with COVID-19, or who are likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Isolation of All Persons with or Likely to have COVID-19", or as subsequently amended. Persons who have a close contact with a person who either has COVID-19, or is likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Quarantine of Persons Exposed to COVID-19," or as subsequently amended. Both orders are available at: https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/health-order.html. If a more specific isolation or quarantine order is issued to a person, that order shall be followed.

21. For purposes of this Order:
    a. "Essential business" is any business or activity (or a business/activity that employs/utilizes workers) designated by the State Public Health Officer as "Essential Critical Infrastructure Workers" set forth in: https://covid19.ca.gov/img/Essential CriticalInfrastructureWorkers.pdf) as that list may be updated from time-to-time, and referenced in Executive Order N-33-20 issued by the Governor of the State of California. For the purposes of this Order, the following businesses in the Food and Agriculture Sector are considered "groceries" or "other retail that sells food and beverages": grocery stores, corner stores and convenience stores, liquor stores that sell food, farmer's markets, food banks, farm and produce stands, supermarkets, big box stores that sell groceries and essentials, or similar business that sell food so long as the store has a current permit related to the sale of food and/or beverages from the San Diego County Department of Environmental Health.
    b. "Gathering" is any event or convening that brings together more than one person in a single room or single indoor or outdoor space at the same time. A gathering does not

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

include:

    i. A gathering consisting only of members of a single family or household.

    ii. Operations at airports, public transportation or other spaces where persons in transit are able to practice social distancing.

    iii. Operations at essential businesses as defined in section 21a above and reopened businesses as defined in 21f below and where the other requirements set forth in this Order are followed.

c. "Long term care facility" is a facility serving adults that require assistance with activities of daily living, including a skilled nursing facility, and that is licensed by the California Department of Community Care and Licensing, or the California Department of Public Health.

d. "Non-essential personnel" are employees, contractors, or members of the public who do not perform treatment, maintenance, support, or administrative tasks deemed essential to the healthcare mission of the long-term care facility or hospital. Non-essential personnel do not include first responders, nor State, federal, or local officials, investigators, or medical personnel carrying out lawful duties. Non-essential personnel do not include visitors to hospitals and long-term care facilities who are granted entry by the facility's director, or designee, because they are family or friends who are visiting a resident in an end of life or similar situation, are parents or guardians visiting a child who is a patient, or because of any other circumstances deemed appropriate by the facility director, or designee, and where appropriate precautions by the facility that follow federal, State, and local public health guidance regarding COVID-19 are followed.

e. "Social distancing" is maintaining a six-foot separation from all persons except for household members, first responders and medical providers or employees conducting temperature screenings.

f. "Reopened business" is a business that is not an essential business as stated in section 21a above, and has reopened in conformance with the State of California's Resilience Roadmap (available at: https://covid19.ca.gov/roadmap/), as may be subsequently amended, as indicated by the posting of a new State COVID-19 INDUSTRY GUIDANCE for the business. A reopened business may open when the State has posted the applicable COVID-19 INDUSTRY GUIDANCE, the Public Health Officer has posted an acknowledgement of reopened status on the County of San Diego Coronavirus website and the business has complied with the requirements of this Order.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

22. Hotels and lodging establishments – Effective June 2, 2020, all hotels and lodging establishments shall require employees at guest check in to verify compliance with the Order of the State Health Officer regarding operation of hotels and lodging establishments by mandating that guests sign and complete a Guest Certification for Hotels and Lodging Establishments, available at: https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/HotelCertification.pdf. Hotels and lodging establishments shall maintain each guest certification for six months after the date of signature.

23. This Order is issued as a result of the World Health Organization's declaration of a worldwide pandemic of COVID-19 disease, also known as "novel coronavirus."

24. This Order is issued based on scientific evidence regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to COVID-19. The age, condition, and health of a significant portion of the population of the county places it at risk for serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public— such as older adults, and those with underlying health conditions—at significant risk.

25. The actions required by this Order are necessary to reduce the number of individuals who will be exposed to COVID-19, and will thereby slow the spread of COVID-19 in the county. By reducing the spread of COVID-19, this Order will help preserve critical and limited healthcare capacity in the county and will save lives.

26. This Order is issued in accordance with, and incorporates by reference: a) the Declaration of Local Health Emergency issued by the Health Officer on February 14, 2020; b) the Proclamation of Local Emergency issued by the County Director of Emergency Services on February 14, 2020; c) the action of the County Board of Supervisors to ratify and continue both the local health emergency and local emergency on February 19, 2020; d) the Proclamation of a State of Emergency issued by the Governor of the State of California on March 4, 2020; e) Executive Order N-25-20 issued by the Governor of the State of California on March 12, 2020 which orders that "All residents are to heed any orders and guidance of state and local health officials, including but not limited to the imposition of social distancing measures, to control COVID-19"; f) Proclamation 9984 regarding COVID-19 issued by the

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

President of the United States on March 11, 2020; g) Executive Order N-33-20 issued by the Governor of the State of California on March 19, 2020; h) the "Interim Additional Guidance for Infection Prevention and Control for Patients with Suspected or Confirmed COVID-19 in Nursing Homes" issued by the CDC; i) COVID-19 guidance issued by the California Department of Public Health on including, but not limited to the Face Coverings Guidance issued on April 1, 2020; and j) the State of California's "Resilience Roadmap."

27. This Order is issued to prevent circumstances often present in gatherings that may exacerbate the spread of COVID-19, such as: 1) the increased likelihood that gatherings will attract people from a broad geographic area; 2) the prolonged time period in which large numbers of people are in close proximity; 3) the difficulty in tracing exposure when large numbers of people attend a single event or are at a single location; and 4) the inability to ensure that such persons follow adequate hygienic practices.

28. This Order is issued to provide additional opportunities for recreational activities while also requiring additional protections from the spread of COVID-19 to the public who are taking advantage of these opportunities for recreational activities.  And providing additional protections for employees of essential businesses or reopened business and their customers/clients by increasing facial covering requirements and health checks and temperature screening.

29. This Order is issued to protect the public health as businesses are allowed to reopen by requiring businesses to implement procedures necessary to ensure their employees and customers comply with social distancing, sanitation and screening practices.

30. This Order comes after the release of substantial guidance from the Health Officer, the California Department of Public Health, the CDC, and other public health officials throughout the United States and around the world.

31. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the county shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where gatherings may occur.

32. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

33. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

34. Once this Order takes effect it shall supersede the Order of the Health Officer and Emergency Regulations dated May 29, 2020.


**IT IS SO ORDERED:**

Date: June 3, 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

---

## EMERGENCY REGULATIONS

As Director of Emergency Services for the County of San Diego, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and San Diego County Code section 31.103. The following shall be in effect for the duration of the Health Officer Order issued above which is incorporated in its entirety by reference:

> The Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both. (Government Code section 8665.)

Date: June 3, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS