| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| PHILIP MAURIELLO JR., ESQ., SBN: 321227<br>ARETE LAW A.P.C.<br>1511 FELSPAR STREET #3<br>SAN DIEGO, CA 92109 | | |

Attorney for: Plaintiff

E-MAIL ADDRESS (Optional):

TELEPHONE No.: (619) 693-6474    FAX No. (Optional):

Ref No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff: ASHTON FORBES

Defendant: COUNTY OF SAN DIEGO, ET AL

| **NON SERVICE**<br>REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:20-cv-00998-BAS-JLB |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **GOVERNOR GAVIN NEWSOME in his official capacity**

Documents:   SECOND AMENDED SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT WITH EXHIBITS 1-3;

| Date | Time | Results |
|---|---|---|
| 6/30/2020 | 10:45 AM | ATTEMPTED THE STATE CAPITOL AND THE BUILDING IS LOCKED AND CLOSED DUE TO COVID-19. THERE ARE INSTRUCTIONS FOR PROCESS SERVERS ON HOW TO PROCEED TO SERVE. - ROMAN DEVON WHITE |
| | Location: | 1315 10TH STREET, ROOM B-27,  SACRAMENTO, CA 95814 |

Fee for Service: **$ 75.00**
        County: **SACRAMENTO**
        Registration No.: **2019-41**
        **Click Legal Service**
        7209 Plaza De La Costa
        Carlsbad, CA 92009
        (760) 652-9851

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on  July 1, 2020.



Signature: _____
                        **ROMAN DEVON WHITE**

**NON SERVICE REPORT**

Order#: 5021

Doc ID: 415b0e62dd89bf2e14f36d806d7b389b235d3551