| Attorney or Party without Attorney: <br> **PHILIP MAURIELLO JR., ESQ., SBN: 321227** <br> **ARETE LAW A.P.C.** <br> **1511 FELSPAR STREET #3** <br> **SAN DIEGO, CA 92109** <br> TELEPHONE No.: (619) 693-6474      FAX No. (Optional):      E-MAIL ADDRESS (Optional): <br> Attorney for: Plaintiff      Ref No. or File No.: | FOR COURT USE ONLY |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT - FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

Plaintiff: **ASHTON FORBES**
Defendant: **COUNTY OF SAN DIEGO, ET AL**

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: <br> 3:20-cv-00998-BAS-JLB |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **SONIA Y. ANGELL in her official capacity**

Documents: SECOND AMENDED SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT WITH EXHIBITS 1-3;

| Date | Time | Results |
|---|---|---|
| 6/30/2020 | 10:45 AM | ATTEMPTED THE STATE CAPITOL AND THE BUILDING IS LOCKED AND CLOSED DUE TO COVID-19. THERE ARE INSTRUCTIONS FOR PROCESS SERVERS ON HOW TO PROCEED TO SERVE. - ROMAN DEVON WHITE |
| | Location: | 1315 10TH STREET, ROOM B-27, SACRAMENTO, CA 95814 |

Fee for Service: $ .00
County: **SACRAMENTO**
Registration No.: **2019-41**
**Click Legal Service**
7209 Plaza De La Costa
Carlsbad, CA 92009
(760) 652-9851

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 1, 2020.



Signature: _____
**ROMAN DEVON WHITE**

**NON SERVICE REPORT**

Order#: 5022
Doc ID: 415b0e62dd89bf2e14f36d806d7b389b235d3551