THOMAS E. MONTGOMERY, County Counsel (SBN 109654)
County of San Diego
By Timothy M. White, Senior Deputy (SBN 220847)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4865; Fax: (619) 531-6005
E-mail: timothy.white@sdcounty.ca.gov

Attorneys for Defendant,
COUNTY OF SAN DIEGO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO,<br>GOVERNOR GAVIN NEWSOM in his official capacity,<br>SONIA Y. ANGELL in her official capacity, and<br>DOES 1-50,<br><br>  Defendants. | No. 20-CV-00998-BAS-JLB<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>**[Fed. R. Civ. P., Rule 12(b)(6)]**<br><br>Judge:    Hon. Cynthia A. Bashant<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>Hearing Date: Tuesday, Sept. 8, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed:   May 31, 2020<br>Trial Date:     None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD (IF ANY):

NOTICE IS HEREBY GIVEN that on Tuesday, September 8, 2020, or as soon thereafter as this matter may be heard by the above-entitled Court, located at 221 West Broadway, San Diego, in Courtroom 4B (fourth floor), before the Honorable Cynthia A. Bashant, defendant County of San Diego ("County") will, and hereby does, move the

Court for an order dismissing Plaintiff Ashton Forbes' Second Amended Complaint ("SAC") against the County Defendants, in its entirety and with respect to each individual cause of action.

Please take further notice that, per the Court's Standing Order for Civil Cases ("Standing Order"), there is no oral argument unless requested by the Court, and the "hearing date" listed above is used to calculate the briefing schedule for this motion. [Standing Order, § 4(B).] Further, under Standing Order, § 4B, the selected "hearing date" is a Tuesday because Monday, September 7, 2020 is a court holiday.

This motion is brought pursuant to Federal Rules of Civil Procedure, rule 12(b)(6). This motion is made on the grounds that Plaintiff's SAC, and each of five causes of action contained therein, fails to state a claim upon which relief can be granted as to the County, in light of Plaintiffs' failure to plead facts that, if proved, would satisfy the essential elements of those causes of action with respect to the County.

This motion is made following the conference of counsel that took place on June 10, 2020. (Due to the COVID-19 pandemic, and the State and County stay-at-home orders and other public health regulations then in effect, counsel for the parties engaged in a substantive meet-and-confer teleconference, rather than an in-person meeting.)

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Request for Judicial Notice filed herewith and the exhibit(s) attached thereto, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing on this motion, if any such hearing is ordered by the Court.

DATED: July 16, 2020     THOMAS E. MONTGOMERY, County Counsel

By   s/Timothy M. White
TIMOTHY M. WHITE, Senior Deputy
Attorneys for Defendant,
COUNTY OF SAN DIEGO
E-mail: timothy.white@sdcounty.ca.gov