THOMAS E. MONTGOMERY, County Counsel (SBN 109654)
County of San Diego
By Timothy M. White, Senior Deputy (SBN 220847)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4865; Fax:
E-mail: timothy.white@sdcounty.ca.gov

Attorneys for Defendant,
COUNTY OF SAN DIEGO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO,<br>GOVERNOR GAVIN NEWSOM in his official capacity,<br>SONIA Y. ANGELL in her official capacity, and<br>DOES 1-50,<br><br>        Defendants. | No. 20-CV-00998-BAS-JLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>**[Federal Rules of Evidence, Rule 201]**<br><br>Judge:     Hon. Cynthia A. Bashant<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>Hearing Date: Tuesday, Sept. 8, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed:  May 31, 2020<br>Trial Date:    None Set |

Defendant County of San Diego ("County"), in support of its motion to dismiss plaintiff Ashton Forbes' Second Amended Complaint ("SAC"), respectfully requests that the Court take judicial notice, under Federal Rules of Evidence, rule 201, of the following facts, public records and government publications and the medical/scientific data reported therein.

**Supporting Law**

Under Federal Rules of Evidence 201(b): "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." For example, in *Ferreyra v. Decker*, 2020 WL 1989417, at *6 (S.D.N.Y. April 27, 2020), the district court took judicial notice "that COVID-19 causes severe medical complications and has increased lethality amongst people of advanced age, and those with underlying health problems, or both." [*See also, Valenzuela Arias v, Decker*, 2020 WL 1847986, at *4 (S.D.N.Y. April 10, 2020) (taking judicial notice of medical conditions recognized by the CDC as resulting in increased risks of contracting COVID-19 or developing serious, and potentially fatal, complications from the virus).]

Because government publications are matters of public record and can be easily verified, they are proper subjects of judicial notice. [*See Corrie v. Caterpillar, Inc.*, 503 F.3d 974, 978 n.2 (9th Cir. 2007) (explaining that a court may take judicial notice of a government publication); *see also Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of public records that "can be accessed at Santa Monica's official website"); *Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking judicial notice of information concerning the transmission of Lyme Disease from the CDC website). Depending on whether a statement or fact contained in the government publication is reasonably subject to dispute, the Court can – if appropriate – limits its judicial to the publications' existence and the fact that they contain the purported statements, rather than the truth of the statements. [*See Lee v, City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001).]

In *George v. Diaz*, the Northern District of California took "judicial notice of . . . facts that illustrate that the governmental response to the Covid-19 pandemic has evolved in the few short months the pandemic has been in the United States," including that "the Centers for Disease Control first recommended the use of cloth face coverings in public

settings on April 3, 2020." [*George v. Diaz*, 2020 WL 2542020, at \*2–3 (N.D. Cal. May 19, 2020) (citing the CDC's COVID-19 website, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html, as a source of the facts that the court took judicial notice of).] A court can take judicial notice of "public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." [*Gerritsen v. Warner Bros. Entm't Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015) (internal quotations omitted).]

**County's Request for Judicial Notice**

Consistent with the above-discussed law, the County requests that the Court take judicial notice of the following:

1. The World Health Organization, Coronavirus Disease 2019 Situation Report, April 23, 2020 https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200423-sitrep-94-covid-19.pdf?sfvrsn=b8304bf0_4, a true and correct copy of which is attached hereto as Exhibit 1.

2. The Centers for Disease Control and Prevention ("CDC") COVID-19 web site, reporting that as of July 15, 2020, over 3.4 million people have been infected with COVID-19 in the United States, resulting in more than 135,000 deaths. *See* CDC COVID-19 web page, at https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html (last visited 7/15/20), a true and correct copy of which is attached hereto as Exhibit 2.

3. The California Department of Public Health's COVID-19 web site, reported that in California, as of July 15, 2020, more than 340,000 people have tested positive for COVID-19, resulting in over 7,200 deaths. *See* California Coronavirus, COVID-19 Statewide Update, at update.covid19.ca.gov (as of July 15, 2020), a true and correct copy of which is attached hereto as Exhibit 3.

/ / /

/ / /

/ / /

3

4. On July 14, 2020, the State of California reported 11,000 new COVID-19 cases and 140 more deaths (as compared to the day before). *See* California Coronavirus, COVID-19 Statewide Update, at update.covid19.ca.gov (as of July 15, 2020), a true and correct copy of which is attached hereto as Exhibit 3.

5. The County of San Diego reported that as of July 15, 2020, over 21,000 County residents have tested positive for COVID-19, with 448 COVID-19 deaths in the County. *See* County of San Diego COVID-19 Dashboard, at https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/status.html (as of 7/15/20), a true and correct copy of which is attached hereto as Exhibit 4.

6. The CDC's COVID-19 web page titled "How COVID-19 Spreads" (updated June 16, 2020), at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html, a true and correct copy of which is attached hereto as Exhibit 5.

7. The Order of Chief Judge of the Southern District of California, No. 29 (issued June 10, 2020), a true and correct copy of which is attached hereto as Exhibit 6.

8. The World Health Organization web page, *Q&A Masks and COVID-19*, June 7, 2020, subheading *Does WHO advise the use of non-medical, fabric masks in the general public?*, at https://www.who.int/emergencies/diseases/novel-coronavirus-2019/question-and-answers-hub/q-a-detail/q-a-on-covid-19-and-masks (last visited 7/15/20), a true and correct copy of which is attached hereto as Exhibit 7.

9. The CDC's COVID-19 web page titled "Consideration for Wearing Cloth Face Coverings, Help Slow the Spread of COVID-19" at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html (updated 6/28/20, last visited 7/15/20), a true and correct copy of which is attached hereto as Exhibit 8.

10 Governor Newsom's Executive Order N-33-20, issued on March 19, 2020, a true and correct copy of which is attached hereto as Exhibit 9.

/ / /

4

11.    County of San Diego, Public Health Order (effective July 15, 2020), a true and correct copy of which is attached hereto as Exhibit 10.

12.    "Declaration of Local Health Emergency" declared by the County of San Diego's Public Health Officer, Dr. Wilma Wooten, on February 14, 2020, a true and correct copy of which is attached hereto as Exhibit 11.


DATED: July 16, 2020          THOMAS E. MONTGOMERY, County Counsel


By     s/Timothy M. White
         TIMOTHY M. WHITE, Senior Deputy
         Attorneys for Defendant,
         COUNTY OF SAN DIEGO
         E-mail: timothy.white@sdcounty.ca.gov

20cv00998

EXHIBIT 1

# Coronavirus disease 2019 (COVID-19)
## Situation Report – 94



Data as received by WHO from national authorities by 10:00 CEST, 23 April 2020

## HIGHLIGHTS

- The Global Outbreak Alert and Response Network (GOARN) has launched a GOARN COVID-19 Knowledge hub. The hub is designed as a central repository of quality public health information, guidance, tools and webinars which can be accessed freely at any point.

- WHO Director-General Dr. Tedros, in his regular media briefing yesterday, cautioned that "we have a long way to go. This virus will be with us for a long time". He added that "the world cannot go back to the way things were. There must be a "new normal" – a world that is healthier, safer and better prepared". His speech can be found here.

- WHO has published guidance 'Addressing Human Rights as Key to the COVID-19 Response'. The guidance document highlights the importance of integrating a human rights-based approach into the COVID-19 response and highlights key considerations in relation to addressing stigma and discrimination, prevention of violence against women, support for vulnerable populations, quarantine and restrictive measures, and shortages of supplies and equipment.

- All available evidence for COVID-19 suggests that SARS-CoV-2 has a zoonotic source. Many researchers have been able to look at the genomic features of SARS-CoV-2 and have found that evidence does not support that SARS-CoV-2 is a laboratory construct. A constructed virus would show a mix of known elements within genomic sequences – this is not the case. For more details, please see 'subject in focus'.

## SITUATION IN NUMBERS
### total (new cases in last 24 hours)

**Globally**
2 544 792 confirmed (73 657)
175 694 deaths (6689)

**European Region**
1 251 458 confirmed (31 972)
113 336 deaths (3384)

**Region of the Americas**
957 402 confirmed (32 111)
47 812 deaths (3038)

**Eastern Mediterranean Region**
144 450 confirmed (5101)
6469 deaths (143)

**Western Pacific Region**
137 902 confirmed (1632)
5818 deaths (25)

**South-East Asia Region**
36 039 confirmed (2127)
1498 deaths (71)

**African Region**
16 829 confirmed (714)
748 deaths (28)

**WHO RISK ASSESSMENT**
Global Level      Very High

**Figure 1. Countries, territories or areas with reported confirmed cases of COVID-19, 23 April 2020**



Exhibit 1 - 001

## SUBJECT IN FOCUS: Origin of the severe acute respiratory syndrome coronavirus-2 (SARS-CoV-2), the virus causing COVID-19

The first human cases of COVID-19, the disease caused by the novel coronavirus causing COVID-19, subsequently named SARS-CoV-2 were first reported by officials in Wuhan City, China, in December 2019. Retrospective investigations by Chinese authorities have identified human cases with onset of symptoms in early December 2019. While some of the earliest known cases had a link to a wholesale food market in Wuhan, some did not. Many of the initial patients were either stall owners, market employees, or regular visitors to this market. Environmental samples taken from this market in December 2019 tested positive for SARS-CoV-2, further suggesting that the market in Wuhan City was the source of this outbreak or played a role in the initial amplification of the outbreak. The market was closed on 1 January 2020.

SARS-CoV-2 was identified in early January and its genetic sequence shared publicly on 11-12 January. The full genetic sequence of SARS-CoV-2 from the early human cases and the sequences of many other virus isolated from human cases from China and all over the world since then show that SARS-CoV-2 has an ecological origin in bat populations. All available evidence to date suggests that the virus has a natural animal origin and is not a manipulated or constructed virus. Many researchers have been able to look at the genomic features of SARS-CoV-2 and have found that evidence does not support that SARS-CoV-2 is a laboratory construct. If it were a constructed virus, its genomic sequence would show a mix of known elements. This is not the case.

Another coronavirus, SARS-CoV-1, the cause of the Severe Acute Respiratory Syndrome (SARS) outbreak in 2003, was also closely related to other coronaviruses isolated from bats. These close genetic relations of SARS-CoV-1, SARS-CoV-2 and other coronaviruses, suggest that they all have their ecological origin in bat populations. Many of these coronaviruses can also infect several animal species. For example, SARS-CoV-1 infected civet cats and then humans, while the virus causing the Middle East Respiratory Syndrome (MERS-CoV) is found in dromedary camels, and has continued to infect humans since 2012.

All available evidence for COVID-19 suggests that SARS-CoV-2 has a zoonotic source. Since there is usually limited close contact between humans and bats, it is more likely that transmission of the virus to humans happened through another animal species, one that is more likely to be handled by humans. This intermediate animal host or zoonotic source could be a domestic animal, a wild animal, or a domesticated wild animal and, as of yet, has not been identified.

All the published genetic sequences of SARS-CoV-2 isolated from human cases are very similar. This suggests that the start of the outbreak resulted from a single point introduction in the human population around the time that the virus was first reported in humans in Wuhan, China in December 2019.

A number of investigations to better understand the source of the outbreak in China are currently underway or planned, including investigations of human cases with symptom onset in and around Wuhan in late 2019, environmental sampling from markets and farms in areas where the first human cases were identified, and detailed records on the source and type of wildlife species and farmed animals sold in these markets.

Results from these studies are essential to preventing further zoonotic introductions of SARS-CoV-2 into the human population. WHO continues to collaborate with animal health and human health experts, Member States, and other partners to identify gaps and research priorities for the control of COVID-19, including the eventual identification of the source of the virus in China.

