XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
NATASHA SAGGAR SHETH
Deputy Attorney General
State Bar No. 282896
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3818
  Fax:  (415) 703-5480
  E-mail:  Natasha.Sheth@doj.ca.gov
*Attorneys for Governor Gavin Newsom and Sonia Y. Angell, in their official capacities*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>                  Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, GOVERNOR GAVIN NEWSOM in his official capacity, SONIA Y. ANGELL, in her official capacity, and DOES 1-50,<br><br>                  Defendants. | 3:20-cv-00998-BAS-JLB<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. Cynthia A. Bashant<br>Courtoom:  4B<br><br>Hearing Date : Tuesday, Sept. 8, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO THE HONORABLE COURT AND COUNSEL FOR ALL PARTIES:**

    **PLEASE TAKE NOTICE** that on Tuesday, September 8, 2020, at the United States District Court, Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, California 92101, Courtroom 4B, before the Honorable Cynthia A. Bashant, Defendants Governor Gavin Newsom, and State Public Health Officer and Director of the California

Department of Public Health Sonia Angell[1] ("State Defendants") will and hereby do move to dismiss this action, in its entirety and with respect to each individual cause of action, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The State Defendants' motion is made on the following grounds:

(1) Plaintiff fails to state a claim on the merits because the public health order challenged in this lawsuit is an appropriate exercise of the State's police and emergency powers to combat the COVID-19 pandemic, and because each of his claims would also fail under traditional constitutional analysis;

(2) Plaintiff's state-law claims are barred by sovereign immunity.

This motion is made following a substantive conference of counsel, which took place telephonically on Tuesday, July 14, 2020, pursuant to Judge Bashant's Standing Order for Civil Cases, Rule 4(A).

This Motion is based on this Notice of Motion and Motion to Dismiss; the accompanying Memorandum of Points and Authorities; the accompanying Request for Judicial Notice and attached exhibits; all pleadings and papers on file in this action; and upon such additional matters as the Court may deem appropriate.

Dated: July 21, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Natasha Saggar Sheth*
NATASHA SAGGAR SHETH
Deputy Attorney General
*Attorneys for Governor Gavin Newsom and Sonia Y. Angell, in their official capacities*

---

[1] Dr. Angell was never served in this action, but is waiving service in this instance.

# CERTIFICATE OF SERVICE

Case Name: **_Forbes, Ashton v. County of San Diego, et al._**    No. **3:20-cv-00998-BAS-JLB**

I hereby certify that on July 21, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**
- **STATE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2020, at San Francisco, California.

M. Mendiola
Declarant

_/s/ M. Mendiola_
Signature

SA2020302047
42276744.docx