Exhibit 1 - 002

## SURVEILLANCE

**Table 1. Countries, territories or areas with reported laboratory-confirmed COVID-19 cases and deaths. Data as of 23 April 2020**[*]

| Reporting Country/ Territory/Area[†] | Total confirmed [‡] cases | Total confirmed new cases | Total deaths | Total new deaths | Transmission classification[§] | Days since last reported case |
|---|---|---|---|---|---|---|
| **Western Pacific Region** | | | | | | |
| China | 84302 | 15 | 4642 | 0 | Clusters of cases | 0 |
| Japan | 11919 | 423 | 287 | 10 | Clusters of cases | 0 |
| Republic of Korea | 10702 | 8 | 240 | 2 | Clusters of cases | 0 |
| Singapore | 10141 | 1016 | 12 | 1 | Clusters of cases | 0 |
| Philippines | 6710 | 111 | 446 | 9 | Clusters of cases | 0 |
| Australia | 6654 | 7 | 74 | 0 | Clusters of cases | 0 |
| Malaysia | 5532 | 50 | 93 | 1 | Clusters of cases | 0 |
| New Zealand | 1112 | 0 | 16 | 2 | Clusters of cases | 1 |
| Viet Nam | 268 | 0 | 0 | 0 | Clusters of cases | 6 |
| Brunei Darussalam | 138 | 0 | 1 | 0 | Sporadic cases | 3 |
| Cambodia | 122 | 0 | 0 | 0 | Sporadic cases | 11 |
| Mongolia | 35 | 1 | 0 | 0 | Sporadic cases | 0 |
| Lao People's Democratic Republic | 19 | 0 | 0 | 0 | Sporadic cases | 10 |
| Fiji | 18 | 0 | 0 | 0 | Sporadic cases | 2 |
| Papua New Guinea | 8 | 1 | 0 | 0 | Sporadic cases | 0 |
| **Territories**[**] | | | | | | |
| Guam | 133 | 0 | 5 | 0 | Clusters of cases | 11 |
| French Polynesia | 57 | 0 | 0 | 0 | Sporadic cases | 1 |
| New Caledonia | 18 | 0 | 0 | 0 | Sporadic cases | 20 |
| Northern Mariana Islands (Commonwealth of the) | 14 | 0 | 2 | 0 | Pending | 5 |
| **European Region** | | | | | | |
| Spain | 208389 | 4211 | 21717 | 435 | Pending | 0 |
| Italy | 187327 | 3370 | 25085 | 437 | Community transmission | 0 |
| Germany | 148046 | 2352 | 5094 | 215 | Community transmission | 0 |
| The United Kingdom | 133499 | 4451 | 18100 | 763 | Community transmission | 0 |
| France | 117961 | 1810 | 21307 | 544 | Community transmission | 0 |
| Turkey | 98674 | 3083 | 2376 | 117 | Community transmission | 0 |
| Russian Federation | 62773 | 4774 | 555 | 42 | Clusters of cases | 0 |
| Belgium | 41889 | 933 | 6262 | 264 | Community transmission | 0 |

Exhibit 1 - 003

| | | | | | | |
|---|---|---|---|---|---|---|
| Netherlands | 34842 | 708 | 4054 | 138 | Community transmission | 0 |
| Switzerland | 28186 | 205 | 1216 | 30 | Community transmission | 0 |
| Portugal | 21982 | 603 | 785 | 23 | Pending | 0 |
| Ireland | 16671 | 631 | 769 | 39 | Pending | 0 |
| Sweden | 16004 | 682 | 1937 | 172 | Pending | 0 |
| Austria | 14924 | 91 | 494 | 31 | Pending | 0 |
| Israel | 14498 | 556 | 189 | 5 | Pending | 0 |
| Poland | 10169 | 313 | 426 | 25 | Pending | 0 |
| Romania | 9710 | 468 | 508 | 25 | Community transmission | 0 |
| Denmark | 7912 | 217 | 384 | 14 | Pending | 0 |
| Belarus | 7281 | 558 | 60 | 5 | Community transmission | 0 |
| Norway | 7250 | 84 | 169 | 6 | Pending | 0 |
| Ukraine | 7170 | 578 | 187 | 13 | Community transmission | 0 |
| Czechia | 7136 | 95 | 210 | 9 | Community transmission | 0 |
| Serbia | 7114 | 224 | 134 | 4 | Pending | 0 |
| Finland | 4129 | 115 | 149 | 8 | Pending | 0 |
| Luxembourg | 3654 | 36 | 80 | 2 | Pending | 0 |
| Republic of Moldova | 2778 | 137 | 76 | 3 | Pending | 0 |
| Greece | 2408 | 7 | 121 | 0 | Pending | 0 |
| Hungary | 2284 | 116 | 225 | 0 | Clusters of cases | 0 |
| Kazakhstan | 2025 | 30 | 19 | 0 | Pending | 0 |
| Croatia | 1950 | 42 | 48 | 0 | Pending | 0 |
| Iceland | 1785 | 7 | 10 | 0 | Community transmission | 0 |
| Uzbekistan | 1716 | 59 | 7 | 1 | Clusters of cases | 0 |
| Estonia | 1559 | 7 | 44 | 1 | Pending | 0 |
| Azerbaijan | 1518 | 38 | 20 | 0 | Clusters of cases | 0 |
| Armenia | 1473 | 96 | 24 | 0 | Clusters of cases | 0 |
| Lithuania | 1398 | 28 | 38 | 0 | Pending | 0 |
| Bosnia and Herzegovina | 1367 | 27 | 52 | 2 | Community transmission | 0 |
| Slovenia | 1353 | 13 | 79 | 2 | Community transmission | 0 |
| North Macedonia | 1259 | 28 | 56 | 1 | Clusters of cases | 0 |
| Slovakia | 1244 | 45 | 14 | 0 | Clusters of cases | 0 |
| Bulgaria | 1024 | 49 | 49 | 4 | Pending | 0 |
| Cyprus | 790 | 6 | 17 | 0 | Clusters of cases | 0 |
| Latvia | 761 | 13 | 11 | 2 | Pending | 0 |
| Andorra | 724 | 1 | 37 | 0 | Community transmission | 0 |
| Albania | 634 | 0 | 27 | 1 | Clusters of cases | 1 |
| Kyrgyzstan | 631 | 19 | 8 | 1 | Pending | 0 |
| San Marino | 488 | 12 | 40 | 0 | Community transmission | 0 |
| Malta | 444 | 1 | 3 | 0 | Pending | 0 |

Exhibit 1 - 004

| | | | | | |
|---|---|---|---|---|---|
| Georgia | 420 | 9 | 5 | 0 | Community transmission | 0 |
| Montenegro | 314 | 1 | 5 | 0 | Clusters of cases | 0 |
| Liechtenstein | 82 | 0 | 1 | 0 | Pending | 4 |
| Monaco | 68 | 0 | 1 | 0 | Sporadic cases | 9 |
| Holy See | 9 | 0 | 0 | 0 | Sporadic cases | 2 |
| **Territories**[**] | | | | | | |
| Kosovo[1] | 630 | 26 | 18 | 0 | Community transmission | 0 |
| Isle of Man | 307 | 0 | 10 | 0 | Pending | 1 |
| Jersey | 255 | 5 | 14 | 0 | Pending | 0 |
| Guernsey | 241 | 2 | 10 | 0 | Community transmission | 0 |
| Faroe Islands | 185 | 0 | 0 | 0 | Pending | 3 |
| Gibraltar | 133 | 0 | 0 | 0 | Clusters of cases | 5 |
| Greenland | 11 | 0 | 0 | 0 | Pending | 17 |
| **South-East Asia Region** | | | | | | |
| India | 21393 | 1409 | 681 | 41 | Clusters of cases | 0 |
| Indonesia | 7418 | 283 | 635 | 19 | Community transmission | 0 |
| Bangladesh | 3772 | 390 | 120 | 10 | Pending | 0 |
| Thailand | 2839 | 13 | 50 | 1 | Pending | 0 |
| Sri Lanka | 330 | 20 | 7 | 0 | Clusters of cases | 0 |
| Myanmar | 127 | 6 | 5 | 0 | Clusters of cases | 0 |
| Maldives | 85 | 2 | 0 | 0 | Clusters of cases | 0 |
| Nepal | 45 | 3 | 0 | 0 | Sporadic cases | 0 |
| Timor-Leste | 23 | 0 | 0 | 0 | Clusters of cases | 2 |
| Bhutan | 7 | 1 | 0 | 0 | Sporadic cases | 0 |
| **Eastern Mediterranean Region** | | | | | | |
| Iran (Islamic Republic of) | 85996 | 1194 | 5391 | 94 | Community transmission | 0 |
| Saudi Arabia | 12772 | 1141 | 114 | 5 | Clusters of cases | 0 |
| Pakistan | 10513 | 764 | 224 | 15 | Clusters of cases | 0 |
| United Arab Emirates | 8238 | 483 | 52 | 6 | Pending | 0 |
| Qatar | 7141 | 608 | 10 | 1 | Pending | 0 |
| Egypt | 3659 | 169 | 276 | 12 | Clusters of cases | 0 |
| Morocco | 3446 | 237 | 149 | 4 | Clusters of cases | 0 |
| Kuwait | 2248 | 168 | 13 | 2 | Clusters of cases | 0 |
| Bahrain | 2027 | 54 | 7 | 0 | Clusters of cases | 0 |
| Oman | 1716 | 102 | 8 | 0 | Clusters of cases | 0 |
| Iraq | 1631 | 29 | 83 | 0 | Clusters of cases | 0 |
| Afghanistan | 1176 | 84 | 40 | 4 | Clusters of cases | 0 |
| Djibouti | 974 | 29 | 2 | 0 | Clusters of cases | 0 |
| Tunisia | 909 | 8 | 38 | 0 | Community transmission | 0 |
| Lebanon | 682 | 0 | 22 | 0 | Clusters of cases | 1 |
| Jordan | 435 | 7 | 7 | 0 | Clusters of cases | 0 |
| Somalia | 286 | 0 | 14 | 0 | Sporadic cases | 1 |
| Sudan | 162 | 22 | 13 | 0 | Sporadic cases | 0 |
| Libya | 60 | 1 | 1 | 0 | Clusters of cases | 0 |

Exhibit 1 - 005

| Syrian Arab Republic | 42 | 0 | 3 | 0 | Community transmission | 1 |
| Yemen | 1 | 0 | 0 | 0 | Pending | 12 |
| **Territories**[**] | | | | | | |
| occupied Palestinian territory | 336 | 1 | 2 | 0 | Clusters of cases | 0 |
| **Region of the Americas** | | | | | | |
| United States of America | 800926 | 24019 | 40073 | 2471 | Community transmission | 0 |
| Brazil | 43079 | 2498 | 2741 | 166 | Community transmission | 0 |
| Canada | 38923 | 1549 | 1871 | 143 | Community transmission | 0 |
| Peru | 17837 | 1512 | 484 | 39 | Community transmission | 0 |
| Chile | 11296 | 464 | 160 | 13 | Community transmission | 0 |
| Ecuador | 10850 | 452 | 537 | 17 | Community transmission | 0 |
| Mexico | 9501 | 729 | 857 | 145 | Community transmission | 0 |
| Dominican Republic | 5300 | 256 | 260 | 15 | Community transmission | 0 |
| Panama | 4821 | 163 | 141 | 5 | Community transmission | 0 |
| Colombia | 4149 | 172 | 196 | 7 | Community transmission | 0 |
| Argentina | 3197 | 124 | 152 | 7 | Community transmission | 0 |
| Cuba | 1189 | 52 | 40 | 2 | Clusters of cases | 0 |
| Costa Rica | 669 | 7 | 6 | 0 | Clusters of cases | 0 |
| Bolivia (Plurinational State of) | 609 | 11 | 37 | 3 | Clusters of cases | 0 |
| Uruguay | 543 | 8 | 12 | 2 | Clusters of cases | 0 |
| Honduras | 510 | 16 | 46 | 0 | Clusters of cases | 0 |
| Guatemala | 316 | 22 | 8 | 0 | Clusters of cases | 0 |
| Venezuela (Bolivarian Republic of) | 288 | 3 | 10 | 0 | Clusters of cases | 0 |
| El Salvador | 237 | 12 | 7 | 0 | Clusters of cases | 0 |
| Jamaica | 233 | 10 | 6 | 0 | Clusters of cases | 0 |
| Paraguay | 213 | 5 | 9 | 1 | Community transmission | 0 |
| Trinidad and Tobago | 115 | 1 | 8 | 0 | Sporadic cases | 0 |
| Barbados | 75 | 0 | 5 | 0 | Clusters of cases | 6 |
| Guyana | 67 | 1 | 7 | 0 | Clusters of cases | 0 |
| Bahamas | 65 | 1 | 9 | 0 | Clusters of cases | 0 |
| Haiti | 58 | 1 | 4 | 1 | Clusters of cases | 0 |
| Antigua and Barbuda | 24 | 1 | 3 | 0 | Clusters of cases | 0 |
| Belize | 18 | 0 | 2 | 0 | Sporadic cases | 8 |
| Dominica | 16 | 0 | 0 | 0 | Clusters of cases | 12 |
| Saint Kitts and Nevis | 15 | 0 | 0 | 0 | Sporadic cases | 2 |
| Saint Lucia | 15 | 0 | 0 | 0 | Sporadic cases | 11 |
| Grenada | 14 | 0 | 0 | 0 | Clusters of cases | 1 |

Exhibit 1 - 006

| | | | | | | |
|---|---|---|---|---|---|---|
| Saint Vincent and the Grenadines | 13 | 1 | 0 | 0 | Sporadic cases | 0 |
| Nicaragua | 10 | 0 | 2 | 0 | Pending | 1 |
| Suriname | 10 | 0 | 1 | 0 | Sporadic cases | 19 |
| **Territories**[**] | | | | | | |
| Puerto Rico | 1298 | 0 | 64 | 0 | Clusters of cases | 1 |
| Martinique | 164 | 1 | 14 | 0 | Clusters of cases | 0 |
| Guadeloupe | 148 | 0 | 12 | 0 | Clusters of cases | 3 |
| Aruba | 100 | 3 | 2 | 0 | Clusters of cases | 0 |
| Bermuda | 98 | 12 | 5 | 0 | Clusters of cases | 0 |
| French Guiana | 97 | 0 | 1 | 0 | Clusters of cases | 2 |
| Sint Maarten | 71 | 3 | 11 | 1 | Clusters of cases | 0 |
| Cayman Islands | 66 | 0 | 1 | 0 | Clusters of cases | 1 |
| United States Virgin Islands | 54 | 0 | 3 | 0 | Clusters of cases | 1 |
| Saint Martin | 38 | 1 | 2 | 0 | Sporadic cases | 0 |
| Curaçao | 14 | 0 | 1 | 0 | Sporadic cases | 14 |
| Falkland Islands (Malvinas) | 12 | 1 | 0 | 0 | Clusters of cases | 0 |
| Montserrat | 11 | 0 | 0 | 0 | Sporadic cases | 9 |
| Turks and Caicos Islands | 11 | 0 | 1 | 0 | Sporadic cases | 6 |
| Saint Barthelemy | 6 | 0 | 0 | 0 | Sporadic cases | 23 |
| Bonaire, Sint Eustatius and Saba | 5 | 0 | 0 | 0 | Sporadic cases | 5 |
| British Virgin Islands | 4 | 0 | 1 | 0 | Sporadic cases | 3 |
| Anguilla | 3 | 0 | 0 | 0 | Sporadic cases | 19 |
| Saint Pierre and Miquelon | 1 | 0 | 0 | 0 | Sporadic cases | 15 |
| **African Region** | | | | | | |
| South Africa | 3635 | 170 | 65 | 7 | Community transmission | 0 |
| Algeria | 2910 | 99 | 402 | 10 | Community transmission | 0 |
| Cameroon | 1163 | 0 | 43 | 0 | Clusters of cases | 2 |
| Ghana | 1154 | 112 | 9 | 0 | Clusters of cases | 0 |
| Côte d'Ivoire | 952 | 36 | 14 | 1 | Clusters of cases | 0 |
| Guinea | 761 | 73 | 6 | 0 | Community transmission | 0 |
| Niger | 662 | 5 | 22 | 2 | Clusters of cases | 0 |
| Burkina Faso | 600 | 19 | 38 | 0 | Community transmission | 0 |
| Nigeria | 541 | 0 | 19 | 0 | Community transmission | 3 |
| Senegal | 442 | 30 | 6 | 1 | Clusters of cases | 0 |
| Democratic Republic of the Congo | 359 | 0 | 25 | 0 | Clusters of cases | 1 |
| Mauritius | 329 | 1 | 9 | 0 | Community transmission | 0 |
| Kenya | 303 | 7 | 14 | 0 | Clusters of cases | 0 |
| Mali | 293 | 35 | 17 | 3 | Clusters of cases | 0 |

Exhibit 1 - 007

| United Republic of Tanzania | 285 | 30 | 10 | 0 | Clusters of cases | 0 |
|---|---|---|---|---|---|---|
| Congo | 186 | 21 | 6 | 0 | Clusters of cases | 0 |
| Gabon | 166 | 10 | 1 | 0 | Clusters of cases | 0 |
| Rwanda | 153 | 3 | 0 | 0 | Clusters of cases | 0 |
| Madagascar | 121 | 0 | 0 | 0 | Clusters of cases | 3 |
| Ethiopia | 116 | 2 | 3 | 0 | Clusters of cases | 0 |
| Liberia | 101 | 0 | 8 | 0 | Clusters of cases | 1 |
| Togo | 88 | 2 | 6 | 0 | Clusters of cases | 0 |
| Equatorial Guinea | 84 | 5 | 1 | 1 | Clusters of cases | 0 |
| Zambia | 74 | 4 | 3 | 0 | Sporadic cases | 0 |
| Cabo Verde | 67 | 0 | 1 | 0 | Sporadic cases | 1 |
| Sierra Leone | 61 | 11 | 1 | 1 | Clusters of cases | 0 |
| Uganda | 61 | 5 | 0 | 0 | Sporadic cases | 0 |
| Benin | 54 | 0 | 1 | 0 | Sporadic cases | 2 |
| Guinea-Bissau | 50 | 0 | 0 | 0 | Sporadic cases | 5 |
| Mozambique | 41 | 2 | 0 | 0 | Sporadic cases | 0 |
| Eritrea | 39 | 0 | 0 | 0 | Sporadic cases | 4 |
| Chad | 34 | 0 | 0 | 0 | Sporadic cases | 1 |
| Eswatini | 31 | 7 | 1 | 0 | Sporadic cases | 0 |
| Zimbabwe | 28 | 0 | 4 | 1 | Sporadic cases | 1 |
| Angola | 24 | 0 | 2 | 0 | Sporadic cases | 2 |
| Malawi | 23 | 5 | 3 | 1 | Sporadic cases | 0 |
| Botswana | 22 | 2 | 1 | 0 | Sporadic cases | 0 |
| Namibia | 16 | 0 | 0 | 0 | Sporadic cases | 17 |
| Central African Republic | 14 | 0 | 0 | 0 | Sporadic cases | 1 |
| Burundi | 11 | 0 | 1 | 0 | Sporadic cases | 1 |
| Seychelles | 11 | 0 | 0 | 0 | Sporadic cases | 16 |
| Gambia | 10 | 0 | 1 | 0 | Sporadic cases | 2 |
| Mauritania | 7 | 0 | 1 | 0 | Sporadic cases | 12 |
| São Tomé and Príncipe | 7 | 3 | 0 | 0 | Sporadic cases | 0 |
| South Sudan | 4 | 0 | 0 | 0 | Sporadic cases | 11 |
| **Territories**[**] | | | | | | |
| Réunion | 410 | 0 | 0 | 0 | Clusters of cases | 1 |
| Mayotte | 326 | 15 | 4 | 0 | Clusters of cases | 0 |
| **Subtotal for all Regions** | **2544080** | **73657** | **175681** | **6689** | | |
| International conveyance (Diamond Princess) | 712 | 0 | 13 | 0 | Not Applicable[††] | 38 |
| **Grand total** | **2544792** | **73657** | **175694** | **6689** | | |

[*]Numbers include both domestic and repatriated cases

[†]The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement.

[‡]Case classifications are based on WHO case definitions for COVID-19.

[§]Transmission classification is based on a process of country/territory/area self-reporting. Classifications are reviewed on a weekly basis and may be upgraded or downgraded as new information becomes available. Not all locations within a given country/territory/area are equally affected; countries/territories/areas experiencing multiple types of transmission are classified in the highest category reported. Within a given transmission category, different countries/territories/areas may have differing degrees of transmission as indicated by the differing numbers of cases, recency of cases, and other factors.

Exhibit 1 - 008

Terms:
- **No cases**: Countries/territories/areas with no confirmed cases (not shown in table)
- **Sporadic cases**: Countries/territories/areas with one or more cases, imported or locally detected
- **Clusters of cases**: Countries/territories/areas experiencing cases, clustered in time, geographic location and/or by common exposures
- **Community transmission**: Countries/area/territories experiencing larger outbreaks of local transmission defined through an assessment of factors including, but not limited to:
  - Large numbers of cases not linkable to transmission chains
  - Large numbers of cases from sentinel lab surveillance
  - Multiple unrelated clusters in several areas of the country/territory/area

** "Territories" include territories, areas, overseas dependencies and other jurisdictions of similar status

[1] All references to Kosovo should be understood to be in the context of the United Nations Security Council resolution 1244 (1999).

†† As the international conveyance (Diamond Princess) is no longer occupied, transmission classification cannot be applied.

Due to differences in reporting methods, retrospective data consolidation, and reporting delays, the number of new cases may not always reflect the exact difference between yesterday's and today's totals. WHO COVID-19 Situation Reports present official counts of confirmed COVID-19 cases, thus differences between WHO reports and other sources of COVID-19 data using different inclusion criteria and different data cutoff times are to be expected.

**Figure 4. Epidemic curve of confirmed COVID-19, by date of report and WHO region through 23 April 2020**



Exhibit 1 - 009

---

**STRATEGIC OBJECTIVES**

WHO's strategic objectives for this response are to:

- Interrupt human-to-human transmission including reducing secondary infections among close contacts and health care workers, preventing transmission amplification events, and preventing further international spread*;
- Identify, isolate and care for patients early, including providing optimized care for infected patients;
- Identify and reduce transmission from the animal source;
- Address crucial unknowns regarding clinical severity, extent of transmission and infection, treatment options, and accelerate the development of diagnostics, therapeutics and vaccines;
- Communicate critical risk and event information to all communities and counter misinformation;
- Minimize social and economic impact through multisectoral partnerships.

*This can be achieved through a combination of public health measures, such as rapid identification, diagnosis and management of the cases, identification and follow up of the contacts, infection prevention and control in health care settings, implementation of health measures for travelers, awareness-raising in the population and risk communication.

---

## PREPAREDNESS AND RESPONSE

- To view all technical guidance documents regarding COVID-19, please go to this webpage.
- WHO has developed interim guidance for laboratory diagnosis, advice on the use of masks during home care and in health care settings in the context of COVID-19 outbreak, clinical management, infection prevention and control in health care settings, home care for patients with suspected novel coronavirus, risk communication and community engagement and Global Surveillance for human infection with COVID-19.
- WHO is working closely with International Air Transport Association (IATA) and have jointly developed a guidance document to provide advice to cabin crew and airport workers, based on country queries. The guidance can be found on the IATA webpage.
- WHO has been in regular and direct contact with Member States where cases have been reported. WHO is also informing other countries about the situation and providing support as requested.
- WHO is working with its networks of researchers and other experts to coordinate global work on surveillance, epidemiology, mathematical modelling, diagnostics and virology, clinical care and treatment, infection prevention and control, and risk communication. WHO has issued interim guidance for countries, which are updated regularly.
- WHO has prepared a disease commodity package that includes an essential list of biomedical equipment, medicines and supplies necessary to care for patients with COVID-19.
- WHO has provided recommendations to reduce risk of transmission from animals to humans.
- WHO has published an updated recommendations for international traffic in relation to COVID-19 outbreak .
- WHO has activated the R&D blueprint to accelerate diagnostics, vaccines, and therapeutics.
- OpenWHO is an interactive, web-based, knowledge-transfer platform offering online courses to improve the response to health emergencies. COVID-19 courses can be found here and courses in additional national languages here.  Specifically, WHO has developed online courses on the following topics:
  - Introduction to Go.Data – Field data collection, chains of transmission and contact follow-up. The Go.Data tool is available globally to WHO staff, member states and partners to support outbreak investigation, focusing on field data collection, contact tracing and visualisation of chains of transmission.

Exhibit 1 - 010

- o A general introduction to emerging respiratory viruses, including novel coronaviruses (available in Arabic, Chinese, English, French, Russian, Spanish, Hindi, Indian Sign Language, Persian, Portuguese, Serbian and Turkish);
- o Clinical care for Severe Acute Respiratory Infections (available in English, French, Russian, Indonesian and Vietnamese);
- o Health and safety briefing for respiratory diseases - ePROTECT (available in Chinese, English, French, Russian, Spanish, Indonesian and Portuguese);
- o Infection Prevention and Control for Novel Coronavirus (COVID-19) (available in Chinese, English, French, Russian, Spanish, Indonesian, Italian, Japanese, Portuguese and Serbian); and
- o COVID-19 Operational Planning Guidelines and COVID-19 Partners Platform to support country preparedness and response (available in English and coming soon in additional languages).
- WHO is providing guidance on early investigations, which are critical in an outbreak of a new virus. The data collected from the protocols can be used to refine recommendations for surveillance and case definitions, to characterize the key epidemiological transmission features of COVID-19, help understand spread, severity, spectrum of disease, impact on the community and to inform operational models for implementation of countermeasures such as case isolation, contact tracing and isolation. Several protocols are available here. One such protocol is for the investigation of early COVID-19 cases and contacts (the "First Few X (FFX) Cases and contact investigation protocol for 2019-novel coronavirus (2019-nCoV) infection"). The protocol is designed to gain an early understanding of the key clinical, epidemiological and virological characteristics of the first cases of COVID-19 infection detected in any individual country, to inform the development and updating of public health guidance to manage cases and reduce the potential spread and impact of infection.

## RECOMMENDATIONS AND ADVICE FOR THE PUBLIC

If you are not in an area where COVID-19 is spreading or have not travelled from an area where COVID-19 is spreading or have not been in contact with an infected patient, your risk of infection is low. It is understandable that you may feel anxious about the outbreak. Get the facts from reliable sources to help you accurately determine your risks so that you can take reasonable precautions (see Frequently Asked Questions). Seek guidance from WHO, your healthcare provider, your national public health authority or your employer for accurate information on COVID-19 and whether COVID-19 is circulating where you live. It is important to be informed of the situation and take appropriate measures to protect yourself and your family (see Protection measures for everyone).

If you are in an area where there are cases of COVID-19 you need to take the risk of infection seriously. Follow the advice of WHO and guidance issued by national and local health authorities. For most people, COVID-19 infection will cause mild illness however, it can make some people very ill and, in some people, it can be fatal. Older people, and those with pre-existing medical conditions (such as cardiovascular disease, chronic respiratory disease or diabetes) are at risk for severe disease (See Protection measures for persons who are in or have recently visited (past 14 days) areas where COVID-19 is spreading).

## CASE DEFINITIONS

WHO periodically updates the Global Surveillance for human infection with coronavirus disease (COVID-19) document which includes case definitions.

For easy reference, case definitions are included below.

**Suspect case**

A. A patient with acute respiratory illness (fever and at least one sign/symptom of respiratory disease, e.g., cough, shortness of breath), AND a history of travel to or residence in a location reporting community transmission of

Exhibit 1 - 011

COVID-19 disease during the 14 days prior to symptom onset.

**OR**

B.   A patient with any acute respiratory illness AND having been in contact with a confirmed or probable COVID-19 case (see definition of contact) in the last 14 days prior to symptom onset;

**OR**

C.   A patient with severe acute respiratory illness (fever and at least one sign/symptom of respiratory disease, e.g., cough, shortness of breath; AND requiring hospitalization) AND in the absence of an alternative diagnosis that fully explains the clinical presentation.

**Probable case**

A.   A suspect case for whom testing for the COVID-19 virus is inconclusive.

a.   Inconclusive being the result of the test reported by the laboratory.

**OR**

B.   A suspect case for whom testing could not be performed for any reason.

**Confirmed case**

A person with laboratory confirmation of COVID-19 infection, irrespective of clinical signs and symptoms.

- Technical guidance for laboratory testing can be found here.

**Definition of contact**

A contact is a person who experienced any one of the following exposures during the 2 days before and the 14 days after the onset of symptoms of a probable or confirmed case:

1.   Face-to-face contact with a probable or confirmed case within 1 meter and for more than 15 minutes;
2.   Direct physical contact with a probable or confirmed case;
3.   Direct care for a patient with probable or confirmed COVID-19 disease without using proper personal protective equipment[1];  OR
4.   Other situations as indicated by local risk assessments.

Note: for confirmed asymptomatic cases, the period of contact is measured as the 2 days before through the 14 days *after the date on which the sample was taken* which led to confirmation.

**Definition of COVID-19 death**

COVID-19 death is defined for surveillance purposes as a death resulting from a clinically compatible illness in a probable or confirmed COVID-19 case, unless there is a clear alternative cause of death that cannot be related to COVID disease (e.g. trauma). There should be no period of complete recovery between the illness and death.

Further guidance for certification and classification (coding) of COVID-19 as cause of death is available here.

---

[1] World Health Organization. Infection prevention and control during health care when COVID-19 is suspected
https://www.who.int/publications-detail/infection-prevention-and-control-during-health-care-when-novel-coronavirus-(ncov)-infection-is-suspected-20200125

Exhibit 1 - 012

EXHIBIT 2

 Centers for Disease
Control and Prevention

# Coronavirus Disease 2019 (COVID-19)

# Cases in the U.S.

Updated July 15, 2020                              Print

| TOTAL CASES | TOTAL DEATHS |
|---|---|
| **3,416,428** | **135,991** |
| 60,971 New Cases* | 773 New Deaths* |



**Want More Data?**
CDC COVID Data Tracker

## Cases by Jurisdiction

This map shows COVID-19 cases reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the maps to see the number of cases reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



Reported Cases

○ 0 to 1,000          ○ 1,001 to 5,000
○ 5,001 to 10,000      ○ 10,001 to 20,000
○ 20,001 to 40,000     ○ 40,001 or more

AS  GU  MH  FM  MP  PW  PR  VI

Jurisdictions

Add U.S. Map to Your Website

Exhibit 2 - 001

## Deaths by Jurisdiction

This map shows COVID-19 cases reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the maps to see the number of deaths reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



AS | GU | MH | FM | MP | PW | PR | VI

Jurisdictions

Add U.S. Map to Your Website



## Cases & Deaths by County

Select a state to view the number of cases and deaths by county. This data is courtesy of USAFacts.org

Select a State

View County Data

## New Cases by Day

The following chart shows the number of new COVID-19 cases reported each day in the U.S. since the beginning of the outbreak. Hover over the bars to see the number of new cases by day.

Exhibit 2 - 002



☐ Cases  ☐ 7-Day Average    Reset

The 7-Day moving average of new cases (current day + 6 preceding days / 7) was calculated to smooth expected variations in daily counts.

| View Data | + |
| --- | --- |

## Cases & Deaths among Healthcare Personnel

Data were collected from 2,722,448 people, but healthcare personnel status was only available for 573,445 (21.1%) people. For the 99,855 cases of COVID-19 among healthcare personnel, death status was only available for 66,045 (66.1%).

| CASES AMONG HCP | DEATHS AMONG HCP |
| --- | --- |
| 99,855 | 531 |

---

### Previous Data

CDC has moved the following information to the Previous U.S. COVID-19 Case Data page.

- Level of community transmission by jurisdiction — last updated May 18, 2020
- Total number of cases by day — last updated April 28, 2020
- Number of cases by source of exposure — last updated April 16, 2020
- Number of cases from Wuhan, China and the Diamond Princess cruise — last updated April 16, 2020
- Number of cases by illness start date — last updated April 15, 2020

---

## More Information

COVIDView – A Weekly Surveillance Summary of U.S. COVID-19 Activity

Previous U.S. COVID-19 Case Data

FAQ: COVID-19 Data and Surveillance

Testing Data in the U.S.

World Map

Exhibit 2 - 003

Health Departments

Page last reviewed: July 15, 2020

## COVID-2019 Menu

 Coronavirus Home

 Your Health

 Community, Work & School

 Healthcare Workers

 Laboratories

 Health Departments

 Cases, Data & Surveillance

 More Resources

Exhibit 2 - 004

EXHIBIT 3





California Coronavirus
**COVID-19 Statewide Update**    <u>COVID-19 Response</u>    <u>COVID-19 Contributions</u>    <u>COVID-19 Solutions</u>    <u>COVID-19 Toolkit</u>

# COVID-19 Statewide Update

## Update for July 15, 2020

California now has **347,634** confirmed cases of COVID-19, resulting in **7,227** deaths. The number of COVID-related deaths increased by **2.0** percent from Monday's total of 7,087. The number of COVID-19 diagnostic test results in California reached a total of **5,793,276** an increase of **118,321** tests since Monday. The rate of positive tests over the last 14 days is **7.2** percent. California's hospitalizations due to COVID-19 increased by **41** from Monday.

Updated July 15, 2020 at 11:00 a.m. with data from July 14.

## How are COVID-19 cases progressing?

There were 11,126 new confirmed cases Tuesday. Numbers may not represent true day-over-day change as reporting of test results can be delayed. The total number of deaths is 7,227, an increase of 140 from Monday.



## What is the current state of test results reported?

Note:  4/3 and 4/22 testing counts have been adjusted in charts to correct for anomalous reported values.

Exhibit 3 - 001



## Who is getting infected with COVID-19?

The distribution of confirmed COVID-19 cases reveals significant disparities within California's overall racial and ethnic demographics, with Latino and Native Hawaiian / Pacific Islander groups having a disproportionate share of cases relative to their share of the population. Additional disparities are evident in COVID-19 deaths, as seen here. California adults who are Black, Latino, or Native Hawaiian / Pacific Islander have disproportionately more deaths for their share of the population. Structural racism, poverty and the increased likelihood of having underlying conditions, such as heart disease and asthma, are likely to contribute to this disparity. While male and female Californians have a similar rate of confirmed cases, males account for a greater percentage of total deaths.

Note: Percentages may not add up to 100% due to rounding. Ethnicity of deceased is available for a subset of the total number of deaths as reported by law enforcement. In percent of California population, Other appears as zero because it is not used in making population estimates.

Grey line denotes percent of total California population



Exhibit 3 - 002

# How are COVID-19 cases progressing in each county?



| | ses by County | | | |
|---|---|---|---|---|
| Positive Cases | New | | Total Deaths | New Deaths |
| Los Angeles | 140,632 | | | |
| Riverside | 27,850 | | | |
| Orange | 26,915 | | | |
| San Diego | 20,887 | | | |
| San Bernardino | 20,489 | | | |
| Fresno | 8,941 | | | |
| Alameda | 8,388 | | | |

+ Show All

Go to Tableau Public
Undo
Redo

# How many hospitalizations are there?

On Tuesday, there were 41 more hospitalizations due to confirmed COVID-19 and 21 more cases in intensive care units.

## Positive COVID-19 hospital patients

Exhibit 3 - 003



+6 Patients
+3.0% Increase

## Where are COVID-19 hospitalized patients located in California?

The largest number of persons hospitalized with confirmed COVID-19 (2,173) is in Los Angeles County, followed by 722 in Orange County and 603 in San Bernardino County.

## Number of positive COVID-19 hospital patients

Exhibit 3 - 004

7/15/2020                                          COVID-19 Statewide Update



Patients per 100K
Patients by County

+ Show All

| Positive Patients | Positive ICU Patients | Suspected Patients | Suspected ICU Patients |

| | |
|---|---|
| Los Angeles | 2,173 |
| Orange | 722 |
| San Bernardino | 603 |
| Riverside | 550 |
| San Diego | 394 |
| Kern | 245 |
| Fresno | 219 |

Go to Tableau Public
Undo
Redo
Reset
Share
Download

[Department of Public Health](#)     [Governor's Newsroom](#)     [Accessibility](#)     [Privacy Policy](#)     [Feedback](#)

Official California State Government Website

Back to Top      Conditions of Use      Privacy Policy      Accessibility      Contact Us

Copyright © 2020 State of California

System time: 7/15/2020 1:11:44 PM (UTC-08:00) Pacific Time (US & Canada) | PST: 7/15/2020 1:11:44 PM

Exhibit 3 - 005

EXHIBIT 4

7/15/2020                                    Local Situation

# <u>Coronavirus Disease 2019 Information</u>

 Coronavirus Disease 2019

## Coronavirus in San Diego County

The County of San Diego is working closely with federal and state agencies and the local healthcare community to monitor and test for the COVID-19 virus in the region. For information about coronavirus disease nationwide, visit the **CDC website**.

# County of San Diego Coronavirus Disease (COVID-19) Dashboard

**Mobile Version of Dashboard**

# County of San Diego COVID-19 Triggers Dashboard

**Triggers for Modifying Health Officer Orders**

**Mobile Version of Triggers Dashboard**

The table below provides information about positive cases of COVID-19 in San Diego County.

**This table will be updated daily around 5:00 p.m.**

| Positive Cases in San Diego County Since February 14, 2020 Coronavirus Disease 2019 (COVID-19) *Table updated July 15, 2020, with data through July 14, 2020.* | | | |
|---|---|---|---|
| **COVID-19 Case Summary** | **San Diego County Residents** | | |
| **Total Positives** | **21,446** | | |
| **Selected Characteristics** | **Count** | **%** | **Rate per 100,000** |
| **Age Groups** | | | |
| 0-9 years | 642 | 3.0% | 148.1 |
| 10-19 years | 1,481 | 6.9% | 341.5 |
| 20-29 years | 5,325 | 24.9% | 1003.0 |
| 30-39 years | 4,069 | 19.0% | 830.4 |
| 40-49 years | 3,080 | 14.4% | 771.7 |
| 50-59 years | 3,041 | 14.2% | 751.9 |
| 60-69 years | 1,902 | 8.9% | 558.9 |

Exhibit 4 - 001

| | | | |
|---|---|---|---|
| 70-79 years | 1,008 | 4.7% | 504.3 |
| 80+ years | 878 | 4.1% | 732.7 |
| Age Unknown | 20 | — | — |
| **Gender** | | | |
| Female | 10,933 | 51.3% | 657.9 |
| Male | 10,387 | 48.7% | 614.6 |
| Unknown | 126 | — | — |
| Hospitalizations | 2,093 | 9.8% | — |
| Intensive Care | 546 | 2.5% | — |
| Deaths | 448 | 2.1% | — |

# Additional Data on San Diego County COVID-19 Cases

**COVID-19 Testing and Cases**

- **Percentage of Positive COVID-19 Cases Among Tests by Date Reported** (7/15/20)
- **Confirmed COVID-19 Cases by Date of Illness Onset** (7/15/20)
- **Summary of County of San Diego COVID-19 Cases by City of Residence** (7/15/20)
- **Map of Cases by City of Residence** (7/15/20)
- **Summary of County of San Diego COVID-19 Cases by Race/Ethnicity** (7/15/20)
- **Summary of County of San Diego COVID-19 Cases by Zip Code** (7/15/20)

**COVID-19-Associated Hospitalizations**

- **COVID-19-Associated Hospitalizations by Date of Admission** (7/15/20)
- **Summary of County of San Diego COVID-19 Cases that Required Hospitalization** (7/15/20)

**COVID-19-Associated Deaths**

- **COVID-19-Associated Deaths by Date of Death** (7/15/20)
- **Summary of County of San Diego COVID-19 Deaths by Demographics** (7/15/20)

**Daily Status Update** (7/15/20)

**Latest News Briefing Slides**

# Weekly COVID-19 Surveillance Report

**COVID-19 Watch**—The San Diego County Coronavirus Disease 2019 (COVID-19) Weekly Surveillance Report is updated every Tuesday. (Data through week ending 7/11/20)

**Subscribe to the COVID-19 Watch**

Exhibit 4 - 002

7/15/2020                                                           Local Situation

Exhibit 4 - 003

EXHIBIT 5

 Centers for Disease
Control and Prevention

## Coronavirus Disease 2019 (COVID-19)

# How COVID-19 Spreads

Updated June 16, 2020                                           Print Page

COVID-19 is thought to spread mainly through close contact from person-to-person. Some people without symptoms may be able to spread the virus. We are still learning about how the virus spreads and the severity of illness it causes.

## Person-to-person spread

**The virus is thought to spread mainly from person-to-person.**

- Between people who are in close contact with one another (within about 6 feet).
- Through respiratory droplets produced when an infected person coughs, sneezes, or talks.
- These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
- COVID-19 may be spread by people who are not showing symptoms.

## The virus spreads easily between people

How easily a virus spreads from person-to-person can vary. Some viruses are highly contagious, like measles, while other viruses do not spread as easily. Another factor is whether the spread is sustained, which means it goes from person-to-person without stopping.

**The virus that causes COVID-19 is spreading very easily and sustainably between people.** Information from the ongoing COVID-19 pandemic suggests that this virus is spreading more efficiently than influenza, but not as efficiently as measles, which is highly contagious. In general, **the more closely a person interacts with others and the longer that interaction, the higher the risk of COVID-19 spread.**

## The virus may be spread in other ways

It may be possible that a person can get COVID-19 by **touching a surface or object that has the virus on it** and then touching their own mouth, nose, or possibly their eyes. This is not thought to be the main way the virus spreads, but we are still learning more about how this virus spreads.

## Spread between animals and people

- At this time, the risk of COVID-19 spreading **from animals to people** is considered to be low. Learn about COVID-19 and pets and other animals.
- It appears that the virus that causes COVID-19 can spread **from people to animals** in some situations. CDC is aware of a small number of pets worldwide, including cats and dogs, reported to be infected with the virus that causes COVID-19, mostly after close contact with people with COVID-19. Learn what you should do if you have pets.

## Protect yourself and others

**The best way to prevent illness is to avoid being exposed to this virus.** You can take steps to slow the spread.

- Maintain good social distance (about 6 feet). This is very important in preventing the spread of COVID-19.
- Wash your hands often with soap and water. If soap and water are not available, use a hand sanitizer that contains at least 60% alcohol.

Exhibit 5 - 001

- [Routinely clean and disinfect](#) frequently touched surfaces.
- Cover your mouth and nose with a [cloth face covering](#) when around others.

Learn more about what you can do to [protect yourself and others](#).

| More Information |
| --- |
| [ASL Video Series: How does COVID-19 Spread?](#) |

Page last reviewed: June 16, 2020

## COVID-2019 Menu

 Coronavirus Home

 Your Health

 Community, Work & School

 Healthcare Workers

 Laboratories

 Health Departments

 Cases, Data & Surveillance

 More Resources

Exhibit 5 - 002

# EXHIBIT 6

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

```
┌─────────────────────────────────┐
│           FILED                 │
│        JUN 1 0 2020             │
│   CLERK US DISTRICT COURT       │
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY              ᶜʷ      DEPUTY   │
└─────────────────────────────────┘
```

|  |  |  |
|---|---|---|
| In the matter of | ) | |
| | ) | **Order of the** |
| INTERIM SAFETY PROTOCOLS | ) | **Chief Judge No.** 29 |
| FOR IN-PERSON COURT | ) | |
| PROCEEDINGS | ) | |
| | ) | |
| _____ | ) | |

Upon the recommendations of the Strategic Committee on Resumption of Regular Court Proceedings, the Court hereby adopts the following safety protocols for in-person court proceedings conducted in the United States District Court for the Southern District of California. These protocols will apply in the Edward J. Schwartz Courthouse, the James M. Carter and Judith N. Keep Courthouse, the Jacob Weinberger Bankruptcy Courthouse, and the El Centro United States Courthouse.

### General Considerations to Ensure Safety

1.     Witnesses, parties, jurors, attorneys, and the public are entitled to reasonable assurances of safety while participating in the trial process and other in-person court proceedings.

2.     The Court will regularly continue to provide information to the public on its website explaining the safety protocols and practices of the district court.

3.     No person will be admitted to the court without a face covering or mask, which shall always be worn in public areas of the courthouse. Visitors may bring other items of personal protective equipment (PPE) with them. Additionally, court personnel will maintain limited supplies of PPE in the courtrooms, including masks, face shields, hand sanitizers, and gloves. These

Exhibit 6 - 001

items will be distributed as necessary in compliance with health and safety laws, regulations, and Court orders.

4.    Court Security Officers (CSOs) will screen all visitors entering the court as required by Order of the Chief Judge No. 17-A (Visitor Restrictions). No person who is or should be in quarantine is authorized to enter the court. No person who has a fever, cough, or other symptoms of COVID-19 may enter the court.

5.    While in the courthouse, all persons will strive to maintain a distance of at least six feet between themselves and others. An exception applies for members of the same family who reside in the same household.

6.    Signage will be placed in the elevator bays, limiting the number of people who may ride at the same time. Limits on elevator occupancy will be based on the respective courthouse facility. An exception applies for members of the same family who reside in the same household.

7.    GSA will disinfect and clean all courtrooms after each day's court session. Additionally, surfaces will be wiped down with disinfecting wipes as needed during and after separate court proceedings. High-touch surfaces throughout the courthouses, including public counters, public door handles, and elevator call buttons will be disinfected multiple times throughout the day.

8.    If the Court is notified of a positive test by a courthouse employee or visitor, it will follow the CDC Interim Recommendations for U.S. Community Facilities with Suspected/Confirmed Coronavirus Disease 2019 (COVID-19), as may be amended or supplemented.

### Number and Location of People in the Courtroom

1.    The number of individuals in a courtroom will be kept to a minimum, subject to the discretion of the Judge. The occupancy rate in the courtroom will adhere to physical distancing protocols.

2.    Court proceedings will remain open to the public. Priority seating will be given to parties and participants in a case, victims in criminal cases, family

Exhibit 6 - 002

members and supporters of criminal defendants, the media, and to the general public as available. At the discretion of the Judge, spectators may be permitted to sit in the jury box.

3.      The Judge will determine how to prioritize access to the courtroom in multi-party cases, based on the space availability of the courtroom. CSOs will assist the Judge with directing seating. If CSOs are not present, counsel will ensure that their clients wait outside the courtroom until their case is called. Counsel should check in with the courtroom deputy by email upon arrival outside the courtroom. Counsel must not approach the courtroom deputy to check-in or for any other purpose. Remote check-in by text or other means may be allowed by prior arrangement with the courtroom deputy. The Judge will make the final determination on the number of individuals who are allowed in the courtroom at the same time.

4.      In consultation with counsel, the Judge will determine the number of witnesses who may be present in the courtroom at any given time.

5.      Counsel and parties will comply with social distancing requirements while seated at counsel table. However, Judges will accommodate counsels' need to confer with their clients while court is in session and considering social distancing requirements by, for example, permitting counsel and clients to text, rather than verbally confer or pass notes back and forth while court is in session.

6.      Questioning of witnesses will be performed from counsel table.

## Safety Measures Taken During Court Proceedings

1.      Courtrooms will be equipped with masks, face shields, hand sanitizer, disinfecting wipes for hard surfaces and gloves. The supply of such equipment is limited. Counsel should make every effort to ensure that their clients and witnesses bring their own mask or face coverings to court. Counsel, their clients, and witnesses are also encouraged to bring their own water in plastic bottles.

Exhibit 6 - 003

2.      Masks will be required for all participants, jurors, and spectators in the courtroom. During in-court proceedings, the Judge may authorize the removal of masks or face coverings by a testifying witness or other court participants, provided that required social distancing and other protective measures are observed.

3.      Disinfecting wipes will be available for headsets. Interpreters and Deputy U.S. Marshals, when present in court, will assist with distributing headsets. Headsets will be sanitized after each use.

4.      The witness stand counter area and microphone will be sanitized by courtroom staff after the testimony of each witness.

5.      Hand sanitizer and tissues will be available outside each courtroom. All participants must wash or sanitize hands prior to entering the courtroom.

6.      In the Judge's discretion, courtroom doors may remain open during court proceedings.

### Taking of Testimony and Exhibits

1.      The Judge will determine if witness testimony is to be conducted in person or by Video Teleconferencing (VTC), after conferring with counsel.

2.      In the discretion of the Judge, witnesses may be permitted to testify from suitable locations in the courtroom other than the witness stand.

3.      Attorneys should not approach a witness, opposing counsel, or the bench; rather, courtroom technology should be used to display exhibits to the witness, to the Court, and to opposing counsel. Courtroom deputies will assist counsel in displaying exhibits. Counsel will wear gloves while using the Elmo and will sanitize the equipment after each use.

4.      To the extent possible, paper exhibits are prohibited. Counsel should upload exhibits to a thumb drive and provide it to the Court. Likewise, exhibits should be pre-marked and transmitted electronically to opposing counsel before the court session begins.

Exhibit 6 - 004

5.      Counsel handling physical evidence must wear gloves.

This Order is effective immediately and remains in effect until July 10, 2020, unless extended or rescinded by the Chief Judge.

\* \* \*

**IT IS SO ORDERED**.

Dated: _____ 6-10-2020

_____
LARRY ALAN BURNS,
Chief United States District Judge

Exhibit 6 - 005

EXHIBIT 7



**< Go back to all Coronavirus disease 2019 Q&As**

# Q&A: Masks and COVID-19

7 June 2020 | Q&A

---

**What is WHO's view on masks?**

---

**Does WHO advise the use of non-medical, fabric masks in the general public?**

WHO recommends that people always consult local authorities on recommended practices in their area.

If there is widespread community transmission, and especially in settings where physical distancing cannot be maintained, governments should encourage the general public to wear a **fabric mask.** WHO also provides details on the composition of a fabric mask and how to safely wear one.

---

**What is WHO recommending to countries that are considering the use of masks for the general public?**

---

**What types of masks are used against the spread of COVID-19?**

---

Exhibit 7 - 001

EXHIBIT 8



**CDC** Centers for Disease Control and Prevention

# Coronavirus Disease 2019 (COVID-19)

# Considerations for Wearing Cloth Face Coverings

Help Slow the Spread of COVID-19

Updated June 28, 2020                                    Print

- CDC recommends that people wear cloth face coverings in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.
- Cloth face coverings may help prevent people who have COVID-19 from spreading the virus to others.
- Cloth face coverings are most likely to reduce the spread of COVID-19 when they are widely used by people in public settings.
- Cloth face coverings should NOT be worn by children under the age of 2 or anyone who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the mask without assistance.

# Evidence for Effectiveness of Cloth Face Coverings



Cloth face coverings are recommended as a simple barrier to help prevent respiratory droplets from traveling into the air and onto other people when the person wearing the cloth face covering coughs, sneezes, talks, or raises their voice. This is called source control. This recommendation is based on what we know about the role respiratory droplets play in the spread of the virus that causes COVID-19, paired with emerging evidence from clinical and laboratory studies that shows cloth face coverings reduce the spray of droplets when worn over the nose and mouth. COVID-19 spreads mainly among people who are in close contact with one another (within about 6 feet), so the use of cloth face coverings is particularly important in settings where people are close to each other or where social distancing is difficult to maintain.

# Who Should Wear A Cloth Face Covering?

## General public

- CDC recommends all people 2 years of age and older wear a cloth face covering in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.
- COVID-19 can be spread by people who do not have symptoms and do not know that they are infected. That's why it's important for everyone to wear cloth face coverings in public settings and practice social distancing (staying at least 6 feet away from other people).
- While cloth face coverings are strongly encouraged to reduce the spread of COVID-19, CDC recognizes there are specific instances when wearing a cloth face covering may not be feasible. In these instances, adaptations and

Exhibit 8 - 001

alternatives should be considered whenever possible (see below for examples).

# People who know or think they might have COVID-19

- If you are sick with COVID-19 or think you might have COVID-19, do not visit public areas. Stay home except to get medical care. As much as possible stay in a specific room and away from other people and pets in your home. If you need to be around other people or animals, wear a cloth face covering (including in your home).
- The cloth face covering helps prevent a person who is sick from spreading the virus to others. It helps keep respiratory droplets contained and from reaching other people.

## Caregivers of people with COVID-19

- Those caring for someone who is sick with COVID-19 at home or in a non-healthcare setting may also wear a cloth face covering. However, the protective effects—how well the cloth face covering protects healthy people from breathing in the virus—are unknown. To prevent getting sick, caregivers should also continue to practice everyday preventive actions: avoid close contact as much as possible, clean hands often; avoid touching your eyes, nose, and mouth with unwashed hands; and frequently clean and disinfect surfaces.

# Who Should Not Wear a Cloth Face Covering

Cloth face coverings should **not** be worn by:

- Children younger than 2 years old
- Anyone who has trouble breathing
- Anyone who is unconscious, incapacitated, or otherwise unable to remove the cloth face covering without assistance

# Feasibility and Adaptations

CDC recognizes that wearing cloth face coverings may not be possible in every situation or for some people. In some situations, wearing a cloth face covering may exacerbate a physical or mental health condition, lead to a medical emergency, or introduce significant safety concerns. Adaptations and alternatives should be considered whenever possible to increase the feasibility of wearing a cloth face covering or to reduce the risk of COVID-19 spreading if it is not possible to wear one.

For example,

- People who are deaf or hard of hearing—or those who care for or interact with a person who is hearing impaired—may be unable to wear cloth face coverings if they rely on lipreading to communicate. In this situation, consider using a clear face covering. If a clear face covering isn't available, consider whether you can use written communication, use closed captioning, or decrease background noise to make communication possible while wearing a cloth face covering that blocks your lips.
- Some people, such as people with intellectual and developmental disabilities, mental health conditions or other sensory sensitivities, may have challenges wearing a cloth face covering. They should consult with their healthcare provider for advice about wearing cloth face coverings.
- Younger children (e.g., preschool or early elementary aged) may be unable to wear a cloth face covering properly, particularly for an extended period of time. Wearing of cloth face coverings may be prioritized at times when it is difficult to maintain a distance of 6 feet from others (e.g., during carpool drop off or pick up, or when standing in line at school). Ensuring proper cloth face covering size and fit and providing children with frequent reminders and education on the importance and proper wear of cloth face coverings may help address these issues.
- People should not wear cloth face coverings while engaged in activities that may cause the cloth face covering to become wet, like when swimming at the beach or pool. A wet cloth face covering may make it difficult to breathe. For activities like swimming, it is particularly important to maintain physical distance from others when in the water.
- People who are engaged in high intensity activities, like running, may not be able to wear a cloth face covering if it causes difficulty breathing. If unable to wear a cloth face covering, consider conducting the activity in a location with greater ventilation and air exchange (for instance, outdoors versus indoors) and where it is possible to maintain physical distance from others.

Exhibit 8 - 002

- People who work in a setting where cloth face coverings may increase the risk of heat-related illness or cause safety concerns due to introduction of a hazard (for instance, straps getting caught in machinery) may consult with an occupational safety and health professional to determine the appropriate face covering for their setting. Outdoor workers may prioritize use of cloth face coverings when in close contact with other people, like during group travel or shift meetings, and remove face coverings when social distancing is possible. Find more information here and below.

Cloth face coverings are a critical preventive measure and are **most** essential in times when social distancing is difficult. If cloth face coverings cannot be used, make sure to take other measures to reduce the risk of COVID-19 spread, including social distancing, frequent hand washing, and cleaning and disinfecting frequently touched surfaces.

# Face Shields

It is not known if face shields provide any benefit as source control to protect others from the spray of respiratory particles. CDC does not recommend use of face shields for normal everyday activities or as a substitute for cloth face coverings. Some people may choose to use a face shield when sustained close contact with other people is expected. If face shields are used without a mask, they should wrap around the sides of the wearer's face and extend to below the chin. Disposable face shields should only be worn for a single use. Reusable face shields should be cleaned and disinfected after each use. **Plastic face shields for newborns and infants are NOT recommended**.

# Surgical Masks

Cloth face coverings are not surgical masks or respirators. Currently, those are critical supplies that should continue to be reserved for healthcare workers and other medical first responders, as recommended by current CDC guidance. Cloth face coverings also are not appropriate substitutes for them in workplaces where masks or respirators are recommended or required and available.

# Recent Studies:

- Rothe C, Schunk M, Sothmann P, et al. Transmission of 2019-nCoV Infection from an Asymptomatic Contact in Germany. The New England journal of medicine. 2020;382(10):970-971. PMID: 32003551 ⧉
- Zou L, Ruan F, Huang M, et al. SARS-CoV-2 Viral Load in Upper Respiratory Specimens of Infected Patients. The New England journal of medicine. 2020;382(12):1177-1179. PMID: 32074444 ⧉
- Pan X, Chen D, Xia Y, et al. Asymptomatic cases in a family cluster with SARS-CoV-2 infection. The Lancet Infectious diseases. 2020. PMID: 32087116 ⧉
- Bai Y, Yao L, Wei T, et al. Presumed Asymptomatic Carrier Transmission of COVID-19. Jama. 2020. PMID: 32083643 ⧉
- Kimball A HK, Arons M, et al. Asymptomatic and Presymptomatic SARS-CoV-2 Infections in Residents of a Long-Term Care Skilled Nursing Facility — King County, Washington, March 2020. MMWR Morbidity and mortality weekly report. 2020; ePub: 27 March 2020. PMID: 32240128 ⧉
- Wei WE LZ, Chiew CJ, Yong SE, Toh MP, Lee VJ. Presymptomatic Transmission of SARS-CoV-2 — Singapore, January 23– March 16, 2020. MMWR Morbidity and Mortality Weekly Report. 2020;ePub: 1 April 2020. PMID: 32271722 ⧉
- Li R, Pei S, Chen B, et al. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SARS-CoV2). Science (New York, NY). 2020. PMID: 32179701 ⧉
- Furukawa NW, Brooks JT, Sobel J. Evidence Supporting Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 While Presymptomatic or Asymptomatic [published online ahead of print, 2020 May 4]. Emerg Infect Dis. 2020;26(7):10.3201/eid2607.201595. Link
- Oran DP, Topol Prevalence of Asymptomatic SARS-CoV-2 Infection: A Narrative Review [published online ahead of print, 2020 Jun 3]. Ann Intern Med. 2020;M20-3012. PMID: 32491919 ⧉
- National Academies of Sciences, Engineering, and Medicine. 2020. Rapid Expert Consultation on the Possibility of Bioaerosol Spread of SARS-CoV-2 for the COVID-19 Pandemic (April 1, 2020). Washington, DC: The National Academies Press. https://doi.org/10.17226/25769 ⧉ .
- Schwartz KL, Murti M, Finkelstein M, et al. Lack of COVID-19 transmission on an international flight. CMAJ. 2020;192(15):E410. PMID: 32392504 ⧉
- Anfinrud P, Stadnytskyi V, Bax CE, Bax A. Visualizing Speech-Generated Oral Fluid Droplets with Laser Light Scattering. N Engl J Med. 2020 Apr 15. doi:10.1056/NEJMc2007800. PMID: 32294341 ⧉

Exhibit 8 - 003

- Davies A, Thompson KA, Giri K, Kafatos G, Walker J, Bennett A. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep. 2013;7(4):413-8. PMID: 24229526

- Konda A, Prakash A, Moss GA, Schmoldt M, Grant GD, Guha S. Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. ACS Nano. 2020 Apr 24. PMID: 32329337

- Aydin O, Emon B, Saif MTA. Performance of fabrics for home-made masks against spread of respiratory infection through droplets: a quantitative mechanistic study. medRxiv preprint doi: https://doi.org/10.1101/2020.04.19.20071779, posted April 24, 2020.

- Ma QX, Shan H, Zhang HL, Li GM, Yang RM, Chen JM. Potential utilities of mask-wearing and instant hand hygiene for fighting SARS-CoV-2. J Med Virol. 2020. PMID: 32232986

- Leung, N.H.L., Chu, D.K.W., Shiu, E.Y.C. *et al.*Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med.* 2020. PMID: 32371934

- Johnson DF, Druce JD, Birch C, Grayson ML. A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection. Clin Infect Dis. 2009 Jul 15;49(2):275-7. PMID: 19522650

- Green CF, Davidson CS, Panlilio AL, et al. Effectiveness of selected surgical masks in arresting vegetative cells and endospores when worn by simulated contagious patients. Infect Control Hosp Epidemiol. 2012;33(5):487-494. PMID: 22476275

Page last reviewed: June 28, 2020

## COVID-2019 Menu

 Coronavirus Home

 Your Health

 Community, Work & School

 Healthcare Workers

 Laboratories

 Health Departments

 Cases, Data & Surveillance

 More Resources

Exhibit 8 - 004

# EXHIBIT 9

# EXECUTIVE DEPARTMENT
## STATE OF CALIFORNIA

### EXECUTIVE ORDER N-33-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

   ORDER OF THE STATE PUBLIC HEALTH OFFICER
   March 19, 2020

   To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

   Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

   The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or

Exhibit 9 - 001

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

_____
GAVIN NEWSOM
Governor of California

**ATTEST:**

_____
ALEX PADILLA
Secretary of State

Exhibit 9 - 002

# EXHIBIT 10



**HEALTH AND HUMAN SERVICES AGENCY**
PUBLIC HEALTH SERVICES

## ORDER OF THE HEALTH OFFICER
## AND EMERGENCY REGULATIONS
(Effective July 15, 2020)

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b) the Health Officer of the County of San Diego (Health Officer) **ORDERS AS FOLLOWS**:

Effective 12:00 a.m. on Tuesday, July 15, 2020 and continuing until further notice, the following will be in effect for San Diego County (county):

1. All persons are to remain in their homes or at their place of residence, except for employees or customers traveling to and from essential businesses, reopened businesses, or essential activities as defined in section 22, below, or to participate in individual or family outdoor activity as allowed by this Order.

2. All public or private "gatherings," as defined in section 22 below, are prohibited.

3. All businesses not meeting the definition of essential business or reopened business in section 22 below are referred to in this Order as "non-essential businesses" and shall be and remain closed for the duration of this Order. All essential businesses and reopened businesses must comply with the requirements of this Order. Notwithstanding the foregoing, any business may remain open if its employees and owners can provide its services from home, including by telecommuting, without direct contact with the public.

4. All public, charter and private schools may hold classes or school business operations on the school campus, provided the school complies with the measures contained in the State COVID-19 Industry Guidance: Schools and School-Based Programs issued by the CDPH (including the face covering requirements contained therein),  also incorporating where feasible the guidelines provided in Stronger Together: A Guidebook for the Safe Reopening

Exhibit 10 - 001

of California's Public Schools issued by the California Department of Education.  Each school shall complete and post a document detailing the actions the school is taking to comply with the CDPH Industry Guidance measures after considering the CDE Guidelines noted above. Colleges and Universities shall not hold classes or other school activities where students gather on the school campus, except for research-related activities in colleges and universities and where necessary to train students who will serve as essential workers.

5. Child daycare and child care providers shall operate in compliance with the measures set forth in State COVID-19 Updated Guidance: Child Care Programs and Providers and shall prepare and post a Safe Reopening Plan pursuant to section 11, below.

6. "Non-essential personnel," as defined in section 22 below, are prohibited from entry into any hospital or long-term care facility.  All essential personnel who are COVID-19 positive or show any potential signs or symptoms of COVID-19 are strictly prohibited from entry into hospitals or long-term care facilities. Notwithstanding the foregoing, individuals requiring medical care for COVID-19 or related conditions may be admitted to hospitals or other medical facilities if the hospital or medical facility is appropriate for treating COVID-19 and has adequate precautions in place to protect its patients, medical personnel and staff.

7. Hospitals and healthcare providers, including dentists shall:
   a. Take measures to preserve and prioritize resources; and,
   b. May authorize and perform non-emergent or elective surgeries or procedures based on their determination of clinical need and supply capacity, and where consistent with State guidance.
   c. Nothing in this Order shall prevent physicians and other healthcare providers from conducting routine preventive care provided it conforms to any applicable State guidance.
   d. Nothing in this Order shall prevent dentists or dental hygienists from conducting routine preventive care provided it conforms to any applicable State guidance.

8. Hospitals, healthcare providers, and commercial testing laboratories shall report all COVID-19 test results to the Public Health Officer immediately after such results are received.

9. All persons two years of age or older who are present in the county shall have possession of a face covering when they leave their home or place of residence and shall wear the face covering as described and required in California Department of Public Health Face Covering

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 002

Guidance    issued    on    June    18,    2020,    (available    at:
https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-
19/Guidance-for-Face-Coverings_06-18-2020.pdf).

10. All essential businesses that allow members of the public to enter a facility must prepare and
post a "Social Distancing and Sanitation Protocol" on the form available at:
https://www.sandiegocounty
.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/SOCIAL_DISTANCING_
AND_SANITATION_PROTOCOL_04022020_V1.pdf ), or on a form required by another
governmental entity requiring substantially similar information, for each of their facilities open
to the public in the county. The Social Distancing and Sanitation Protocol must be posted at
or near the entrance of the relevant facility, and shall be easily viewable by the public and
employees.  A copy of the Social Distancing and Sanitation Protocol must also be provided to
each employee performing work at the facility.  All essential businesses shall implement the
Social Distancing and Sanitation Protocol and provide evidence of its implementation to any
authority enforcing this Order upon demand.  The Social Distancing and Sanitation Protocol
must ensure all required measures are implemented and must identify and require measures
necessary to implement social distancing are implemented at each facility that will ensure
social distancing and sanitation at that particular facility.  If the measures identified and
implemented are not effective in maintaining proper social distancing and sanitation, the
business shall promptly modify its Social Distancing and Sanitation Protocols to ensure proper
social distancing and sanitation. Any business that fails to successfully implement social
distancing and sanitation may be required to close.

11. All reopened businesses, with the exception of restaurants, bars, wineries, distilleries and
breweries    which do not limit services to take-out or delivery, must prepare and post a "Safe
Reopening    Plan"    on    the    form    available
at:https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid
19/Community_Sector_Support/BusinessesandEmployers/SafeReopeningPlanTemplate.pdf
for each of their facilities in the county.  Restaurants bars, wineries, distilleries and breweries
which do not limit services to take-out or delivery, must prepare and post a "COVID-19
Restaurant Operating Protocol" on the form available at
https://www.sandiegocounty.gov/content/dam/sdc/deh/fhd/food/pdf/covid19sdrestaurantoper
atingprotocol_en.pdf  for each restaurant in the county. The Safe Reopening Plan or COVID-
19 Restaurant Operating Protocol must be posted at or near the entrance of the relevant facility,
and shall be easily viewable by the public and employees.  A copy of the Safe Reopening Plan
or COVID-19 Restaurant Operating Protocol must also be provided to each employee

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 003

performing work at the facility.  All reopened businesses shall implement the Safe Reopening Plan or COVID-19 Restaurant Operating Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand.  The Safe Reopening Plan or COVID-19 Restaurant Operating Protocol must ensure all required measures are implemented.  If the measures identified and implemented are not effective in maintaining proper social distancing and sanitation, the business shall promptly modify its Safe Reopening Plan or COVID-19 Restaurant Operating Protocol to ensure proper social distancing and sanitation. Any business that fails to comply with its Safe Reopening Plan or COVID-19 Restaurant Operating Protocol shall immediately close.

12. When the State of California has issued an industry guidance, or any subsequent amendments thereto, with mandatory and/or suggested measures to be implemented by a particular type of business or industry, a reopened business must include in its Safe Reopening Plan all of the industry guidance mandatory measures, including, but not limited to, all of the requirements and guidance set forth in the Statewide Public Health Officer Order, issued by the California Department of Health Services on July13, 2020, all portions of which are operative  in San Diego County effective immediately, and available at https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/SHO%20Order%20Dimming%20Entire%20State%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.pdf.  The reopened business shall include all suggested measures necessary to maintain proper sanitation, employee screening, social distancing and facial coverings.  Any mandatory measures required by this Order must also be included in the Safe Reopening Plan.

13. All brewpubs, breweries, bars and pubs shall close unless they comply with section 14c, below, in which case they shall comply with all other requirements in this section and section 14 below.   All other restaurants, bars, wineries, distilleries and breweries shall close indoor service in conformance with the requirements set forth in the Statewide Public Health Officer Order, issued by the California Department of Health Services on July13, 2020, all portions of which are operative  in San Diego County effective immediately, and available at https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/SHO%20Order%20Dimming%20Entire%20State%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.pdf, and shall be closed from 10:00 p.m. until 5:00 a.m. every day.  Guests already in the facility at 10:00 p.m. may remain in the facility until 11:00 p.m.  Only staff needed to close, open or clean shall be in the facility between the hours of 11:00 p.m. and 5:00 a.m.

14. All restaurants, bars, wineries and breweries shall also be required to ensure their customers

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 004

comply with all of the following measures and shall immediately close if they are not able to do so:

a. No food or beverages shall be served to or consumed by a customer who is not seated at a table designated by the restaurant for dining.

b. The bar area of a restaurant may be used only for table service of meals.

c. Alcoholic drinks shall only be served as part of a meal and must be sold and served in the same transaction as the meal.  All meals shall be served by a food operator permitted by the San Diego County Department of Environmental Health.  This restriction shall not be applicable to outdoor service of wine at a winery or spirits at a distillery.

d. Customers shall not stand in the restaurant, bar, winery, distillery or brewery except in the reception area while waiting for a table or to pick up take-out food.  If customers cannot be socially distanced in the reception area they shall wait in their cars or outside of the restaurant in a line with six feet between each customer.

e. Discontinue open seating.  All members of the party must be present before seating and the host must bring the entire party to the table at one time. The customers allowed at a table are limited to members of a single household or customers who have asked to be seated together at the time a table is requested.

f. Discontinue seating customers and/or groups at bar counters, sushi preparation bars, etc. where they cannot maintain at least six feet of distance from employee work areas/stations.  Install physical barriers or partitions in areas where maintaining a physical distance of six feet is difficult.

g. Customers are not required to wear face coverings while at a table with members of the same household.  Customers at a table with non-household members are not required to wear face coverings when eating and drinking. Customers are required to wear face coverings at all other times in conformance with paragraph 9, above.

h. Tables designated for dining shall be six feet apart, or separated by barriers or partitions that extend above the heads of customers while seated.  Customer shall not be allowed to bring additional chairs to the table that interfere with the six foot separation.

i. Self-serve food or drink options, such as buffets, salad bars, and drink stations are not allowed.

j. Shared entertainment items such as board games, arcade games and vending machines are prohibited and customers shall not have access to game and entertainment areas such as pool tables or darts.

k. Dance floors shall be closed and live performances such as musical or dance acts shall be discontinued.

l. Any customer that refuses to comply with this section shall be subject to enforcement per Health and Safety Code section 120295.

15. Places of Worship – Religious services and cultural ceremonial activities (including wedding ceremonies but not receptions) may be conducted in conformance with the State Guidance pursuant to sections 11 and 12, above.  Given the high risk of this activity, vulnerable members of the population (over 65 years old, compromised immune system or underlying condition) are strongly encouraged to participate through streaming or some other form of remote technology.  Outdoor services and cultural ceremonial activities may be conducted provided all persons practice social distancing as defined in section 22e, below.

16. Each essential business and reopened business shall:
    a. Require all employees/on-site contractors (hereinafter referred to as employees) to have possession of face coverings and wear them as described in section 9 above when in the business facility; and,
    b. Shall conduct temperature screening of all employees and prohibit entry to the workplace of employees with a temperature of 100 degrees or more, employees exhibiting COVID-19 symptoms as described by the Centers for Disease Control and Prevention, or employees who have recently been exposed to a person who has tested positive for COVID-19 (either directly or through a breach of Personal Protective Equipment in the case of healthcare workers/first responders).

17. Outdoor Recreation
    a. Each public park and recreation area or facility, shall operate in compliance with the measures set forth in the State COVID-19 Industry Guidance: Campgrounds, RV Parks and Outdoor Recreation.  The operator of the park shall prepare a Safe Reopening Plan pursuant to section 11, above, indicating how the park or recreation facility will implement the required measures. Any park or recreation area/facility at which the Protocol requirements cannot be effectively implemented may be required to close.
    b.  Outdoor recreation instruction and day camps that comply with the State COVID-19 Industry Guidance: Day Camps, may be conducted in park and recreation areas/facilities.
    c. Swimming pools owned or operated by a Homeowners' Association, Condominium or Apartment complex may be open provided the owner or operator completes and posts a Safe Reopening Plan that shows conformance with the requirements of this Order and with the swimming pool/aquatic venues requirements of the State COVID-19 Industry Guidance on Fitness Facilities.

Page 6 of 11
ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 006

18. All essential businesses and reopened businesses that remain in operation in accordance with the Order shall make every effort to use telecommuting for their workforces.

19. A strong recommendation is made that all persons who are 65 years old or older, have a chronic underlying condition, or have a compromised immune system self-quarantine themselves at home or other suitable location.

20. All persons arriving in the county from international locations identified on the Centers for Disease Control and Prevention (CDC) Warning Level 2 or 3 Travel Advisory (available at: https://wwwnc.cdc.gov/travel/notices) shall be subject to 14-day home or other suitable location quarantine and self-monitoring.

21. Persons who have been diagnosed with COVID-19, or who are likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Isolation of All Persons with or Likely to have COVID-19", or as subsequently amended.  Persons who have a close contact with a person who either has COVID-19, or is likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Quarantine of Persons Exposed to COVID-19," or as subsequently amended.        Both        orders        are        available        at: https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/health-order.html.  If a more specific isolation or quarantine order is issued to a person, that order shall be followed.

22. For purposes of this Order:
    a. "Essential business" is any business or activity (or a business/activity that employs/utilizes workers) designated by the State Public Health Officer as "Essential Critical Infrastructure Workers" set forth in: https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf) as that list may be updated from time-to-time, and referenced in Executive Order N-33-20 issued by the Governor of the State of California.  For the purposes of this Order, the following businesses in the Food and Agriculture Sector are considered "groceries" or "other retail that sells food and beverages": grocery stores, corner stores and convenience stores, liquor stores that sell food, farmer's markets, food banks, farm and produce stands, supermarkets, big box stores that sell groceries and essentials, or similar business that sell food so long as the store has a current permit related to the sale of food and/or beverages from the San Diego County Department of Environmental Health.
    b. "Gathering" is any event or convening that brings together more than one person in a single room or single indoor or outdoor space at the same time.  A gathering does not

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 007

include:

  i. A gathering consisting only of members of a single family or household.

  ii. Operations at airports, public transportation or other spaces where persons in transit are able to practice social distancing.

  iii. Operations at essential businesses as defined in section 22a above and reopened businesses as defined in 22f below and where the other requirements set forth in this Order are followed.

c. "Long term care facility" is a facility serving adults that require assistance with activities of daily living, including a skilled nursing facility, and that is licensed by the California Department of Community Care and Licensing, or the California Department of Public Health.

d. "Non-essential personnel" are employees, contractors, or members of the public who do not perform treatment, maintenance, support, or administrative tasks deemed essential to the healthcare mission of the long-term care facility or hospital. Non-essential personnel do not include first responders, nor State, federal, or local officials, investigators, or medical personnel carrying out lawful duties. Non-essential personnel do not include visitors to hospitals and long-term care facilities who are granted entry by the facility's director, or designee, because they are family or friends who are visiting a resident in an end of life or similar situation, are parents or guardians visiting a child who is a patient, or because of any other circumstances deemed appropriate by the facility director, or designee, and where appropriate precautions by the facility that follow federal, State, and local public health guidance regarding COVID-19 are followed.

e. "Social distancing" is maintaining a six-foot separation from all persons except for household members, first responders and medical providers or employees conducting temperature screenings.

f. "Reopened business" is a business that is not an essential business as stated in section 22a above, and has reopened in conformance with the State of California's Resilience Roadmap (available at: https://covid19.ca.gov/roadmap-counties/) and the Statewide Public Health Officer Order, issued by the California Department of Health Services on July13, 2020, all portions of which are operative  in San Diego County effective immediately,  and  available  at https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-19/SHO%20Order%20Dimming%20Entire%20State%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.pdf. A reopened business may open when the State has posted the applicable COVID-19 INDUSTRY GUIDANCE, the Public Health Officer has posted an acknowledgement of the

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 008

reopened status on the County of San Diego Coronavirus website and the business has complied with the requirements of this Order.

23. Hotels and lodging establishments may be open for all guests, including tourists and leisure guests, provided they comply with the State COVID-19 Industry Guidance: Hotels, Lodging and Short Term Rentals and complete and post a Safe Reopening Plan pursuant to section 11, above.

24. This Order is issued as a result of the World Health Organization's declaration of a worldwide pandemic of COVID-19 disease, also known as "novel coronavirus."

25. This Order is issued based on scientific evidence regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to COVID-19. The age, condition, and health of a significant portion of the population of the county places it at risk for serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public—such as older adults, and those with underlying health conditions—at significant risk.

26. The actions required by this Order are necessary to reduce the number of individuals who will be exposed to COVID-19, and will thereby slow the spread of COVID-19 in the county. By reducing the spread of COVID-19, this Order will help preserve critical and limited healthcare capacity in the county and will save lives.

27. This Order is issued in accordance with, and incorporates by reference: a) the Declaration of Local Health Emergency issued by the Health Officer on February 14, 2020; b) the Proclamation of Local Emergency issued by the County Director of Emergency Services on February 14, 2020; c) the action of the County Board of Supervisors to ratify and continue both the local health emergency and local emergency on February 19, 2020; d) the Proclamation of a State of Emergency issued by the Governor of the State of California on March 4, 2020; e) Executive Order N-25-20 issued by the Governor of the State of California on March 12, 2020 which orders that "All residents are to heed any orders and guidance of state and local health officials, including but not limited to the imposition of social distancing measures, to control COVID-19"; f) Proclamation 9984 regarding COVID-19 issued by the President of the United States on March 11, 2020; g) Executive Order N-33-20 issued by the

Page 9 of 11

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 009

Governor of the State of California on March 19, 2020; h) the "Interim Additional Guidance for Infection Prevention and Control for Patients with Suspected or Confirmed COVID-19 in Nursing Homes" issued by the CDC; i) COVID-19 guidance issued by the California Department of Public Health on including, but not limited to the Face Coverings Guidance issued on April 1, 2020; and j) the State of California's "Resilience Roadmap."

28. This Order is issued to prevent circumstances often present in gatherings that may exacerbate the spread of COVID-19, such as: 1) the increased likelihood that gatherings will attract people from a broad geographic area; 2) the prolonged time period in which large numbers of people are in close proximity; 3) the difficulty in tracing exposure when large numbers of people attend a single event or are at a single location; and 4) the inability to ensure that such persons follow adequate hygienic practices.

29. This Order is issued to provide additional opportunities for recreational activities while also requiring additional protections from the spread of COVID-19 to the public who are taking advantage of these opportunities for recreational activities.  And providing additional protections for employees of essential businesses or reopened business and their customers/clients by increasing facial covering requirements and health checks and temperature screening.

30. This Order is issued to protect the public health as businesses are allowed to reopen by requiring businesses to implement procedures necessary to ensure their employees and customers comply with social distancing, sanitation and screening practices.

31. This Order comes after the release of substantial guidance from the Health Officer, the California Department of Public Health, the CDC, and other public health officials throughout the United States and around the world.

32. The statement of facts and circumstances set forth as justification for each Guidance issued by the California Department of Health Services that is referenced in this Order are hereby accepted and incorporated by reference into this Order.

33. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the county shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where gatherings may occur.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 010

34. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

35. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

36. Once this Order takes effect it shall supersede the Order of the Health Officer and Emergency Regulations dated July 6, 2020.

**IT IS SO ORDERED:**

Date: July 14 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

---

EMERGENCY REGULATIONS

As Director of Emergency Services for the County of San Diego, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and San Diego County Code section 31.103.  The following shall be in effect for the duration of the Health Officer Order issued above which is incorporated in its entirety by reference:

> The Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both.  (Government Code section 8665.)

Date: July 14, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

Page 11 of 11
ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit 10 - 011

EXHIBIT 11



# County of San Diego

| | | |
|---|---|---|
| **NICK MACCHIONE, FACHE**<br>DIRECTOR | **HEALTH AND HUMAN SERVICES AGENCY**<br>PUBLIC HEALTH SERVICES<br>3851 ROSECRANS STREET, MAIL STOP P-576<br>SAN DIEGO, CA 92110-3134<br>(619) 692-5565 • FAX (619) 692-5650 | **WILMA J. WOOTEN, M.D., M.P.H.**<br>PUBLIC HEALTH OFFICER |

## DECLARATION OF LOCAL HEALTH EMERGENCY

*Whereas,* a novel coronavirus, COVID-19, causes infectious disease and was first detected in Wuhan City, Hubei Province, China in December 2019. Symptoms of COVID-19 include fever, cough, and shortness of breath; outcomes have ranged from mild to severe illness, and in some cases death. The Centers for Disease Control and Prevention considers the virus to be a very serious public health threat.

*Whereas,* Chinese health officials have reported tens of thousands of cases of COVID-19 in China, with the virus reportedly spreading from person-to-person. COVID-19 illnesses, most of them associated with travel from Wuhan, are also being reported in a growing number of international locations, including the United States.

*Whereas,* on January 30, 2020, the World Health Organization declared the outbreak a "public health emergency of international concern." On January 31, 2020, United States Health and Human Services Secretary Alex M. Azar II declared a public health emergency for the United States to aid the nation's healthcare community in responding to COVID-19.

*Whereas,* on February 2, 2020, the federal government initiated the suspension of the entry of foreign nationals who were in China within the past fourteen days. United States citizens, residents, and their immediate family members who were in the Hubei province and other parts of mainland China are screened upon their entry into the United States. Those without symptoms traveling from areas of China (other than Hubei province) are allowed to continue to their final destination, but are requested to self-quarantine in coordination with local public health officials for up to fourteen days. Federal quarantine of some individuals traveling from Wuhan is presently occurring at the Marine Corps Air Station (MCAS) Miramar.

*Whereas,* there are currently two confirmed cases of COVID-19 in San Diego County. Although these two cases are part of a federal quarantine at MCAS Miramar, due to the large population and geographic location of San Diego County, combined with the worldwide spread of COVID-19, there is a potential threat of introduction of COVID-19 in San Diego County.

*Now, therefore,* pursuant to Health and Safety Code section 101080, the San Diego County Health Officer declares:

1) The potential introduction of COVID-19 in San Diego County is a threat to the public health within the meaning of Health and Safety Code section 101080.

2) A local health emergency is declared in San Diego County.

Exhibit 11 - 001

This declaration shall remain in effect for no longer than seven days unless ratified by the San Diego County Board of Supervisors and continued for an additional time period.

Date: February 14, 2020

WILMA J. WOOTEN, M.D., M.P.H.
Public Health Officer
Director, Public Health Services
County of San Diego

Exhibit 11 - 002