Philip Mauriello Jr., Esq. (SBN 321227)
Arete Law A.P.C.
864 Grand Ave, #1050
San Diego, CA 92109
Telephone: (619) 693-6474
Fax: (619) 693-6474
Email: phil@arete.law

Attorney for Plaintiff
ASHTON FORBES

## IN THE US DISTRICT COURT OF CALIFORNIA

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>                Plaintiff,<br><br>        vs<br><br>COUNTY OF SAN DIEGO,<br>GOVERNOR GAVIN NEWSOM in his<br>official capacity, SONIA Y. ANGELL,<br>in her official capacity, and DOES 1-50.<br><br>                Defendants. | Case No. 3:20-cv-00998-BAS-JLB<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Cynthia A. Bashant<br>Courtroom: 4B<br><br>Hearing Date: Tuesday, Sept. 8, 2020 |

Plaintiff Ashton Forbes respectfully requests that the Court take judicial notice of the public records and facts identified below, which are not subject to reasonable dispute, or otherwise are evidence of information generally in the

public realm and properly subject to judicial notice under Federal Rule of Evidence 201.

A fact is judicially noticeable when it is not subject to reasonable dispute and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice is mandatory if "a party requests it" and the court is "supplied with the necessary information." Fed. R. Evid. 201(c)(2).

This Court may take judicial notice of matters of "government documents, court filings, press releases, and undisputed matters of public record," including court filings and orders from other cases. *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 762 n.5 (9th Cir. 2018).

Courts may also take judicial notice of "government documents available from reliable sources on the Internet, such as websites run by governmental agencies." *U.S. ex rel. Modglin v. DJO Glob. Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014*), aff'd sub nom. United States v. DJO Glob., Inc.*, 678 F. App'x 594 (9th Cir. 2017); *see also Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 1999).

Based on the foregoing, Plaintiff respectfully requests that this Court take judicial notice of the following documents:

1. **Exhibit A**. A true and correct copy of the Public Health Order issued by Defendant County of San Diego requiring all residents to wear a facial covering, dated June 4, 2020.

2. **Exhibit B**. A true and correct copy of the Guidance issued by Defendant Sonia Y. Angell's Department of Public Health mandating facial coverings for all residents of California. This information is also available at https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/

COVID-19/Guidance-for-Face-Coverings_06-18-2020.pdf (last visited August 15, 2020.)

3. **Exhibit C**. A true and correct copy of Defendant County of San Diego's amended Public Health Order implementing the Guidance from Defendants Governor Newsom and Dr. Sonia Y. Angell.

4. **Exhibit D**. A true and correct copy of the California state government's COVID-19 tracking dashboard graph showing 632,667 positive cases of COVID-19 and 11,342 deaths from COVID-19. This information is also available at https://update.covid19.ca.gov/. (last visited August 18, 2020.)

5. **Exhibit E**. A true and correct copy of the webpage Statista which shows that California has COVID-19 death rate of 28 per 100,000. This information is also available at https://www.statista.com/statistics/1109011/coronavirus-covid19-death-rates-us-by-state/. (last visited August 18, 2020.)

6. **Exhibit F**. A true and correct copy of Defendant County of San Diego's COVID-19 tracking dashboard of positive cases and deaths. This information is also available at https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/status.html. (last visited August 18, 2020.)

7. **Exhibit G**. A true and correct copy of a webpage from the Centers for Disease Control and Prevention showing the number of influenza infections in the United States during 2017-2018 of 48.8 million and 79,400 deaths. This information is also available at https://www.cdc.gov/flu/about/burden/2017-2018/archive.htm. (last visited August 18, 2020.)

8. **Exhibit H**. A true and correct copy of a news article from Fox 35 in Orlando, Florida reporting on the death of a man from a motorcycle accident being erroneously recorded as a death from COVID-19. This information is also available at https://www.fox35orlando.com/news/fox-35-investigates-questions-

raised-after-fatal-motorcycle-crash-listed-as-covid-19-death. (last visited August 18, 2020.)

9. **Exhibit I**. A true and correct copy of a randomized trial published stating that cloth masks are ineffective in preventing the spread of influenza like illnesses. This information is also available at https://bmjopen.bmj.com/content/5/4/e006577. (last visited August 18, 2020.)

10. **Exhibit J**. A true and correct copy of a study published in the American Journal of Public Health by Dr. Kellogg showing that compulsory mask mandates have not worked in slowing the Spanish Flu of 1918. This information is also available at https://doi.org/10.2105/AJPH.10.1.34. (last visited August 18, 2020.)

11. **Exhibit K**. A true and correct copy of a webpage from the World Health Organization stating there is little evidence that fabric masks are effective at preventing the spread of COVID-19. This information is also available at https://www.who.int/emergencies/diseases/novel-coronavirus-2019/question-and-answers-hub/q-a-detail/q-a-on-covid-19-and-masks. (last visited August 18, 2020.)

12. **Exhibit L**. A true and correct copy of a news article from Bakersfield.com reporting a data glitch with COVID-19 data reporting. This information is also available at https://www.bakersfield.com/ap/news/tech-glitch-holds-up-covid-data-as-california-hits-10k-dead/article_87ae41fe-cfd8-580c-8431-841312c1c6cf.html. (last visited August 18, 2020.)

13. **Exhibit M**. A true and correct copy of a news article from CBS News reporting the resignation of Defendant Angell from her position as Director of the California Department of Public Health. This information is also available at https://www.cbsnews.com/news/dr-sonia-angell-california-top-public-health-official-resigns-coronavirus-data-glitch. (last visited August 18, 2020.)

14. **Exhibit N**. A true and correct copy of a tweet from Defendant Governor Newsom closing several industries in 30 counties on July 13, 2020. This information is also available at

https://twitter.com/GavinNewsom/status/1282753656983449600?s=20. (last visited August 18, 2020.)

15. **Exhibit O**. A true and correct copy of a news article from The Sun reporting Holland's top public health officials determined that wearing masks was not effective against spreading COVID-19 and it could potentially even be harmful. This information is also available at

https://www.thesun.co.uk/news/uknews/12292821/face-masks-not-necessary-say-holland-scientists. (last visited August 18, 2020.)

16. **Exhibit P**. A true and correct copy of a news article from Fortune reporting that Sweden's top virus expert says they see no point in wearing masks with their numbers improving. This information is also available at

https://fortune.com/2020/07/29/no-point-in-wearing-mask-sweden-covid. (last visited August 18, 2020.)

17. **Exhibit Q**. A true and correct copy of a webpage from the Centers for Disease Control and Prevention referencing several studies on mask effectiveness. This information is also available at https://www.cdc.gov/nonpharmaceutical-interventions/tools-resources/published-research.html. (last visited August 18, 2020.)

17. **Exhibit R**. A true and correct copy of a published study stating that evidence from 14 randomized controlled trials did not support a substantial effect of wearing a mask on transmission of laboratory confirmed influenza. This information is also available at https://dx.doi.org/10.3201/eid2605.190994. (last visited August 18, 2020.)

The Plaintiff has furnished the Court with sufficient information to enable it to take judicial notice, and the attached records are judicially noticeable for the reasons stated above. Therefore, judicial notice is appropriate. Fed. R. Evid. 201(c)(2).

Dated: August 24, 2020

Respectfully submitted,

_____
Philip Mauriello Jr.
ARETE LAW A.P.C.
Attorney for the Plaintiff
ASHTON FORBES

## INDEX OF EXHIBITS

| Exhibit No. | Name of Document | Page No. |
|---|---|---|
| A | County of San Diego Public Health Order Dated June 4, 2020. | 1-11 |
| B | State of California Department of Public Health, *Guidance on Facial Coverings* | 12-14 |
| C | County of San Diego Public Health Order Dated June 19, 2020 | 15-25 |
| D | Graph from State of California COVID-19 Tracking Website indicating Positive Cases and Deaths from COVID-19 | 26-27 |
| E | Graph from Statista Showing Deaths California Deaths per 100,000 is 28 | 28-30 |
| F | County of San Diego Coronavirus Dashboard | 31-32 |
| G | Centers for Disease Control and Prevention, *Archived Estimated Influenza Illnesses, Medical visits, Hospitalizations, and Deaths in the United States 2017-2018 influenza season* | 33-35 |
| H | Fox 35 Orlando, *FOX 35 INVESTIGATES: Questions raised after fatal motorcycle crash listed as COVID-19 death* | 36-39 |
| I | C Raina MacIntyre et al., *A cluster randomized trial of cloth masks compared with medical masks in healthcare workers* | 40-49 |
| J | W.H Kellogg M.D. and Miss Grace MacMillan, *AN EXPERIMENTAL STUDY OF THE EFFICACY OF GAUZE FACE MASKS* | 50-58 |
| K | Centers for Disease Control and Prevention, *Q&A: Masks and COVID-19* | 59-61 |
| L | Bakersfield.com, *Official: California fixed glitch that backlogged COVID data* | 62-65 |
| M | CBS News, *California's top public health official resigns after massive coronavirus data glitch* | 66-67 |

| N | Twitter, *Tweet of Governor Newsom on July 13, 2020 ordering the closure of several industries* | 68 |
|---|---|---|
| O | The Sun, *Face masks are 'NOT necessary' and could even harm the fight against coronavirus, say Holland's top scientists* | 69-74 |
| P | Fortune, *'We see no point in wearing a face mask,' Sweden's top virus expert says as he touting the country's improving COVID numbers* | 75-76 |
| Q | Centers for Disease Control and Prevention, *Nonpharmaceutical Interventions – Research References* | 77-78 |
| R | Emerging Infectious Diseases, Jingyi Xiao et al., *Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings – Personal Protective and Environmental Measures* | 79-87 |

# Exhibit A



# County of San Diego

| | | |
|---|---|---|
| **NICK MACCHIONE, FACHE**<br>AGENCY DIRECTOR | **HEALTH AND HUMAN SERVICES AGENCY**<br>PUBLIC HEALTH SERVICES<br>3851 ROSECRANS STREET, MAIL STOP P-578<br>SAN DIEGO, CA 92110-3134<br>(619) 531-5800 • FAX (619) 542-4186 | **WILMA J. WOOTEN, M.D.**<br>PUBLIC HEALTH OFFICER |

## ORDER OF THE HEALTH OFFICER
## AND EMERGENCY REGULATIONS
### (Effective June 4, 2020)

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b) the Health Officer of the County of San Diego (Health Officer) **ORDERS AS FOLLOWS**:

Effective 12:00 a.m. on Thursday, June 4, 2020 and continuing until further notice, the following will be in effect for San Diego County (county):

1. All persons are to remain in their homes or at their place of residence, except for employees or customers travelling to and from essential businesses, reopened businesses, or essential activities as defined in section 21, below, or to participate in individual or family outdoor activity as allowed by this Order.

2. All public or private "gatherings," as defined in section 21 below, are prohibited.

3. All businesses not meeting the definition of essential business or reopened business in section 21 below are referred to in this Order as "non-essential businesses" and shall be and remain closed for the duration of this Order. All essential businesses and reopened businesses must comply with the requirements of this Order. Notwithstanding the foregoing, a non-essential business may remain open if its employees and owners can provide its services from home, including by telecommuting, without direct contact with the public.

4. All public or private schools, colleges, and universities shall not hold classes or other school activities where students gather on the school campus, except for research-related activities in colleges and universities, where necessary to train students who will serve as essential workers and when providing childcare or daycare services provided they conform to the requirements of section 5, below.  Parents of minor children shall take steps to ensure said children are not

Exhibit A
001

participating in activities prohibited by this Order.

5.  Child daycare and child care providers shall operate under the following conditions: i) child care should be carried out in stable groups of 12 (unless a lower number is required by a facility's licensing requirements) or fewer ("stable" means that the same 12 or fewer children are in the same group each day);  ii) children should not change from one group to another; iii) if more than one group of children is cared for at one facility, each group should be in a separate area;  iv) groups should not mix with each other; and v) childcare providers should remain solely with one group of children, to the extent possible. Employees of such businesses, and the children being cared for, are not required to wear face coverings as described in section 9 while present at the daycare of child care facility.  Child daycare and childcare providers shall establish health check and temperature screening requirements to ensure children and employees with a temperature of 100 degrees or above do not enter the facility. Restroom and other surfaces children regularly contact shall be sanitized with a disinfectant effective against coronavirus on a regular schedule and between groups occupying a particular area.

6.  "Non-essential personnel," as defined in section 21 below, are prohibited from entry into any hospital or long-term care facility.  All essential personnel who are COVID-19 positive or show any potential signs or symptoms of COVID-19 are strictly prohibited from entry into hospitals or long-term care facilities. Notwithstanding the foregoing, individuals requiring medical care for COVID-19 or related conditions may be admitted to hospitals or other medical facilities if the hospital or medical facility is appropriate for treating COVID-19 and has adequate precautions in place to protect its patients, medical personnel and staff.

7.  Hospitals and healthcare providers, including dentists shall:
    a.  Take measures to preserve and prioritize resources; and,
    b.  May authorize and perform non-emergent or elective surgeries or procedures based on their determination of clinical need and supply capacity, and where consistent with State guidance.
    c.  Nothing in this Order shall prevent physicians and other healthcare providers from conducting routine preventive care provided it conforms to any applicable State guidance.
    d.  Nothing in this Order shall prevent dentists or dental hygienists from conducting routine preventive care provided it conforms to any applicable State guidance.

8. Hospitals, healthcare providers, and commercial testing laboratories shall report all COVID-19 test results to the Public Health Officer immediately after such results are received.

9. All persons two year old or older who are present in the county shall have possession of a face covering described in California Department of Public Health Face Covering Guidance issued on April 1, 2020, (available at: https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Face-Coverings-Guidance.aspx ), when they leave their home or place of residence, shall wear the face covering whenever they are in a business or within six feet of another person who is not a member of their family or household. Persons with a medical or mental health condition, or developmental disability that prevents wearing a face covering shall be exempt from this requirement.

10. All essential businesses that allow members of the public to enter a facility must prepare and post a "Social Distancing and Sanitation Protocol" on the form available at: https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/SOCIAL_DISTANCING_AND_SANITATION_PROTOCOL_04022020_V1.pdf ), or on a form required by another governmental entity requiring substantially similar information, for each of their facilities open to the public in the county. The Social Distancing and Sanitation Protocol must be posted at or near the entrance of the relevant facility, and shall be easily viewable by the public and employees. A copy of the Social Distancing and Sanitation Protocol must also be provided to each employee performing work at the facility. All essential businesses shall implement the Social Distancing and Sanitation Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand. The Social Distancing and Sanitation Protocol must ensure all required measures are implemented and must identify and require measures necessary to implement social distancing are implemented at each facility that will ensure social distancing and sanitation at that particular facility. If the measures identified and implemented are not effective in maintaining proper social distancing and sanitation, the business shall promptly modify its Social Distancing and Sanitation Protocols to ensure proper social distancing and sanitation. Any business that fails to successfully implement social distancing and sanitation may be required to close.

11. All reopened businesses, with the exception of restaurants providing dine-in services, must prepare and post a "Safe Reopening Plan" on the form available at:https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/Community_Sector_Support/BusinessesandEmployers/SafeReopeningPlanTemplate.pdf for each of their facilities in the county. Restaurants providing dine-in services must prepare

Page 3 of 11
ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
Exhibit A
003

and post a "COVID-19 Restaurant Operating Protocol" on the form available at

https://www.sandiegocounty.gov/content/dam/sdc/deh/fhd/food/pdf/covid19sdrestaurantoper
atingprotocol_en.pdf for each restaurant in the county. The Safe Reopening Plan or COVID-
19 Restaurant Operating Protocol must be posted at or near the entrance of the relevant facility,
and shall be easily viewable by the public and employees. A copy of the Safe Reopening Plan
or COVID-19 Restaurant Operating Protocol must also be provided to each employee
performing work at the facility. All reopened businesses shall implement the Safe Reopening
Plan or COVID-19 Restaurant Operating Protocol and provide evidence of its implementation
to any authority enforcing this Order upon demand. The Safe Reopening Plan or COVID-19
Restaurant Operating Protocol must ensure all required measures are implemented. If the
measures identified and implemented are not effective in maintaining proper social distancing
and sanitation, the business shall promptly modify its Safe Reopening Plan or COVID-19
Restaurant Operating Protocol to ensure proper social distancing and sanitation. Any business
that fails to comply with its Safe Reopening Plan or COVID-19 Restaurant Operating Protocol
shall immediately close.

12. When the State of California has issued an industry guidance with mandatory and/or suggested
measures to be implemented by a particular type of business or industry, a reopened business
must include all mandatory measures as part of its Safe Reopening Plan. The reopened
business shall include all suggested measures necessary to maintain proper sanitation,
employee screening, social distancing and facial coverings. Any mandatory measures required
by this Order must also be included in the Safe Reopening Plan.

13. All restaurants that allow dine-in services shall also be required to ensure their customers
comply with all of the following measures and shall immediately close if they are not able to
do so:
   a. Customers shall not stand in the restaurant except in the reception area while waiting
   for a table or to pick up take-out food. If customers cannot be socially distanced in the
   reception area they shall wait in their cars or outside of the restaurant in a line with six
   feet between each customer. All members of the party must be present before seating
   and the host must bring the entire party to the table at one time. The customers allowed
   at a table are limited to members of a single household or customers who have asked to
   be seated together at the time a table is requested.
   b. Customers shall be allowed in a restaurant only if they are dining in the restaurant or
   are picking up take-out food.

   c. No food or beverages shall be served to or consumed by a customer who is not seated at a table designated by the restaurant for dining.

   d. The bar area of a restaurant may be used for table service of food. Alcoholic drinks shall only be served as part of food service.

   e. Customers shall wear face coverings at all times other than while at a table.

   f. Tables designated for dining shall be six feet apart, or separated by barriers or partitions that extend above the heads of customers while seated. Customer shall not be allowed to bring additional chairs to the table that interfere with the six foot separation.

   g. Shared entertainment items such as board games, arcade games and vending machines are prohibited and customers shall not have access to game and entertainment areas such as pool tables or darts.

   h. Any customer that refuses to comply with this section shall be subject to enforcement per Health and Safety Code section 120295.

14. Places of Worship – Effective May 27, 2020, religious services and cultural ceremonial activities may be conducted in conformance with the State Guidance pursuant to sections 11 and 12, above. Given the high risk of this activity, outdoor ceremonies are encouraged and vulnerable members of the population (over 65 years old, compromised immune system or underlying condition) are strongly encouraged to participate through streaming or some other form of remote technology.

15. Each essential business and reopened business shall:

   a. Require all employees to wear face coverings as described in section 9 above; and,

   b. Shall conduct temperature screening of all employees prohibiting employees with a temperature of 100 degrees or more from entering the workplace. Symptom screening (prohibiting employees from entering if they exhibit symptoms as described by the Centers for Disease Control and Prevention) may be used only when a thermometer is not available.

16. Outdoor Recreation

   a. Each public park and recreation area, shall operate in compliance with the Protocol found at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/parks-beaches-social-distancing-protocol.pdf created and implemented by the operator of the park. The public shall not congregate or participate in active sport activities at a park with the exception of members of a single family or household if authorized pursuant to the Protocol applicable to the park. Any park at which the

Page 5 of 11

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit A

Protocol requirements cannot be effectively implemented may be required to close.

b.  Campgrounds may be open provided a vacant campsite separates each occupied campsite and each campsite is occupied only by members of the same household.

c.  Recreational boating is allowed provided all occupants of a boat are from the same household.

d.  For Beaches Only - All parking lots at public beaches shall be closed. Beaches shall be used for walking, running, hiking, equestrian or bicycle riding (where allowed) and for passive activities such as sitting and sunbathing provided all persons on the beach practice social distancing, other than members of the same household. The public shall not congregate or participate in active sport activities on beaches. Swimming, body surfing, boogie boarding, surfing, kite surfing, paddle boarding, kayaking, snorkeling and scuba diving from the shore may be allowed in the ocean and bays connected thereto. Beaches where social distancing requirements cannot be effectively implemented shall close. All other restrictions applicable to beaches pursuant to other sections of this Order shall remain in effect.

e.  To enhance recreational opportunities in the county, private and public golf courses and, other public or private outdoor recreational facilities (other than community pools per State order), including recreational equipment (such as bicycle, boat, kayak, equestrian and surfboard) rentals may be open for limited use.

   i.  The owner or operator of a golf course shall complete, post and fully implement a Golf Course Physical Distancing & Safety Plan for San Diego County.  Golf courses shall conduct temperature screening of all employees, and anyone with a temperature of 100 degrees or higher shall not be permitted to enter the facility.

   ii.  The owner or operator of an outdoor recreational facility shall limit use of recreational equipment or areas to individuals able to practice social distancing before, during or after the activity, or members of the same household.  The owner or operator shall prepare a Safe Reopening Plan pursuant to section 11 which shall include a requirement that all equipment be sanitized with a disinfectant effective against coronavirus immediately after every use.

   iii.  One-on-one outdoor recreation instruction may occur provided the instructor and the student comply with social distancing and face covering requirements in this Order.  If equipment is used, it shall not be shared between the instructor and the student, and should be appropriately sanitized, where appropriate.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
Exhibit A

17. All essential businesses and reopened businesses that remain in operation in accordance with the Order shall make every effort to use telecommuting for their workforces.

18. A strong recommendation is made that all persons who are 65 years old or older, have a chronic underlying condition, or have a compromised immune system self-quarantine themselves at home or other suitable location.

19. All persons arriving in the county from international locations identified on the Centers for Disease Control and Prevention (CDC) Warning Level 2 or 3 Travel Advisory (available at: https://wwwnc.cdc.gov/travel/notices) shall be subject to 14-day home or other suitable location quarantine and self-monitoring.

20. Persons who have been diagnosed with COVID-19, or who are likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Isolation of All Persons with or Likely to have COVID-19", or as subsequently amended. Persons who have a close contact with a person who either has COVID-19, or is likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Quarantine of Persons Exposed to COVID-19," or as subsequently amended. Both orders are available at: https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/dc/2019-nCoV/health-order.html. If a more specific isolation or quarantine order is issued to a person, that order shall be followed.

21. For purposes of this Order:
    a. "Essential business" is any business or activity (or a business/activity that employs/utilizes workers) designated by the State Public Health Officer as "Essential Critical Infrastructure Workers" set forth in: https://covid19.ca.gov/img/EssentialCriticalInfrastructureWorkers.pdf) as that list may be updated from time-to-time, and referenced in Executive Order N-33-20 issued by the Governor of the State of California. For the purposes of this Order, the following businesses in the Food and Agriculture Sector are considered "groceries" or "other retail that sells food and beverages": grocery stores, corner stores and convenience stores, liquor stores that sell food, farmer's markets, food banks, farm and produce stands, supermarkets, big box stores that sell groceries and essentials, or similar business that sell food so long as the store has a current permit related to the sale of food and/or beverages from the San Diego County Department of Environmental Health.
    b. "Gathering" is any event or convening that brings together more than one person in a single room or single indoor or outdoor space at the same time. A gathering does not

Page 7 of 11

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

Exhibit A

007

include:

    i.    A gathering consisting only of members of a single family or household.

    ii.    Operations at airports, public transportation or other spaces where persons in transit are able to practice social distancing.

    iii.    Operations at essential businesses as defined in section 21a above and reopened businesses as defined in 21f below and where the other requirements set forth in this Order are followed.

c.    "Long term care facility" is a facility serving adults that require assistance with activities of daily living, including a skilled nursing facility, and that is licensed by the California Department of Community Care and Licensing, or the California Department of Public Health.

d.    "Non-essential personnel" are employees, contractors, or members of the public who do not perform treatment, maintenance, support, or administrative tasks deemed essential to the healthcare mission of the long-term care facility or hospital. Non-essential personnel do not include first responders, nor State, federal, or local officials, investigators, or medical personnel carrying out lawful duties. Non-essential personnel do not include visitors to hospitals and long-term care facilities who are granted entry by the facility's director, or designee, because they are family or friends who are visiting a resident in an end of life or similar situation, are parents or guardians visiting a child who is a patient, or because of any other circumstances deemed appropriate by the facility director, or designee, and where appropriate precautions by the facility that follow federal, State, and local public health guidance regarding COVID-19 are followed.

e.    "Social distancing" is maintaining a six-foot separation from all persons except for household members, first responders and medical providers or employees conducting temperature screenings.

f.    "Reopened business" is a business that is not an essential business as stated in section 21a above, and has reopened in conformance with the State of California's Resilience Roadmap (available at: https://covid19.ca.gov/roadmap/), as may be subsequently amended, as indicated by the posting of a new State COVID-19 INDUSTRY GUIDANCE for the business. A reopened business may open when the State has posted the applicable COVID-19 INDUSTRY GUIDANCE, the Public Health Officer has posted an acknowledgement of reopened status on the County of San Diego Coronavirus website and the business has complied with the requirements of this Order.

22. Hotels and lodging establishments – Effective June 2, 2020, all hotels and lodging establishments shall require employees at guest check in to verify compliance with the Order of the State Health Officer regarding operation of hotels and lodging establishments by mandating that guests sign and complete a Guest Certification for Hotels and Lodging Establishments, available at: https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19 /HotelCertification.pdf. Hotels and lodging establishments shall maintain each guest certification for six months after the date of signature.

23. This Order is issued as a result of the World Health Organization's declaration of a worldwide pandemic of COVID-19 disease, also known as "novel coronavirus."

24. This Order is issued based on scientific evidence regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to COVID-19. The age, condition, and health of a significant portion of the population of the county places it at risk for serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public— such as older adults, and those with underlying health conditions—at significant risk.

25. The actions required by this Order are necessary to reduce the number of individuals who will be exposed to COVID-19, and will thereby slow the spread of COVID-19 in the county. By reducing the spread of COVID-19, this Order will help preserve critical and limited healthcare capacity in the county and will save lives.

26. This Order is issued in accordance with, and incorporates by reference: a) the Declaration of Local Health Emergency issued by the Health Officer on February 14, 2020; b) the Proclamation of Local Emergency issued by the County Director of Emergency Services on February 14, 2020; c) the action of the County Board of Supervisors to ratify and continue both the local health emergency and local emergency on February 19, 2020; d) the Proclamation of a State of Emergency issued by the Governor of the State of California on March 4, 2020; e) Executive Order N-25-20 issued by the Governor of the State of California on March 12, 2020 which orders that "All residents are to heed any orders and guidance of state and local health officials, including but not limited to the imposition of social distancing measures, to control COVID-19"; f) Proclamation 9984 regarding COVID-19 issued by the

President of the United States on March 11, 2020; g) Executive Order N-33-20 issued by the Governor of the State of California on March 19, 2020; h) the "Interim Additional Guidance for Infection Prevention and Control for Patients with Suspected or Confirmed COVID-19 in Nursing Homes" issued by the CDC; i) COVID-19 guidance issued by the California Department of Public Health on including, but not limited to the Face Coverings Guidance issued on April 1, 2020; and j) the State of California's "Resilience Roadmap."

27. This Order is issued to prevent circumstances often present in gatherings that may exacerbate the spread of COVID-19, such as: 1) the increased likelihood that gatherings will attract people from a broad geographic area; 2) the prolonged time period in which large numbers of people are in close proximity; 3) the difficulty in tracing exposure when large numbers of people attend a single event or are at a single location; and 4) the inability to ensure that such persons follow adequate hygienic practices.

28. This Order is issued to provide additional opportunities for recreational activities while also requiring additional protections from the spread of COVID-19 to the public who are taking advantage of these opportunities for recreational activities.  And providing additional protections for employees of essential businesses or reopened business and their customers/clients by increasing facial covering requirements and health checks and temperature screening.

29. This Order is issued to protect the public health as businesses are allowed to reopen by requiring businesses to implement procedures necessary to ensure their employees and customers comply with social distancing, sanitation and screening practices.

30. This Order comes after the release of substantial guidance from the Health Officer, the California Department of Public Health, the CDC, and other public health officials throughout the United States and around the world.

31. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the county shall take necessary measures within the governmental entity's control to ensure compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where gatherings may occur.

32. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS

33. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

34. Once this Order takes effect it shall supersede the Order of the Health Officer and Emergency Regulations dated May 29, 2020.

**IT IS SO ORDERED:**

Date: June 3, 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

---

## EMERGENCY REGULATIONS

As Director of Emergency Services for the County of San Diego, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and San Diego County Code section 31.103.  The following shall be in effect for the duration of the Health Officer Order issued above which is incorporated in its entirety by reference:

> The Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both.  (Government Code section 8665.)

Date: June 3, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

# Exhibit B



State of California—Health and Human Services Agency

# California Department of Public Health



**SONIA Y. ANGELL, MD, MPH**
*State Public Health Officer & Director*

**GAVIN NEWSOM**
*Governor*

June 18, 2020

# GUIDANCE FOR THE USE OF FACE COVERINGS

Because of our collective actions, California has limited the spread of COVID-19 and associated hospitalizations and deaths in our state. Still, the risk for COVID-19 remains and the increasing number of Californians who are leaving their homes for work and other needs, increases the risk for COVID-19 exposure and infection.

Over the last four months, we have learned a lot about COVID-19 transmission, most notably that people who are infected but are asymptomatic or pre-symptomatic play an important part in community spread. The use of face coverings by everyone can limit the release of infected droplets when talking, coughing, and/or sneezing, as well as reinforce physical distancing.

This document updates existing CDPH guidance for the use of cloth face coverings by the general public when outside the home. It mandates that face coverings be worn state-wide in the circumstances and with the exceptions outlined below. It does not substitute for existing guidance about social distancing and handwashing.

## Guidance

People in California must wear face coverings when they are in the high-risk situations listed below:

- Inside of, or in line to enter, any indoor public space;[1]
- Obtaining services from the healthcare sector in settings including, but not limited to, a hospital, pharmacy, medical clinic, laboratory, physician or dental office, veterinary clinic, or blood bank;[2]
- Waiting for or riding on public transportation or paratransit or while in a taxi, private car service, or ride-sharing vehicle;
- Engaged in work, whether at the workplace or performing work off-site, when:
  - Interacting in-person with any member of the public;
  - Working in any space visited by members of the public, regardless of whether anyone from the public is present at the time;

---

[1] Unless exempted by state guidelines for specific public settings
[2] Unless directed otherwise by an employee or healthcare provider



- Working in any space where food is prepared or packaged for sale or distribution to others;
- Working in or walking through common areas, such as hallways, stairways, elevators, and parking facilities;
- In any room or enclosed area where other people (except for members of the person's own household or residence) are present when unable to physically distance.

- Driving or operating any public transportation or paratransit vehicle, taxi, or private car service or ride-sharing vehicle when passengers are present. When no passengers are present, face coverings are strongly recommended.
- While outdoors in public spaces when maintaining a physical distance of 6 feet from persons who are not members of the same household or residence is not feasible.

*The following individuals are exempt from wearing a face covering:*

- Persons age two years or under. These very young children must not wear a face covering because of the risk of suffocation.
- Persons with a medical condition, mental health condition, or disability that prevents wearing a face covering. This includes persons with a medical condition for whom wearing a face covering could obstruct breathing or who are unconscious, incapacitated, or otherwise unable to remove a face covering without assistance.
- Persons who are hearing impaired, or communicating with a person who is hearing impaired, where the ability to see the mouth is essential for communication.
- Persons for whom wearing a face covering would create a risk to the person related to their work, as determined by local, state, or federal regulators or workplace safety guidelines.
- Persons who are obtaining a service involving the nose or face for which temporary removal of the face covering is necessary to perform the service.
- Persons who are seated at a restaurant or other establishment that offers food or beverage service, while they are eating or drinking, provided that they are able to maintain a distance of at least six feet away from persons who are not members of the same household or residence.
- Persons who are engaged in outdoor work or recreation such as swimming, walking, hiking, bicycling, or running, when alone or with household members, and when they are able to maintain a distance of at least six feet from others.

**Exhibit B**
**013**

- Persons who are incarcerated. Prisons and jails, as part of their mitigation plans, will have specific guidance on the wearing of face coverings or masks for both inmates and staff.

**Note:** Persons exempted from wearing a face covering due to a medical condition who are employed in a job involving regular contact with others should wear a non-restrictive alternative, such as a face shield with a drape on the bottom edge, as long as their condition permits it.

## Background

*What is a cloth face covering?*
A cloth face covering is a material that covers the nose and mouth. It can be secured to the head with ties or straps or simply wrapped around the lower face. It can be made of a variety of materials, such as cotton, silk, or linen. A cloth face covering may be factory-made or sewn by hand or can be improvised from household items such as scarfs, T-shirts, sweatshirts, or towels.

*How well do cloth face coverings work to prevent spread of COVID-19?*
There is scientific evidence to suggest that use of cloth face coverings by the public during a pandemic could help reduce disease transmission. Their primary role is to reduce the release of infectious particles into the air when someone speaks, coughs, or sneezes, including someone who has COVID-19 but feels well. Cloth face coverings are not a substitute for physical distancing, washing hands, and staying home when ill, but they may be helpful when combined with these primary interventions.

*When should I wear a cloth face covering?*
You should wear face coverings when in public places, particularly when those locations are indoors or in other areas where physical distancing is not possible

*How should I care for a cloth face covering?*
It's a good idea to wash your cloth face covering frequently, ideally after each use, or at least daily. Have a bag or bin to keep cloth face coverings in until they can be laundered with detergent and hot water and dried on a hot cycle. If you must re-wear your cloth face covering before washing, wash your hands immediately after putting it back on and avoid touching your face. Discard cloth face coverings that:

- No longer cover the nose and mouth
- Have stretched out or damaged ties or straps
- Cannot stay on the face
- Have holes or tears in the fabric

###

**Exhibit B**
**014**

Exhibit C



# County of San Diego

**NICK MACCHIONE, FACHE**

AGENCY DIRECTOR

**HEALTH AND HUMAN SERVICES AGENCY**
PUBLIC HEALTH SERVICES
3851 ROSECRANS STREET, MAIL STOP P-578
SAN DIEGO, CA 92110-3134
(619) 531-5800 • FAX (619) 542-4186

**WILMA J. WOOTEN, M.D.**

PUBLIC HEALTH OFFICER

## ORDER OF THE HEALTH OFFICER
## AND EMERGENCY REGULATIONS
### (Effective June 19, 2020)

Pursuant to California Health and Safety Code sections 101040, 120175, and 120175.5 (b) the Health Officer of the County of San Diego (Health Officer) **ORDERS AS FOLLOWS**:

Effective 12:00 a.m. on Friday, June 19, 2020 and continuing until further notice, the following will be in effect for San Diego County (county):

1. All persons are to remain in their homes or at their place of residence, except for employees or customers travelling to and from essential businesses, reopened businesses, or essential activities as defined in section 21, below, or to participate in individual or family outdoor activity as allowed by this Order.

2. All public or private "gatherings," as defined in section 21 below, are prohibited.

3. All businesses not meeting the definition of essential business or reopened business in section 21 below are referred to in this Order as "non-essential businesses" and shall be and remain closed for the duration of this Order. All essential businesses and reopened businesses must comply with the requirements of this Order. Notwithstanding the foregoing, any business may remain open if its employees and owners can provide its services from home, including by telecommuting, without direct contact with the public.

4. All public, charter and private schools may hold classes or school business operations on the school campus, provided the school complies with the measures contained in the State COVID-19 Industry Guidance: Schools and School-Based Programs issued by the CDPH (including the face covering requirements contained therein),  also incorporating where feasible the guidelines provided in Stronger Together: A Guidebook for the Safe Reopening

**Exhibit C**
**015**

of California's Public Schools issued by the California Department of Education.  Each school shall complete and post a document detailing the actions the school is taking to comply with the CDPH Industry Guidance measures after considering the CDE Guidelines noted above. Colleges and Universities shall not hold classes or other school activities where students gather on the school campus, except for research-related activities in colleges and universities and where necessary to train students who will serve as essential workers.

5. Child daycare and child care providers shall operate in compliance with the measures set forth in State COVID-19 Updated Guidance: Child Care Programs and Providers and shall prepare and post a Safe Reopening Plan pursuant to section 11, below.

6. "Non-essential personnel," as defined in section 21 below, are prohibited from entry into any hospital or long-term care facility.  All essential personnel who are COVID-19 positive or show any potential signs or symptoms of COVID-19 are strictly prohibited from entry into hospitals or long-term care facilities. Notwithstanding the foregoing, individuals requiring medical care for COVID-19 or related conditions may be admitted to hospitals or other medical facilities if the hospital or medical facility is appropriate for treating COVID-19 and has adequate precautions in place to protect its patients, medical personnel and staff.

7. Hospitals and healthcare providers, including dentists shall:
   a. Take measures to preserve and prioritize resources; and,
   b. May authorize and perform non-emergent or elective surgeries or procedures based on their determination of clinical need and supply capacity, and where consistent with State guidance.
   c. Nothing in this Order shall prevent physicians and other healthcare providers from conducting routine preventive care provided it conforms to any applicable State guidance.
   d. Nothing in this Order shall prevent dentists or dental hygienists from conducting routine preventive care provided it conforms to any applicable State guidance.

8. Hospitals, healthcare providers, and commercial testing laboratories shall report all COVID-19 test results to the Public Health Officer immediately after such results are received.

9. All persons two years of age or older who are present in the county shall have possession of a face covering when they leave their home or place of residence and shall wear the face covering as described and required in California Department of Public Health Face Covering

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
**Exhibit C**
**016**

Guidance       issued       on       June       18,       2020,       (available       at:
https://www.cdph.ca.gov/Programs/CID/DCDC/CDPH%20Document%20Library/COVID-
19/Guidance-for-Face-Coverings_06-18-2020.pdf).

10. All essential businesses that allow members of the public to enter a facility must prepare and
     post a "Social Distancing and Sanitation Protocol" on the form available at:
     https://www.sandiegocounty
     .gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid19/SOCIAL_DISTANCING_
     AND_SANITATION_PROTOCOL_04022020_V1.pdf ), or on a form required by another
     governmental entity requiring substantially similar information, for each of their facilities open
     to the public in the county. The Social Distancing and Sanitation Protocol must be posted at
     or near the entrance of the relevant facility, and shall be easily viewable by the public and
     employees.  A copy of the Social Distancing and Sanitation Protocol must also be provided to
     each employee performing work at the facility.  All essential businesses shall implement the
     Social Distancing and Sanitation Protocol and provide evidence of its implementation to any
     authority enforcing this Order upon demand.  The Social Distancing and Sanitation Protocol
     must ensure all required measures are implemented and must identify and require measures
     necessary to implement social distancing are implemented at each facility that will ensure
     social distancing and sanitation at that particular facility.  If the measures identified and
     implemented are not effective in maintaining proper social distancing and sanitation, the
     business shall promptly modify its Social Distancing and Sanitation Protocols to ensure proper
     social distancing and sanitation. Any business that fails to successfully implement social
     distancing and sanitation may be required to close.

11. All reopened businesses, with the exception of restaurants, bars, wineries and breweries
     which do not limit services to take-out or delivery, must prepare and post a "Safe Reopening
     Plan"            on            the            form            available
     at:https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/covid
     19/Community_Sector_Support/BusinessesandEmployers/SafeReopeningPlanTemplate.pdf
     for each of their facilities in the county.  Restaurants bars, wineries and breweries which do
     not limit services to take-out or delivery, must prepare and post a "COVID-19 Restaurant
     Operating Protocol" on the form available at
     https://www.sandiegocounty.gov/content/dam/sdc/deh/fhd/food/pdf/covid19sdrestaurantoper
     atingprotocol_en.pdf  for each restaurant in the county. The Safe Reopening Plan or COVID-
     19 Restaurant Operating Protocol must be posted at or near the entrance of the relevant facility,
     and shall be easily viewable by the public and employees.  A copy of the Safe Reopening Plan
     or COVID-19 Restaurant Operating Protocol must also be provided to each employee

performing work at the facility.  All reopened businesses shall implement the Safe Reopening Plan or COVID-19 Restaurant Operating Protocol and provide evidence of its implementation to any authority enforcing this Order upon demand.  The Safe Reopening Plan or COVID-19 Restaurant Operating Protocol must ensure all required measures are implemented.  If the measures identified and implemented are not effective in maintaining proper social distancing and sanitation, the business shall promptly modify its Safe Reopening Plan or COVID-19 Restaurant Operating Protocol to ensure proper social distancing and sanitation. Any business that fails to comply with its Safe Reopening Plan or COVID-19 Restaurant Operating Protocol shall immediately close.

12. When the State of California has issued an [industry guidance](#) with mandatory and/or suggested measures to be implemented by a particular type of business or industry, a reopened business must include all mandatory measures as part of its Safe Reopening Plan.  The reopened business shall include all suggested measures necessary to maintain proper sanitation, employee screening, social distancing and facial coverings.  Any mandatory measures required by this Order must also be included in the Safe Reopening Plan.

13. All restaurants, bars, wineries and breweries shall also be required to ensure their customers comply with all of the following measures and shall immediately close if they are not able to do so:

    a. Customers shall not stand in the restaurant, bar, winery or brewery except in the reception area while waiting for a table or to pick up take-out food.  If customers cannot be socially distanced in the reception area they shall wait in their cars or outside of the restaurant in a line with six feet between each customer.

    b. Discontinue open seating.  All members of the party must be present before seating and the host must bring the entire party to the table at one time. The customers allowed at a table are limited to members of a single household or customers who have asked to be seated together at the time a table is requested.

    c. No food or beverages shall be served to or consumed by a customer who is not seated at a table designated by the restaurant for dining.

    d. Discontinue seating customers and/or groups at bar counters, sushi preparation bars, etc. where they cannot maintain at least six feet of distance from employee work areas/stations.  Install physical barriers or partitions in areas where maintaining a physical distance of six feet is difficult.

    e. Customers are not required to wear face coverings while at a table with members of the same household.  Customers at a table with non-household members are not required

to wear face coverings when eating and drinking. Customers are required to wear face coverings at all other times in conformance with paragraph 9, above.

f. Tables designated for dining shall be six feet apart, or separated by barriers or partitions that extend above the heads of customers while seated.  Customer shall not be allowed to bring additional chairs to the table that interfere with the six foot separation.

g. Dance floors shall be closed and performances such as musical or dance acts that encourage large gatherings shall be discontinued.

h. Any customer that refuses to comply with this section shall be subject to enforcement per Health and Safety Code section 120295.

14. Places of Worship – Religious services and cultural ceremonial activities (including wedding ceremonies but not receptions) may be conducted in conformance with the State Guidance pursuant to sections 11 and 12, above.  Given the high risk of this activity, outdoor ceremonies are encouraged and vulnerable members of the population (over 65 years old, compromised immune system or underlying condition) are strongly encouraged to participate through streaming or some other form of remote technology.  Outdoor services and cultural ceremonial activities may be conducted provided all persons practice social distancing as defined in section 21e, below.

15. Each essential business and reopened business shall:
a. Require all employees/on-site contractors (hereinafter referred to as employees) to have possession of face coverings and wear them as described in section 9 above when in the business facility; and,

b. Shall conduct temperature screening of all employees and prohibit entry to the workplace of employees with a temperature of 100 degrees or more, employees exhibiting COVID-19 symptoms as described by the Centers for Disease Control and Prevention, or employees who have recently been exposed to a person who has tested positive for COVID-19 (either directly or through a breach of Personal Protective Equipment in the case of healthcare workers/first responders).

16. Outdoor Recreation
a. Each public park and recreation area or facility, shall operate in compliance with the measures set forth in the State COVID-19 Industry Guidance: Campgrounds, RV Parks and Outdoor Recreation.  The operator of the park shall prepare a Safe Reopening Plan pursuant to section 11, above, indicating how the park or recreation facility will implement the required measures. Any park or recreation area/facility at which the Protocol requirements cannot be effectively implemented may be required to close.

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
**Exhibit C**
**019**

b.  Outdoor recreation instruction and day camps that comply with the State COVID-19 Industry Guidance: Day Camps, may be conducted in park and recreation areas/facilities.

c.  Swimming pools owned or operated by a Homeowners' Association, Condominium or Apartment complex may be open provided the owner or operator completes and posts a Safe Reopening Plan that shows conformance with the requirements of this Order and with the swimming pool/aquatic venues requirements of the State COVID-19 Industry Guidance on Fitness Facilities.

17. All essential businesses and reopened businesses that remain in operation in accordance with the Order shall make every effort to use telecommuting for their workforces.

18. A strong recommendation is made that all persons who are 65 years old or older, have a chronic underlying condition, or have a compromised immune system self-quarantine themselves at home or other suitable location.

19. All persons arriving in the county from international locations identified on the Centers for Disease Control and Prevention (CDC) Warning Level 2 or 3 Travel Advisory (available at: https://wwwnc.cdc.gov/travel/notices) shall be subject to 14-day home or other suitable location quarantine and self-monitoring.

20. Persons who have been diagnosed with COVID-19, or who are likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Isolation of All Persons with or Likely to have COVID-19", or as subsequently amended.  Persons who have a close contact with a person who either has COVID-19, or is likely to have COVID-19, shall comply with the Order of the Health Officer titled: "Quarantine of Persons Exposed to COVID-19," or as subsequently amended.          Both          orders          are          available          at: https://www.sandiegocounty.gov/content/sdc/hhsa/programs/phs/community_epidemiology/d c/2019-nCoV/health-order.html.  If a more specific isolation or quarantine order is issued to a person, that order shall be followed.

21. For purposes of this Order:
a.  "Essential business" is any business or activity (or a business/activity that employs/utilizes workers) designated by the State Public Health Officer as "Essential Critical Infrastructure Workers" set forth in: https://covid19.ca.gov/img/Essential CriticalInfrastructureWorkers.pdf) as that list may be updated from time-to-time, and

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
**Exhibit C**
**020**

referenced in Executive Order N-33-20 issued by the Governor of the State of California.  For the purposes of this Order, the following businesses in the Food and Agriculture Sector are considered "groceries" or "other retail that sells food and beverages": grocery stores, corner stores and convenience stores, liquor stores that sell food, farmer's markets, food banks, farm and produce stands, supermarkets, big box stores that sell groceries and essentials, or similar business that sell food so long as the store has a current permit related to the sale of food and/or beverages from the San Diego County Department of Environmental Health.

b. "Gathering" is any event or convening that brings together more than one person in a single room or single indoor or outdoor space at the same time.  A gathering does not include:

    i. A gathering consisting only of members of a single family or household.

    ii. Operations at airports, public transportation or other spaces where persons in transit are able to practice social distancing.

    iii. Operations at essential businesses as defined in section 21a above and reopened businesses as defined in 21f below and where the other requirements set forth in this Order are followed.

c. "Long term care facility" is a facility serving adults that require assistance with activities of daily living, including a skilled nursing facility, and that is licensed by the California Department of Community Care and Licensing, or the California Department of Public Health.

d. "Non-essential personnel" are employees, contractors, or members of the public who do not perform treatment, maintenance, support, or administrative tasks deemed essential to the healthcare mission of the long-term care facility or hospital.  Non-essential personnel do not include first responders, nor State, federal, or local officials, investigators, or medical personnel carrying out lawful duties.  Non-essential personnel do not include visitors to hospitals and long-term care facilities who are granted entry by the facility's director, or designee, because they are family or friends who are visiting a resident in an end of life or similar situation, are parents or guardians visiting a child who is a patient, or because of any other circumstances deemed appropriate by the facility director, or designee, and where appropriate precautions by the facility that follow federal, State, and local public health guidance regarding COVID-19 are followed.

e. "Social distancing" is maintaining a six-foot separation from all persons except for household members, first responders and medical providers or employees conducting temperature screenings.

f. "Reopened business" is a business that is not an essential business as stated in section

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
Exhibit C

21a above, and has reopened in conformance with the State of California's Resilience Roadmap (available at: https://covid19.ca.gov/roadmap/), as may be subsequently amended as indicated by the posting of a new State COVID-19 INDUSTRY GUIDANCE for the business.  A reopened business may open  when the State has posted the applicable COVID-19 INDUSTRY GUIDANCE, the Public Health Officer has posted an acknowledgement of the reopened status on the County of San Diego Coronavirus website and the business has complied with the requirements of this Order.

22. Hotels and lodging establishments may be open for all guests, including tourists and leisure guests, provided they comply with the State COVID-19 Industry Guidance: Hotels, Lodging and Short Term Rentals and complete and post a Safe Reopening Plan pursuant to section 11, above.

23. This Order is issued as a result of the World Health Organization's declaration of a worldwide pandemic of COVID-19 disease, also known as "novel coronavirus."

24. This Order is issued based on scientific evidence regarding the most effective approaches to slow the transmission of communicable diseases generally and COVID-19 specifically, as well as best practices as currently known and available to protect vulnerable members of the public from avoidable risk of serious illness or death resulting from exposure to COVID-19. The age, condition, and health of a significant portion of the population of the county places it at risk for serious health complications, including death, from COVID-19. Although most individuals who contract COVID-19 do not become seriously ill, persons with mild symptoms and asymptomatic persons with COVID-19 may place other vulnerable members of the public— such as older adults, and those with underlying health conditions—at significant risk.

25. The actions required by this Order are necessary to reduce the number of individuals who will be exposed to COVID-19, and will thereby slow the spread of COVID-19 in the county. By reducing the spread of COVID-19, this Order will help preserve critical and limited healthcare capacity in the county and will save lives.

26. This Order is issued in accordance with, and incorporates by reference: a) the Declaration of Local Health Emergency issued by the Health Officer on February 14, 2020; b) the Proclamation of Local Emergency issued by the County Director of Emergency Services  on February 14, 2020; c) the action of the County Board of Supervisors to ratify and continue

ORDER OF THE HEALTH OFFICER AND EMERGENCY REGULATIONS
**Exhibit C**

both the local health emergency and local emergency on February 19, 2020; d) the Proclamation of a State of Emergency issued by the Governor of the State of California on March 4, 2020; e) Executive Order N-25-20 issued by the Governor of the State of California on March 12, 2020 which orders that "All residents are to heed any orders and guidance of state and local health officials, including but not limited to the imposition of social distancing measures, to control COVID-19"; f) Proclamation 9984 regarding COVID-19 issued by the President of the United States on March 11, 2020; g) Executive Order N-33-20 issued by the Governor of the State of California on March 19, 2020; h) the "Interim Additional Guidance for Infection Prevention and Control for Patients with Suspected or Confirmed COVID-19 in Nursing Homes" issued by the CDC; i) COVID-19 guidance issued by the California Department of Public Health on including, but not limited to the Face Coverings Guidance issued on April 1, 2020; and j) the State of California's "Resilience Roadmap."

27. This Order is issued to prevent circumstances often present in gatherings that may exacerbate the spread of COVID-19, such as: 1) the increased likelihood that gatherings will attract people from a broad geographic area; 2) the prolonged time period in which large numbers of people are in close proximity; 3) the difficulty in tracing exposure when large numbers of people attend a single event or are at a single location; and 4) the inability to ensure that such persons follow adequate hygienic practices.

28. This Order is issued to provide additional opportunities for recreational activities while also requiring additional protections from the spread of COVID-19 to the public who are taking advantage of these opportunities for recreational activities.  And providing additional protections for employees of essential businesses or reopened business and their customers/clients by increasing facial covering requirements and health checks and temperature screening.

29. This Order is issued to protect the public health as businesses are allowed to reopen by requiring businesses to implement procedures necessary to ensure their employees and customers comply with social distancing, sanitation and screening practices.

30. This Order comes after the release of substantial guidance from the Health Officer, the California Department of Public Health, the CDC, and other public health officials throughout the United States and around the world.

31. Pursuant to Health and Safety Code section 120175.5 (b) all governmental entities in the county shall take necessary measures within the governmental entity's control to ensure

compliance with this Order and to disseminate this Order to venues or locations within the entity's jurisdiction where gatherings may occur.

32. Violation of this Order is subject to fine, imprisonment, or both. (California Health and Safety Code section 120295.)

33. To the extent necessary, this Order may be enforced by the Sheriff or chiefs of police pursuant to Government Code sections 26602 and 41601 and Health and Safety Code section 101029.

34. Once this Order takes effect it shall supersede the Order of the Health Officer and Emergency Regulations dated June 15, 2020.

**IT IS SO ORDERED:**

Date: June 18, 2020

Wilma J. Wooten, M.D., M.P.H.
Public Health Officer
County of San Diego

---

EMERGENCY REGULATIONS

As Director of Emergency Services for the County of San Diego, I am authorized to promulgate regulations for the protection of life and property pursuant to Government Code Section 8634 and San Diego County Code section 31.103. The following shall be in effect for the duration of the Health Officer Order issued above which is incorporated in its entirety by reference:

The Health Officer Order shall be promulgated as a regulation for the protection of life and property.

Any person who violates or who refuses or willfully neglects to obey this regulation is subject to fine, imprisonment, or both. (Government Code section 8665.)

Date: June 18, 2020

Helen Robbins-Meyer
Chief Administrative Officer
Director of Emergency Services
County of San Diego

# Exhibit D



## 5,058
Positive COVID-19 Hospital Patients

-3 Patients
-0.1% Decrease

Positive COVID-19 Hospital Patients



## 1,590
ICU Positive COVID-19 Hospital Patients

-16 Patients
-1.0% Decrease

Percentage of Positive COVID-19 Hospital Patients in ICU



## 1,421
Suspected COVID-19 Hospital Patients

+122 Patients
+9.4% Increase

## 171
ICU Suspected COVID-19 Hospital Patients

-24 Patients
-12.3% Decrease

# Exhibit E

Source: https://www.statista.com/statistics/1109011/coronavirus-covid19-death-rates-us-by-state/

## COVID-19 death rates in the United States as of August 14, 2020, by state

Published by John Elflein, Aug 14, 2020

As of August 14, 2020, there have been around 167 thousand deaths related to COVID-19 in the United States. The death rate from COVID-19 in the state of New York is 169 per 100,000 people. New York is one of the states with the highest number of COVID-19 cases.

### Pharma firms step up their efforts to fight virus

The coronavirus SARS-CoV-2, which is causing the COVID-19 disease, is spreading from person to person and putting significant strain on health care systems around the world.

## Death rates from coronavirus (COVID-19) in the United States as of August 14, 2020, by state

*(per 100,000 people)*



Exhibit E
028

| State | Value |
|---|---|
| Florida | 41 |
| Alabama | 39 |
| Texas | 34 |
| New Mexico | 33 |
| Colorado | 33 |
| Nevada | 33 |
| Ohio | 32 |
| New Hampshire | 31 |
| Minnesota | 31 |
| Iowa | 31 |
| California | 28 |
| Virginia | 28 |
| Washington | 23 |
| Missouri | 22 |
| North Carolina | 22 |
| Nebraska | 19 |
| Tennessee | 19 |
| Arkansas | 19 |
| Kentucky | 18 |
| Wisconsin | 17 |
| South Dakota | 17 |
| Oklahoma | 16 |
| North Dakota | 16 |
| Kansas | 14 |
| Idaho | 14 |
| Utah | 11 |
| Puerto Rico | 10 |
| Oregon | 9 |
| West Virginia | 9 |
| Vermont | 9 |

Exhibit E
029



ⓘ Additional Information

© Statista 2020 🏳

Show source ⓘ

## Sources
→ Show sources information
→ Show publisher information

## Release date
August 2020

## Region
United States

## Survey time period
As of August 14, 2020, 3:45 am ET

## Supplementary notes

Data are based on reports by states and counties at the time of publication. Local governments may revise reported numbers as they get new information.

For further information about the coronavirus (COVID-19) pandemic, please visit our dedicated Facts and Figures page.

**Exhibit E**
**030**

# Exhibit F

# Coronavirus Disease 2019 Information

 Coronavirus Disease 2019

## Coronavirus in San Diego County

The County of San Diego is working closely with federal and state agencies and the local healthcare community to monitor and test for the COVID-19 virus in the region. For information about coronavirus disease nationwide, visit the **CDC website**.

# County of San Diego Coronavirus Disease (COVID-19) Dashboard

**\*\*Mobile Version of Dashboard\*\***

# County of San Diego COVID-19 Triggers Dashboard

**Triggers for Modifying Health Officer Orders**

**\*\*Mobile Version of Triggers Dashboard\*\***

The table below provides information about positive cases of COVID-19 in San Diego County.

**This table will be updated daily around 5:00 p.m.**

| Positive Cases in San Diego County Since February 14, 2020<br>Coronavirus Disease 2019 (COVID-19)<br>*Table updated August 17, 2020, with data through August 16, 2020.* | | | |
|---|---|---|---|
| **COVID-19 Case Summary** | **San Diego County Residents** | | |
| **Total Positives** | **34,960** | | |
| **Selected Characteristics** | **Count** | **%** | **Rate per 100,000** |
| **Age Groups** | | | |
| 0-9 years | 1,121 | 3.2% | 258.6 |
| 10-19 years | 2,809 | 8.0% | 647.7 |
| 20-29 years | 8,902 | 25.5% | 1,676.7 |
| 30-39 years | 6,602 | 18.9% | 1,347.3 |
| 40-49 years | 5,070 | 14.5% | 1,270.3 |
| 50-59 years | 4,897 | 14.0% | 1,210.8 |
| 60-69 years | 2,948 | 8.4% | 866.3 |

**Exhibit F**
**031**

| 70-79 years | 1,411 | 4.0% | 705.9 |
| 80+ years | 1,166 | 3.3% | 973.1 |
| Age Unknown | 34 | — | — |
| **Gender** | | | |
| Woman | 17,956 | 51.5% | 1,080.6 |
| Man | 16,891 | 48.5% | 999.4 |
| Unknown | 113 | — | — |
| Hospitalizations | 2,868 | 8.2% | — |
| Intensive Care | 716 | 2.0% | — |
| Deaths | 626 | 1.8% | — |

# Additional Data on San Diego County COVID-19 Cases

**COVID-19 Testing and Cases**

- **Percentage of Positive COVID-19 Cases Among Tests by Date Reported** (8/17/20)
- **Confirmed COVID-19 Cases by Date of Illness Onset** (8/17/20)
- **Summary of County of San Diego COVID-19 Cases by City of Residence** (8/17/20)
- **Map of Cases by City of Residence** (8/17/20)
- **Summary of County of San Diego COVID-19 Cases by Race/Ethnicity** (8/17/20)
- **Summary of County of San Diego COVID-19 Cases by Zip Code** (8/17/20)

**COVID-19-Associated Hospitalizations**

- **COVID-19-Associated Hospitalizations by Date of Admission** (8/17/20)
- **Summary of County of San Diego COVID-19 Cases that Required Hospitalization** (8/17/20)

**COVID-19-Associated Deaths**

- **COVID-19-Associated Deaths by Date of Death** (8/17/20)
- **Summary of County of San Diego COVID-19 Deaths by Demographics** (8/17/20)

**COVID-19 by Race and Ethnicity**

**Daily Status Update** (8/17/20)

**Latest News Briefing Slides**

# Weekly COVID-19 Surveillance Report

**COVID-19 Watch**—The San Diego County Coronavirus Disease 2019 (COVID-19) Weekly Surveillance Report is updated every Tuesday. (Data through week ending 8/8/20)

**Subscribe to the COVID-19 Watch**

**Exhibit F**
**032**

# Exhibit G



## Influenza (Flu)

# Archived Estimated Influenza Illnesses, Medical visits, Hospitalizations, and Deaths in the United States — 2017−2018 influenza season

Archived: The content of this page has be archived for historical purposes. The updated preliminary burden estimates for the 2017-2018 season have been update and are available online. The updated preliminary overall burden of influenza for the 2017-2018 season was an estimated 45 million influenza illnesses, 20 million influenza-associated medical visits, 800,000 influenza-related hospitalizations, and 61,000 influenza-associated deaths.

### Introduction

This web page provides estimates on the burden of influenza in the United States for the 2017–2018 influenza season. For the past several years, CDC has used a mathematical model to estimate the numbers of influenza illnesses, medical visits, and hospitalizations (1-4). The methods used to calculate the estimates have been described previously (1). CDC uses the estimates of the burden of influenza in the population to inform policy and communications related to influenza.

### 2017–2018 Estimates

Influenza activity in the United States during the 2017–2018 season began to increase in November and remained at high levels for several weeks during January–February (5). While influenza A(H3N2) viruses predominated through February, and were predominant overall for the season, influenza B viruses were more commonly reported starting in March, 2018. The season had high severity with unusually high levels of outpatient influenza-like illness, hospitalizations rates, and proportions of pneumonia and influenza-associated deaths.

CDC estimates that the burden of illness during the 2017–2018 season was also high with an estimated 48.8 million people getting sick with influenza, 22.7 million people going to a health care provider, 959,000 hospitalizations, and 79,400 deaths from influenza (Table 1). The number of cases of influenza-associated illness that occurred last season was the highest since the 2009 H1N1 pandemic, when an estimated 60 million people were sick with influenza (6).

The 2017–2018 influenza season was additionally atypical in that it was severe for all ages of the population (5). The burden of influenza and the rates of influenza-associated hospitalization are generally higher for the very young and the very old, and while this was also true during the 2017–2018 season, rates of hospitalization in all age groups were the highest seasonal rates seen since hospital-based surveillance was expanded in 2005 to include all ages (Table 2). This translated into an estimated 11.5 million cases of influenza in children, 30 million cases of influenza in working age adults (aged 18-64 years), and more than 7.3 million cases in adults aged 65 years and older.

Our estimates of hospitalizations and mortality associated with the 2017–2018 influenza season continue to demonstrate how severe influenza virus infection can be. We estimate overall, there were 959,000 hospitalizations and 79,400 deaths during the 2017–2018 season. More than 48,000 hospitalizations occurred in children (aged < 18 years); however, 70% of hospitalizations occurred in older adults aged ≥65 years. Older adults also accounted for 90% of deaths, highlighting that older adults are particularly vulnerable to severe disease with influenza virus infection. An estimated 10,300 deaths occurred among working age adults (aged 18–64 years), an age group that often has low influenza vaccination.

Deaths in children with laboratory-confirmed influenza virus infection are reportable in the United States and 183 deaths were reported for the 2017–2018 season. However, influenza-associated pediatric deaths are likely under-reported as not all children whose death was related to an influenza virus infection may have been tested for influenza (7, 8). Therefore, we used a mathematical model to estimate the total number of pediatric deaths based on hospitalization rates and the frequency of death in and out of the hospital from death certificates, estimating that there were more than 600 deaths associated with influenza in children.

Exhibit G
033

## Conclusion

CDC estimates that influenza was associated with more than 48.8 million illnesses, more than 22.7 million medical visits, 959,000 hospitalizations, and 79,400 deaths during the 2017–2018 influenza season. This burden was higher than any season since the 2009 pandemic and serves as a reminder of how severe seasonal influenza can be.

## Limitations

These estimates are subject to several limitations.

First, rates of influenza-associated hospitalizations and in-hospital death were adjusted for the frequency of influenza testing and the sensitivity of influenza diagnostic assays. However, data on testing practices during the 2017–2018 season were not available at the time of estimation. We used data on testing practices from the 2014–2015 influenza season as a proxy, as the seasons were similar with respect to overall severity and media attention that may impact influenza testing practices. Burden estimates from the 2017–2018 season will be updated at a later date when data on contemporary testing practices become available.

Second, estimates of influenza-associated illness and medical visits are based on data from prior seasons, which may not be accurate if patterns of care-seeking have changed.

Third, we used a mathematical model to estimate influenza-associated deaths, which relies on information about location of death from death certificates. However, death certificate data during the 2017–2018 season were not available at the time of estimation. We have used death certification data from the 2014–2015 influenza season as a proxy, as the 2014–2015 season had similar circulating viruses and death certificate data were available from the National Center for Health Statistics. Furthermore, our model uses the frequency of influenza-associated deaths that have cause of death related to pneumonia or influenza (P&I), other respiratory or cardiovascular (other R&C), or other non-respiratory, non-cardiovascular (non-R&C). These frequencies were not available from the 2017–2018 season at the time of estimation, so we used the 2014–2015 frequencies as a proxy. Analysis comparing the frequency of P&I, other R&C, and non-R&C causes of death across the 2012–2013 through 2015–2016 influenza seasons suggests that the distribution of cause of death within an age group does not vary substantially between seasons.

Fourth, estimates of burden were derived from a mathematical model based on rates of influenza-associated hospitalization, which is a different approach than the statistical model used in previously published reports. This makes it difficult to compare to previous reports, though the estimates from the mathematical model are largely consistent for similar recent years (9-11). Furthermore, some of the previous published models have estimated influenza-associated hospitalizations and deaths back as far as the 1970s, and that level of historic data is not available for this current model.  However, it is useful to keep in mind that direct comparisons to influenza disease burden decades ago are complicated by large differences in the age of the US population and the increasing number of adults over age 65.

## Table 1: Estimated influenza disease burden, by age group — United States, 2017-2018 influenza season

| Age group | Symptomatic Illnesses | | Medical Visits | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|---|---|
| | Estimate | 95% Cr UI | Estimate | 95% Cr UI | Estimate | 95% Cr UI | Estimate | 95% Cr UI |
| 0-4 yrs | 3,678,342 | (2,563,438 -7,272,693) | 2,464,489 | (1,695,054 – 4,904,296) | 25,644 | (17,871 – 50,702) | 115 | (0 – 367) |
| 5-17 yrs | 7,512,601 | (5,899,989 – 10,199,144) | 3,906,553 | (3,002,375 – 5,356,724) | 20,599 | (16,177 – 27,965) | 528 | (205 – 1,392) |

**Exhibit G**
**034**

| Age group | Symptomatic Illnesses | | Medical Visits | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|---|---|
| | Estimate | 95% Cr UI | Estimate | 95% Cr UI | Estimate | 95% Cr UI | Estimate | 95% Cr UI |
| 18-49 yrs | 14,428,065 | (12,258,820 – 19,396,710) | 5,338,384 | (4,262,260 -7,333,716) | 80,985 | (68,809 – 108,874) | 2,803 | (1,610 – 6,936) |
| 50-64 yrs | 13,237,932 | (9,400,614 -23,062,957) | 5,692,311 | (3,895,925 – 10,028,080) | 140,385 | (99,691 – 244,576) | 6,751 | (4,244 – 15,863) |
| 65+ yrs | 5,945,690 | (3,907,025 – 11,786,777) | 3,329,586 | (2,139,716- 6,623,717) | 540,517 | (355,184 -1,071,525) | 50,903 | (35,989 – 83,230) |
| All ages | 44,802,629 | (39,322,959 – 57,928,172) | 20,731,323 | (17,978,392 – 27,248,302) | 808,129 | (620,768 -1,357,043) | 61,099 | (46,404 – 94,987) |

* Uncertainty interval

## Table 2: Estimated rates of influenza-associated disease outcomes, per 100,000, by age group — United States, 2017-2018 influenza season

| Age group | Illness rate | | Medical visit rate | | Hospitalization rate | | Mortality rate | |
|---|---|---|---|---|---|---|---|---|
| | Estimate | 95% Cr UI | Estimate | 95% Cr UI | Estimate | 95% Cr UI | Estimate | 95% Cr UI |
| 0-4 yrs | 18,448.1 | (12,856.5 – 36,475.0) | 12,360.2 | (8,501.3 -24,596.7) | 128.6 | (89.6 – 254.3) | 0.6 | (0.0, 1.8) |
| 5-17 yrs | 13,985.6 | (10,983.6 – 18,987.0) | 7,272.5 | (5,589.3 -9,972.2) | 38.3 | (30.1 – 52.1) | 1.0 | (0.4, 2.6) |
| 18-49 yrs | 10,469.7 | ( 8,895.6 – 14,075.1) | 3,873.8 | (3,092.9 – 5,321.7) | 58.8 | (49.9 – 79.0) | 2.0 | (1.2, 5.0) |
| 50-64 yrs | 20,881.1 | (14,828.2 – 36,378.8) | 8,978.9 | (6,145.3 -15,818.0) | 221.4 | (157.2 – 385.8) | 10.6 | (6.7, 25.0) |
| 65+ yrs | 11,690.6 | ( 7,682.1 -23,175.5) | 6,546.7 | (4,207.2 -13,023.8) | 1,062.8 | (698.4 – 2,106.9) | 100.1 | (70.8, 163.7) |

* Uncertainty interval

All estimates from the 2017-2018 influenza season are preliminary and may change as data from the season are cleaned and finalized. The model to generate burden estimates uses data on influenza testing practices at FluSurv-NET hospitals to correct for known under-detection of influenza and mortality data from the National Center for Health Statistics for estimation of deaths. The most recent estimates for the burden of influenza during 2017-2018 in Tables 1-2 above use more recent data on testing practices and mortality and are lower than those previously reported.

Exhibit G
034

## References

1. Reed C, Chaves SS, Daily Kirley P, Emerson R, Aragon D, Hancock EB, et al. Estimating influenza disease burden from population-based surveillance data in the United States. PLoS One. 2015;10(3):e0118369.

2. Centers for Disease Control and Prevention. Estimated influenza illnesses and hospitalizations averted by influenza vaccination – United States, 2012-13 influenza season. MMWR Morb Mortal Wkly Rep. 2013 Dec 13;62(49):997-1000.

3. Reed C, Kim IK, Singleton JA, Chaves SS, Flannery B, Finelli L, et al. Estimated influenza illnesses and hospitalizations averted by vaccination–United States, 2013-14 influenza season. MMWR Morb Mortal Wkly Rep. 2014 Dec 12;63(49):1151-4. Centers for Disease Control and Prevention. Estimated Influenza Illnesses and Hospitalizations Averted by Vaccination — United States, 2014–15 Influenza Season.  2015 December 10, 2015 [cited 2016 October 27]; Available from: Estimated Influenza Illnesses and Hospitalizations Averted by Vaccination — United States, 2014–15 Influenza Season

4. Garten R, Blanton L, Elal AIA, Alabi N, Barnes J, Biggerstaff M, et al. Update: Influenza Activity in the United States During the 2017-18 Season and Composition of the 2018-19 Influenza Vaccine. MMWR Morb Mortal Wkly Rep. 2018 Jun 8;67(22):634-42.

5. Shrestha SS, Swerdlow DL, Borse RH, Prabhu VS, Finelli L, Atkins CY, et al. Estimating the Burden of 2009 Pandemic Influenza A (H1N1) in the United States (April 2009–April 2010). Clin Infect Dis. 2011;52(suppl_1):S75-S82.

6. Lees CH, Avery C, Asherin R, Rainbow J, Danila R, Smelser C, et al. Pandemic (H1N1) 2009–associated Deaths Detected by Unexplained Death and Medical Examiner Surveillance. Emerg Infect Dis. 2011;17(8):1479-83.

7. Martin K, Strain A, Reagan-Steiner S, Lynfield R, DeVries A, Lees C, et al. Influenza-associated Pediatr Deaths Identified Through Minnesota's Unexplained Critical Illness and Death Project – Minnesota, 2004-2017; Abstract 9836.  Council of State and Territorial Epidemiologist. West Palm Beach, FL; 2018.

8. Centers for Disease Control and Prevention. Estimates of deaths associated with seasonal influenza — United States, 1976-2007. MMWR Morb Mortal Wkly Rep. 2010 Aug 27;59(33):1057-62.

9. Thompson WW, Shay DK, Weintraub E, Brammer L, Bridges CB, Cox NJ, et al. Influenza-associated hospitalizations in the United States. JAMA. 2004 Sep 15;292(11):1333-40.

10. Thompson WW, Shay DK, Weintraub E, Brammer L, Cox N, Anderson LJ, et al. Mortality associated with influenza and respiratory syncytial virus in the United States. JAMA. 2003 Jan 8;289(2):179-86.

Page last reviewed: November 22, 2019

Exhibit G
035

# Exhibit H

**Watch Live**

# FOX 35 INVESTIGATES: Questions raised after fatal motorcycle crash listed as COVID-19 death

**By Danielle Lama**  |  **Published** July 16  |  **Updated** July 18  |  Coronavirus  |  FOX 35 Orlando

**Crash victim reported as COVID-19 death**

A person who died in a motorcycle accident was added to Florida's COVID-19 death count, according to a state health official.

---

**ORLANDO, Fla. - (UPDATE) On Saturday, Kent Donahue, from Dr. Pino's office, said the motorcyclist's death "was reviewed and he was taken off the list for COVID fatalities."**

**Two days after a FOX 35 investigation, health officials confirm that a motorcycle death that was initially counted among COVID-19 fatalities has been removed from the state's data.**

## Sponsored Stories

Ad Content by Taboola  |

**40 Photos of Denise Richards**

Sponsored | Mentertained

**"Lily" From AT&T Causes a Stir On The Red Carpet**

Sponsored | Living Magazine

**These New Assisted Living Apartments Near San Diego Are A**

Sponsored | Senior Living/Assisted Living

**Internet Providers Don't Want You Buying One, But They're Not Illegal**

Sponsored | ZenBooster WiFi

**Exhibit H**

**036**

**These SUVs Are So Cool It's Hard to Believe They Cost Less Than $25K!**

Sponsored | SUV

**A spokesman for the Florida Department of Health in Orange County said it was reviewed and removed, but he didn't know exactly when.**

**FOX 35 began investigating this on Thursday after Orange County Health Officer Dr. Raul Pino said that a man who had coronavirus but died in a motorcycle crash had been added to the COVID death data.**

**At the time, he said he had asked the state to remove it from its numbers, but he didn't know if it ever was.**

**After reporting on this Thursday and Friday, officials notified FOX 35 on Saturday that they verified the death is no longer being counted.**

(OLDER STORY VERSION) A person who died in a motorcycle accident was added to Florida's COVID-19 death count, according to a state health official.

FOX 35 News found this out after asking Orange County Health Officer Dr. Raul Pino whether two coronavirus victims who were in their 20s had any underlying conditions. One of his answers surprised us.

"The first one didn't have any. He died in a motorcycle accident," Pino said.

Dr. Pino was asked if the man's data was removed.

**FOX 35 INVESTIGATES: Florida Department of Health says some labs have not reported negative COVID-19 results**

"I don't think so. I have to double-check," Pino said. "We were arguing, discussing, or trying to argue with the state. Not because of the numbers -- it's

Exhibit H
037

100...it doesn't make any difference if it's 99 -- but the fact that the individual didn't die from COVID-19...died in the crash. But you could actually argue that it could have been the COVID-19 that caused him to crash. I don't know the conclusion of that one."

There are still two people in their 20s on Orange County's data list for coronavirus deaths.

So is this a contradiction to how the state says it's counting deaths?

**To follow this investigation download the FOX 35 News App.**

Earlier this week, the Florida Department of Health sent FOX 35 News a statement that attempted to clarify that a "COVID death" is determined if, "COVID19 is listed as the immediate or underlying cause of death, or listed as one of the significant conditions contributing to death. Or, if there is a confirmed COVID-19 infection from a lab test – and the cause of death doesn't meet exclusion criteria – like trauma, suicide, homicide, overdose, motor-vehicle accident, etc."

"The only thing that I can say to people is the data I provide you with is the data we consume from the state. We offer you the best data that we have," Dr. Pino said.

Dr. Pino tells us the medical examiner has to certify all COVID-19 deaths. We also reached out to that office and haven't heard back.

**MOBILE USERS: Click here to tune in to FOX 35 News**

<div align="center">

**Exhibit H**
**038**

</div>

Ad Content by Taboola |

**New Senior Living Apartments Near San Diego Are A Dream Come True! Research Assisted Livi...**

Sponsored | Senior Living/Assisted Living

**Patrick Swayze's Son Doesn't Only Look Like Him He Dances Like Him**

Sponsored | Best of Senior

This material may not be published, broadcast, rewritten, or redistributed. ©2020 FOX Television Stations

**Exhibit H**
**039**

Exhibit I

Case 3:20-cv-00998-BAS-JLB   Document 13-1   Filed 08/24/20   PageID.411   Page 58 of 114

# BMJ Open

# A cluster randomised trial of cloth masks compared with medical masks in healthcare workers

C Raina MacIntyre,[1] Holly Seale,[1] Tham Chi Dung,[2] Nguyen Tran Hien,[2] Phan Thi Nga,[2] Abrar Ahmad Chughtai,[1] Bayzidur Rahman,[1] Dominic E Dwyer,[3] Quanyi Wang[4]

**To cite:** MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5: e006577. doi:10.1136/bmjopen-2014-006577

► Prepublication history for this paper is available online. To view these files please visit the journal online (http://dx.doi.org/10.1136/bmjopen-2014-006577).

Received 9 September 2014
Revised 25 March 2015
Accepted 26 March 2015



For numbered affiliations see end of article.

**Correspondence to**
Professor C Raina MacIntyre;
r.macintyre@unsw.edu.au

## ABSTRACT

**Objective:** The aim of this study was to compare the efficacy of cloth masks to medical masks in hospital healthcare workers (HCWs). The null hypothesis is that there is no difference between medical masks and cloth masks.

**Setting:** 14 secondary-level/tertiary-level hospitals in Hanoi, Vietnam.

**Participants:** 1607 hospital HCWs aged ≥18 years working full-time in selected high-risk wards.

**Intervention:** Hospital wards were randomised to: medical masks, cloth masks or a control group (usual practice, which included mask wearing). Participants used the mask on every shift for 4 consecutive weeks.

**Main outcome measure:** Clinical respiratory illness (CRI), influenza-like illness (ILI) and laboratory-confirmed respiratory virus infection.

**Results:** The rates of all infection outcomes were highest in the cloth mask arm, with the rate of ILI statistically significantly higher in the cloth mask arm (relative risk (RR)=13.00, 95% CI 1.69 to 100.07) compared with the medical mask arm. Cloth masks also had significantly higher rates of ILI compared with the control arm. An analysis by mask use showed ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) were significantly higher in the cloth masks group compared with the medical masks group. Penetration of cloth masks by particles was almost 97% and medical masks 44%.

**Conclusions:** This study is the first RCT of cloth masks, and the results caution against the use of cloth masks. This is an important finding to inform occupational health and safety. Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection. Further research is needed to inform the widespread use of cloth masks globally. However, as a precautionary measure, cloth masks should not be recommended for HCWs, particularly in high-risk situations, and guidelines need to be updated.

**Trial registration number:** Australian New Zealand Clinical Trials Registry: ACTRN12610000887077.

## Strengths and limitations of this study

- The use of cloth masks is widespread around the world, particularly in countries at high-risk for emerging infections, but there have been no efficacy studies to underpin their use.
- This study is large, a prospective randomised clinical trial (RCT) and the first RCT ever conducted of cloth masks.
- The use of cloth masks are not addressed in most guidelines for health care workers—this study provides data to update guidelines.
- The control arm was 'standard practice', which comprised mask use in a high proportion of participants. As such (without a no-mask control), the finding of a much higher rate of infection in the cloth mask arm could be interpreted as harm caused by cloth masks, efficacy of medical masks, or most likely a combination of both.

## INTRODUCTION

The use of facemasks and respirators for the protection of healthcare workers (HCWs) has received renewed interest following the 2009 influenza pandemic,[1] and emerging infectious diseases such as avian influenza,[2] Middle East respiratory syndrome coronavirus (MERS-coronavirus)[3 4] and Ebola virus.[5] Historically, various types of cloth/cotton masks (referred to here after as 'cloth masks') have been used to protect HCWs.[6] Disposable medical/surgical masks (referred to here after as 'medical masks') were introduced into healthcare in the mid 19th century, followed later by respirators.[7] Compared with other parts of the world, the use of face masks is more prevalent in Asian countries, such as China and Vietnam.[8–11]

In high resource settings, disposable medical masks and respirators have long since replaced the use of cloth masks in hospitals. Yet cloth masks remain widely used

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

**Exhibit I
040**

1

Open Access

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

globally, including in Asian countries, which have historically been affected by emerging infectious diseases, as well as in West Africa, in the context of shortages of personal protective equipment (PPE).[12] [13] It has been shown that medical research disproportionately favours diseases of wealthy countries, and there is a lack of research on the health needs of poorer countries.[14] Further, there is a lack of high-quality studies around the use of facemasks and respirators in the healthcare setting, with only four randomised clinical trials (RCTs) to date.[15] Despite widespread use, cloth masks are rarely mentioned in policy documents,[16] and have never been tested for efficacy in a RCT. Very few studies have been conducted around the clinical effectiveness of cloth masks, and most available studies are observational or in vitro.[6] Emerging infectious diseases are not constrained within geographical borders, so it is important for global disease control that use of cloth masks be underpinned by evidence. The aim of this study was to determine the efficacy of cloth masks compared with medical masks in HCWs working in high-risk hospital wards, against the prevention of respiratory infections.

## METHODS

A cluster-randomised trial of medical and cloth mask use for HCWs was conducted in 14 hospitals in Hanoi, Vietnam. The trial started on the 3 March 2011, with rolling recruitment undertaken between 3 March 2011 and 10 March 2011. Participants were followed during the same calendar time for 4 weeks of facemasks use and then one additional week for appearance of symptoms. An invitation letter was sent to 32 hospitals in Hanoi, of which 16 agreed to participate. One hospital did not meet the eligibility criteria; therefore, 74 wards in 15 hospitals were randomised. Following the randomisation process, one hospital withdrew from the study because of a nosocomial outbreak of rubella.

Participants provided written informed consent prior to initiation of the trial.

### Randomisation

Seventy-four wards (emergency, infectious/respiratory disease, intensive care and paediatrics) were selected as high-risk settings for occupational exposure to respiratory infections. Cluster randomisation was used because the outcome of interest was respiratory infectious diseases, where prevention of one infection in an individual can prevent a chain of subsequent transmission in closed settings.[8] [9] Epi info V.6 was used to generate a randomisation allocation and 74 wards were randomly allocated to the interventions.

From the eligible wards 1868 HCWs were approached to participate. After providing informed consent, 1607 participants were randomised by ward to three arms: (1) medical masks at all times on their work shift; (2) cloth masks at all times on shift or (3) control arm (standard practice, which may or may not include mask use). Standard practice was used as control because the IRB deemed it unethical to ask participants to not wear a mask. We studied continuous mask use (defined as wearing masks all the time during a work shift, except while in the toilet or during tea or lunch breaks) because this reflects current practice in high-risk settings in Asia.[8]

**Figure 1** Consort diagram of recruitment and follow-up (HCWs, healthcare workers).



Exhibit I
041

Open Access

The laboratory results were blinded and laboratory testing was conducted in a blinded fashion. As facemask use is a visible intervention, clinical end points could not be blinded. Figure 1 outlines the recruitment and randomisation process.

## Primary end points

There were three primary end points for this study, used in our previous mask RCTs:[8][9] (1) Clinical respiratory illness (CRI), defined as two or more respiratory symptoms or one respiratory symptom and a systemic symptom;[17] (2) influenza-like illness (ILI), defined as fever $\geq 38^\circ C$ plus one respiratory symptom and (3) laboratory-confirmed viral respiratory infection. Laboratory confirmation was by nucleic acid detection using multiplex reverse transcriptase PCR (RT-PCR) for 17 respiratory viruses: respiratory syncytial virus (RSV) A and B, human metapneumovirus (hMPV), influenza A (H3N2), (H1N1)pdm09, influenza B, parainfluenza viruses 1–4, influenza C, rhinoviruses, severe acute respiratory syndrome (SARS) associated coronavirus (SARS-CoV), coronaviruses 229E, NL63, OC43 and HKU1, adenoviruses and human bocavirus (hBoV).[18–23] Additional end points included compliance with mask use, defined as using the mask during the shift for 70% or more of work shift hours.[9] HCWs were categorised as 'compliant' if the average use was equal or more than 70% of the working time. HCW were categorised as 'non-compliant' if the average mask use was less than 70% of the working time.

## Eligibility

Nurses or doctors aged $\geq 18$ years working full-time were eligible. Exclusion criteria were: (1) Unable or refused to consent; (2) Beards, long moustaches or long facial hair stubble; (3) Current respiratory illness, rhinitis and/or allergy.

## Intervention

Participants wore the mask on every shift for four consecutive weeks. Participants in the medical mask arm were supplied with two masks daily for each 8 h shift, while participants in the cloth mask arm were provided with five masks in total for the study duration, which they were asked to wash and rotate over the study period. They were asked to wash cloth masks with soap and water every day after finishing the shifts. Participants were supplied with written instructions on how to clean their cloth masks. Masks used in the study were locally manufactured medical (three layer, made of non-woven material) or cloth masks (two layer, made of cotton) commonly used in Vietnamese hospitals. The control group was asked to continue with their normal practices, which may or may not have included mask wearing. Mask wearing was measured and documented for all participants, including the control arm.

## Data collection and follow-up

Data on sociodemographic, clinical and other potential confounding factors were collected at baseline. Participants were followed up daily for 4 weeks (active intervention period), and for an extra week of standard practice, in order to document incident infection after incubation. Participants received a thermometer (traditional glass and mercury) to measure their temperature daily and at symptom onset. Daily diary cards were provided to record number of hours worked and mask use, estimated number of patient contacts (with/without ILI) and number/type of aerosol-generating procedures (AGPs) conducted, such as suctioning of airways, sputum induction, endotracheal intubation and bronchoscopy. Participants in the cloth mask and control group (if they used cloth masks) were also asked to document the process used to clean their mask after use.

We also monitored compliance with mask use by a previously validated self-reporting mechanism.[8] Participants were contacted daily to identify incident cases of respiratory infection. If participants were symptomatic, swabs of both tonsils and the posterior pharyngeal wall were collected on the day of reporting.

## Sample collection and laboratory testing

Trained collectors used double rayon-tipped, plastic-shafted swabs to scratch tonsillar areas as well as the posterior pharyngeal wall of symptomatic participants. Testing was conducted using RT-PCR applying published methods.[19–23] Viral RNA was extracted from each respiratory specimen using the Viral RNA Mini kit (Qiagen, Germany), following the manufacturer's instructions. The RNA extraction step was controlled by amplification of a RNA house-keeping gene (amplify pGEM) using real-time RT-PCR. Only extracted samples with the house keeping gene detected by real-time RT-PCR were submitted for multiplex RT-PCR for viruses.

The reverse transcription and PCRs were performed in OneStep (Qiagen, Germany) to amplify viral target genes, and then in five multiplex RT-PCR: RSVA/B, influenza A/H3N2, A(H1N1) and B viruses, hMPV (reaction mix 1); parainfluenza viruses 1–4 (reaction mix 2); rhinoviruses, influenza C virus, SARS-CoV (reaction mix 3); coronaviruses OC43, 229E, NL63 and HKU1 (reaction mix 4); and adenoviruses and hBoV (reaction mix 5), using a method published by others.[18] All samples with viruses detected by multiplex RT-PCR were confirmed by virus-specific mono nested or heminested PCR. Positive controls were prepared by in vitro transcription to control amplification efficacy and monitor for false negatives, and included in all runs (except for NL63 and HKU1). Each run always included two negatives to monitor amplification quality. Specimen processing, RNA extraction, PCR amplification and PCR product analyses were conducted in different rooms to avoid cross-contamination.[19][20]

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

Exhibit I
042

Open Access

### Filtration testing

The filtration performance of the cloth and medical masks was tested according to the respiratory standard AS/NZS1716.[24] The equipment used was a TSI 8110 Filter tester. To test the filtration performance, the filter is challenged by a known concentration of sodium chloride particles of a specified size range and at a defined flow rate. The particle concentration is measured before and after adding the filter material and the relative filtration efficiency is calculated. We examined the performance of cloth masks compared with the performance levels—P1, P2 (=N95) and P3, as used for assessment of all particulate filters for respiratory protection. The 3M 9320 N95 and 3M Vflex 9105 N95 were used to compare against the cloth and medical masks.

### Sample size calculation

To obtain 80% power at two-sided 5% significance level for detecting a significant difference of attack rate between medical masks and cloth masks, and for a rate of infection of 13% for cloth mask wearers compared with 6% in medical mask wearers, we would need eight clusters per arm and 530 participants in each arm, and intracluster correlation coefficient (ICC) 0.027, obtained from our previous study.[8] The design effect (deff) for this cluster randomisation trial was 1.65 (deff=1+(m−1)×ICC=1+(25−1)×0.027=1.65). As such, we aimed to recruit a sample size of 1600 participants from up to 15 hospitals.

### Analysis

Descriptive statistics were compared among intervention and control arms. Primary end points were analysed by intention to treat. We compared the event rates for the primary outcomes across study arms and calculated p values from cluster-adjusted $\chi^2$ tests[25] and ICC.[25 26] We also estimated relative risk (RR) after adjusting for clustering using a log-binomial model under generalised estimating equation (GEE) framework.[27] We checked for variables which were unequally distributed across arms, and conducted an adjusted analysis accordingly. We fitted a multivariable log-binomial model, using GEE to account for clustering by ward, to estimate RR after adjusting for potential confounders. In the initial model, we included all the variables that had p value less than 0.25 in the univariable analysis, along with the main exposure variable (randomisation arm). A backward elimination method was used to remove the variables that did not have any confounding effect.

As most participants in the control arm used a mask during the trial period, we carried out a post-hoc analysis comparing all participants who used only a medical mask (from the control arm and the medical mask arm) with all participants who used only a cloth mask (from the control arm and the cloth mask arm). For this analysis, controls who used both types of mask (n=245) or used N95 respirators (n=3) or did not use any masks (n=2) were excluded. We fitted a multivariable log-binomial

model, to estimate RR after adjusting for potential confounders. As we pooled data of participants from all three arms and analysed by mask type, not trial arm, we did not adjust for clustering here. All statistical analyses were conducted using STATA V.12.[28]

Owing to a very high level of mask use in the control arm, we were unable to determine whether the differences between the medical and cloth mask arms were due to a protective effect of medical masks or a detrimental effect of cloth masks. To assist in interpreting the data, we compared rates of infection in the medical mask arm with rates observed in medical mask arms from two previous RCTs,[8 9] in which no efficacy of medical masks could be demonstrated when compared with control or N95 respirators, recognising that seasonal and geographic variation in virus activity affects the rates of exposure (and hence rates of infection outcomes) among HCWs. This analysis was possible because the trial designs were similar and the same outcomes were measured in all three trials. The analysis was carried out to determine if the observed results were explained by a detrimental effect of cloth masks or a protective effect of medical masks.

### RESULTS

A total of 1607 HCWs were recruited into the study. The participation rate was 86% (1607/1868). The average number of participants per ward was 23 and the mean age was 36 years. On average, HCWs were in contact with 36 patients per day during the trial period (range 0–661 patients per day, median 20 patients per day). The distribution of demographic variables was generally similar between arms (table 1). Figure 2 shows the primary outcomes for each of the trial arms. The rates of CRI, ILI and laboratory-confirmed virus infections were lowest in the medical mask arm, followed by the control arm, and highest in the cloth mask arm.

Table 2 shows the intention-to-treat analysis. The rate of CRI was highest in the cloth mask arm, followed by the control arm, and lowest in the medical mask arm. The same trend was seen for ILI and laboratory tests confirmed viral infections. In intention-to-treat analysis, ILI was significantly higher among HCWs in the cloth masks group (RR=13.25 and 95% CI 1.74 to 100.97), compared with the medical masks group. The rate of ILI was also significantly higher in the cloth masks arm (RR=3.49 and 95% CI 1.00 to 12.17), compared with the control arm. Other outcomes were not statistically significant between the three arms.

Among the 68 laboratory-confirmed cases, 58 (85%) were due to rhinoviruses. Other viruses detected were hMPV (7 cases), influenza B (1 case), hMPV/rhinovirus co-infection (1 case) and influenza B/rhinovirus co-infection (1 case) (table 3). No influenza A or RSV infections were detected.

Compliance was significantly higher in the cloth mask arm (RR=2.41, 95% CI 2.01 to 2.88) and medical masks

MacIntyre CR, et al. BMJ Open 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

Open Access

**Table 1**  Demographic and other characteristics by arm of randomisation

| Variable | Medical mask (% and 95% CI) (n=580) | Cloth mask (% and 95% CI) (n=569) | Control (% and 95% CI) (n=458) |
|---|---|---|---|
| Gender (male) | 112/580 19.3 (16.2 to 22.8) | 133/569 23.4 (20.0 to 27.1) | 112/458 24.5 (20.6 to 28.7) |
| Age (mean) | 36 (35.6 to 37.3) | 35 (34.6 to 36.3) | 36 (35.1 to 37.0) |
| Education (postgraduate) | 114/580 19.7 (16.5 to 23.1) | 99/569 17.4 (14.3 to 20.8) | 78/458 17.0 (13.7 to 20.8) |
| Smoker (current/ex) | 78/580 13.4 (10.8 to 16.5) | 79/569 13.9 (11.1 to 17.0) | 66/458 14.4 (11.3 to 18.0) |
| Pre-existing illness* | 66/580 11.4 (9.0 to 14.2) | 70/569 12.3 (9.8 to 15.3) | 47/458 10.3 (7.8 to 13.4) |
| Influenza vaccination (yes) | 21/580 3.6 (2.4 to 5.4) | 21/569 3.7 (2.4 to 5.6) | 15/458 3.3 (2.0 to 5.3) |
| Staff (doctors) | 176/580 30.3 (26.6 to 34.3) | 165/569 29.0 (25.3 to 32.9) | 134/458 29.3 (25.1 to 33.7) |
| Number of hand washings per day (geometric mean)† | 14 (13.8 to 15.4) | 11 (10.9 to 11.9) | 12 (11.5 to 12.7) |
| Number of patients had contact with (median and range)‡ | 21 (0 to 540) | 21 (0 to 661) | 18 (3 to 199) |

*Includes asthma, immunocompromised and others.
†'Hand wash' variable was created by taking average of the number of hand washes performed by a healthcare worker (HCW) over the trial period. The variable was log transformed for the multivariate analysis.
‡'Number of patients had contact with' variable was created by taking average of the number of patients in contact with a HCW over the trial period. Median and range is presented in the table.

arm (RR=2.40, 95% CI 2.00 to 2.87), compared with the control arm. Figure 3 shows the percentage of participants who were compliant in the three arms. A post-hoc analysis adjusted for compliance and other potential confounders showed that the rate of ILI was significantly higher in the cloth mask arm (RR=13.00, 95% CI 1.69 to 100.07), compared with the medical masks arm (table 4). There was no significant difference between the medical mask and control arms. Hand washing was significantly protective against laboratory-confirmed viral infection (RR=0.66, 95% CI 0.44 to 0.97).

In the control arm, 170/458 (37%) used medical masks, 38/458 (8%) used cloth masks, and 245/458 (53%) used a combination of both medical and cloth masks during the study period. The remaining 1%



**Figure 2**  Outcomes in trial arms (CRI, clinical respiratory illness; ILI, influenza-like illness; Virus, laboratory-confirmed viruses).

either reported using a N95 respirator (n=3) or did not use any masks (n=2).

Table 5 shows an additional analysis comparing all participants who used only a medical mask (from the control arm and the medical mask arm) with all participants who used only a cloth mask (from the control arm and the cloth arm). In the univariate analysis, all outcomes were significantly higher in the cloth mask group, compared with the medical masks group. After adjusting for other factors, ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) remained significantly higher in the cloth masks group compared with the medical masks group.

Table 6 compares the outcomes in the medical mask arm with two previously published trials.[8 9] This shows that while the rates of CRI were significantly higher in one of the previously published trials, the rates of laboratory-confirmed viruses were not significantly different between the three trials for medical mask use.

On average, HCWs worked for 25 days during the trial period and washed their cloth masks for 23/25 (92%) days. The most common approach to washing cloth masks was self-washing (456/569, 80%), followed by combined self-washing and hospital laundry (91/569, 16%), and only hospital laundry (22/569, 4%). Adverse events associated with facemask use were reported in 40.4% (227/562) of HCWs in the medical mask arm and 42.6% (242/568) in the cloth mask arm (p value 0.450). General discomfort (35.1%, 397/1130) and breathing problems (18.3%, 207/1130) were the most frequently reported adverse events.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

Open Access

**Table 2**  Intention-to-treat analysis

| | CRI N (%) | RR (95% CI) | ILI N (%) | RR (95% CI) | Laboratory-confirmed viruses N (%) | RR (95% CI) |
|---|---|---|---|---|---|---|
| Medical mask* | 28/580 (4.83) | Ref | 1/580 (0.17) | Ref | 19/580 (3.28) | Ref |
| Cloth masks† | 43/569 (7.56) | 1.57 (0.99 to 2.48) | 13/569 (2.28) | **13.25 (1.74 to 100.97)** | 31/569 (5.45) | 1.66 (0.95 to 2.91) |
| Control‡ | 32/458 (6.99) | 1.45 (0.88 to 2.37) | 3/458 (0.66) | 3.80 (0.40 to 36.40) | 18/458 (3.94) | 1.20 (0.64 to 2.26) |

Bold typeface indicates statistically significant.
*p Value from cluster adjusted $\chi^2$ tests is 0.510 and intracluster correlation coefficients is 0.065.
†p Value from cluster adjusted $\chi^2$ tests is 0.028 and intracluster correlation coefficients is 0.029.
‡p Value from cluster adjusted $\chi^2$ tests is 0.561 and intracluster correlation coefficients is 0.068.
CRI, clinical respiratory illness; ILI, influenza-like illness; RR, relative risk.

Laboratory tests showed the penetration of particles through the cloth masks to be very high (97%) compared with medical masks (44%) (used in trial) and 3M 9320 N95 (<0.01%), 3M Vflex 9105 N95 (0.1%).

## DISCUSSION

We have provided the first clinical efficacy data of cloth masks, which suggest HCWs should not use cloth masks as protection against respiratory infection. Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm. The controls were HCWs who observed standard practice, which involved mask use in the majority, albeit with lower compliance than in the intervention arms. The control HCWs also used medical masks more often than cloth masks. When we analysed all mask-wearers including controls, the higher risk of cloth masks was seen for laboratory-confirmed respiratory viral infection.

The trend for all outcomes showed the lowest rates of infection in the medical mask group and the highest rates in the cloth mask group. The study design does not allow us to determine whether medical masks had efficacy or whether cloth masks were detrimental to HCWs by causing an increase in infection risk. Either possibility, or a combination of both effects, could explain our results. It is also unknown whether the rates of infection observed in the cloth mask arm are the same or higher than in HCWs who do not wear a mask, as almost all participants in the control arm used a mask. The physical properties of a cloth mask, reuse, the frequency and effectiveness of cleaning, and increased moisture retention, may potentially increase the infection risk for

HCWs. The virus may survive on the surface of the facemasks,[29] and modelling studies have quantified the contamination levels of masks.[30] Self-contamination through repeated use and improper doffing is possible. For example, a contaminated cloth mask may transfer pathogen from the mask to the bare hands of the wearer. We also showed that filtration was extremely poor (almost 0%) for the cloth masks. Observations during SARS suggested double-masking and other practices increased the risk of infection because of moisture, liquid diffusion and pathogen retention.[31] These effects may be associated with cloth masks.

We have previously shown that N95 respirators provide superior efficacy to medical masks,[8 9] but need to be worn continuously in high-risk settings to protect HCWs.[9] Although efficacy for medical masks was not shown, efficacy of a magnitude that was too small to be detected is possible.[8 9] The magnitude of difference between cloth masks and medical masks in the current study, if explained by efficacy of medical masks alone, translates to an efficacy of 92% against ILI, which is possible, but not consistent with the lack of efficacy in the two previous RCTs.[8 9] Further, we found no significant difference in rates of virus isolation in medical mask users between the three trials, suggesting that the results of this study could be interpreted as partly being explained by a detrimental effect of cloth masks. This is further supported by the fact that the rate of virus isolation in the no-mask control group in the first Chinese RCT was 3.1%, which was not significantly different to the rates of virus isolation in the medical mask arms in any of the three trials including this one. Unlike the previous RCTs, circulating influenza and RSV were almost completely absent during this study,

**Table 3**  Type of virus isolated

| Study arm | hMPV | Rhino | Influenza B virus | hMPV & rhino | Influenza B virus & rhino | Total |
|---|---|---|---|---|---|---|
| Medical masks arm | 1 | 16 | 1 | 1 | 0 | 19 |
| Cloth mask arm | 4 | 26 | 0 | 0 | 1 | 31 |
| Control arm | 2 | 16 | 0 | 0 | 0 | 18 |
| Total | 7 | 58 | 1 | 1 | 1 | 68 |

hMPV, human metapneumovirus; Rhino, rhinoviruses.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

Open Access



**Figure 3** Compliance with the mask wearing—mask wearing more than 70% of working hours.

with rhinoviruses comprising 85% of isolated pathogens, which means the measured efficacy is against a different range of circulating respiratory pathogens. Influenza and RSV predominantly transmit through droplet and contact routes, while Rhinovirus transmits through multiple routes, including airborne and droplet routes.[32][33] The data also show that the clinical case definition of ILI is non-specific, and captures a range of pathogens other than influenza. The study suggests medical masks may be protective, but the magnitude of difference raises the possibility that cloth masks cause an increase in infection risk in HCWs. Further, the filtration of the medical mask used in this trial was poor, making extremely high efficacy of medical masks unlikely, particularly given the predominant pathogen was rhinovirus, which spreads by the airborne route. Given the obligations to HCW occupational health and safety, it is important to consider the potential risk of using cloth masks.

In many parts of the world, cloth masks and medical masks may be the only options available for HCWs. Cloth masks have been used in West Africa during the Ebola outbreak in 2014, due to shortages of PPE, (personal communication, M Jalloh). The use of cloth masks is recommended by some health organisations, with caveats.[34–36] In light of our study, and the obligation to ensure occupational health and safety of HCWs, cloth masks should not be recommended for HCWs, particularly during AGPs and in high-risk settings such as emergency, infectious/respiratory disease and intensive care wards. Infection control guidelines need to acknowledge the widespread real-world practice of cloth masks and should comprehensively address their use. In addition, other important infection control measure such as hand hygiene should not be compromised. We confirmed the protective effects of hand hygiene against laboratory-confirmed viral infection in this study, but mask type was an independent predictor of clinical illness, even adjusted for hand hygiene.

A limitation of this study is that we did not measure compliance with hand hygiene, and the results reflect self-reported compliance, which may be subject to recall or other types of bias. Another limitation of this study is the lack of a no-mask control group and the high use of masks in the controls, which makes interpretation of the results more difficult. In addition, the quality of paper and cloth masks varies widely around the world, so the results may not be generalisable to all settings. The lack of influenza and RSV (or asymptomatic infections) during the study is also a limitation, although the predominance of rhinovirus is informative about pathogens transmitted by the droplet and airborne routes in this setting. As in previous studies, exposure to infection outside the workplace could not be estimated, but we would assume it to be equally distributed between trial arms. The major strength of the randomised trial study design is in ensuring equal distribution of confounders and effect modifiers (such as exposure outside the workplace) between trial arms.

Cloth masks are used in resource-poor settings because of the reduced cost of a reusable option. Various types of cloth masks (made of cotton, gauze and other fibres) have been tested in vitro in the past and show lower filtration capacity compared with disposable masks.[7] The protection afforded by gauze masks increases with the fineness of the cloth and the number of layers,[37] indicating potential to develop a more effective cloth mask, for example, with finer weave, more layers and a better fit.

Cloth masks are generally retained long term and reused multiple times, with a variety of cleaning methods and widely different intervals of cleaning.[34] Further studies are required to determine if variations in frequency and type of cleaning affect the efficacy of cloth masks.

**Table 4** Multivariable cluster-adjusted log-binomial model to calculate RR for study outcomes

| | CRI RR (95% CI) | ILI RR (95% CI) | Laboratory-confirmed viruses RR (95% CI) |
|---|---|---|---|
| Medical masks arm | Ref | Ref | Ref |
| Cloth mask arm | 1.56 (0.97 to 2.48) | **13.00 (1.69 to 100.07)** | 1.54 (0.88 to 2.70) |
| Control arm | 1.51 (0.90 to 2.52) | 4.64 (0.47 to 45.97) | 1.09 (0.57 to 2.09) |
| Male | 0.67 (0.41 to 1.12) | 1.03 (0.34 to 3.13) | 0.65 (0.34 to 1.22) |
| Vaccination | 0.83 (0.27 to 2.52) | 1.74 (0.24 to 12.56) | 1.27 (0.41 to 3.92) |
| Hand washing | 0.91 (0.66 to 1.26) | 0.94 (0.40 to 2.20) | **0.66 (0.44 to 0.97)** |
| Compliance | 1.14 (0.77 to 1.69) | 1.86 (0.67 to 5.21) | 0.86 (0.53 to 1.40) |

Bold typeface indicates statistically significant.
CRI, clinical respiratory illness; ILI, influenza-like illness; RR, relative risk.

**Exhibit I**
046

7

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

Open Access

**Table 5**  Univariate and adjusted analysis comparing participants who used medical masks and cloth masks*

| | Univariate RR (95% CI) | Adjusted RR (95% CI) |
|---|---|---|
| **CRI** | | |
| Medical mask (35/750, 4.67%) | Ref | Ref |
| Cloth mask (46/607, 7.58%) | **1.62 (1.06 to 2.49)** | 1.51 (0.97 to 2.32) |
| Male | 0.60 (0.32 to 1.12) | 0.58 (0.31 to 1.08) |
| Vaccination | 0.66 (0.17 to 2.62) | 0.68 (0.17 to 2.67) |
| Hand washing | 0.81 (0.58 to 1.15) | 0.84 (0.59 to 1.20) |
| Compliance | 1.01 (1.00 to 1.03) | 1.01 (1.00 to 1.02) |
| **ILI** | | |
| Medical mask (2/750, 0.27%) | Ref | Ref |
| Cloth mask (13/607, 2.14%) | **8.03 (1.82 to 35.45)** | **6.64 (1.45 to 28.65)** |
| Male | 0.95 (0.27 to 3.35) | 0.92 (0.26 to 3.22) |
| Vaccination | 1.87 (0.25 to 13.92) | 1.97 (0.27 to 14.45) |
| Hand washing | 0.56 (0.24 to 1.27) | 0.61 (0.23 to 1.57) |
| Compliance | 1.04 (1.01 to 1.08) | 1.04 (1.00 to 1.08) |
| **Laboratory-confirmed viruses** | | |
| Medical mask (22/750, 2.93%) | Ref | Ref |
| Cloth mask (34/607, 5.60%) | **1.91 (1.13 to 3.23)** | **1.72 (1.01 to 2.94)** |
| Male | 0.64 (0.30 to 1.33) | 0.61 (0.29 to 1.27) |
| Vaccination | 0.97 (0.24 to 3.86) | 1.03 (0.26 to 4.08) |
| Hand washing | 0.61 (0.41 to 0.93) | 0.65 (0.42 to 1.00) |
| Compliance | 1.00 (0.99 to 1.02) | 1.0 (0.99 to 1.02) |

Bold typeface indicates statistically significant.
*The majority (456/458) of HCWs in the control arm used a mask. Controls who exclusively used a medical mask were categorised and analysed with the medical mask arm participants; and controls who exclusively wore a cloth mask were categorised and analysed with the cloth mask arm.
CRI, clinical respiratory illness; HCWs, healthcare workers; ILI, influenza-like illness; RR, relative risk.

**Table 6**  A comparison of outcome data for the medical mask arm with medical mask outcomes in previously published RCTs

| | CRI N (%) | RR (95% CI) | ILI N (%) | RR (95% CI) | Laboratory-confirmed viruses N (%) | RR (95% CI) |
|---|---|---|---|---|---|---|
| Vietnam trial | 28/580 (4.83) | Ref | 1/580 (0.17) | Ref | 19/580 (3.28) | Ref |
| Published RCT China 1[8] | 33/492 (6.70) | 1.40 (0.85 to 2.26) | 3/492 (0.61) | 3.53 (0.37 to 33.89) | 13/492 (2.64) | 0.80 (0.40 to 1.62) |
| Published RCT China 2[9] | 98/572 (17.13) | **3.54 (2.37 to 5.31)** | 4/572 (0.70) | 4.06 (0.45 to 36.18) | 19/572 (3.32) | 1.01 (0.54 to 1.89) |

Bold typeface indicates statistically significant.
CRI, Clinical respiratory illness; ILI, influenza-like illness; RCT, randomised clinical trial; RR, relative risk.

Pandemics and emerging infections are more likely to arise in low-income or middle-income settings than in wealthy countries. In the interests of global public health, adequate attention should be paid to cloth mask use in such settings. The data from this study provide some reassurance about medical masks, and are the first data to show potential clinical efficacy of medical masks. Medical masks are used to provide protection against droplet spread, splash and spray of blood and body fluids. Medical masks or respirators are recommended by different organisations to prevent transmission of Ebola virus, yet shortages of PPE may result in HCWs being forced to use cloth masks.[38–40] In the interest of providing safe, low-cost options in low income countries, there is scope for research into more effectively designed cloth masks, but until such research is carried out, cloth masks should not be recommended. We also recommend that infection control guidelines be updated about cloth mask use to protect the occupational health and safety of HCWs.

**Author affiliations**
[1]Faculty of Medicine, School of Public Health and Community Medicine, University of New South Wales, Sydney, Australia
[2]National Institute of Hygiene and Epidemiology, Hanoi, Vietnam
[3]Institute for Clinical Pathology and Medical Research, Westmead Hospital and University of Sydney, Sydney, New South Wales, Australia
[4]Beijing Centers for Disease Control and Prevention, Beijing, China

**Acknowledgements**  The authors would like to thank the staff members from the National Institute of Hygiene and Epidemiology, Hanoi, Vietnam, who were involved with the trial. They thank as well to the staff from the Hanoi hospitals who participated. They also acknowledge the support of 3M for testing of filtration of the facemasks. 3M was industry partner in the ARC linkage project

**Exhibit I 047**

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

grant; however they were not involved in study design, data collection or analysis. The 3M products were not used in this study.

**Contributors** CRM was the lead investigator, and responsible for the conception and design of the trial, obtaining the grant funding, overseeing the whole study, analysing the data and writing of the report. HS contributed to overseeing the study, staff training, form/database development and drafting of the manuscript. TCD was responsible for overseeing the study, database management, recruitment, training and revision of the manuscript. NTH was responsible for the implementation of research and revision of the manuscript. PTN was responsible for the laboratory testing in Vietnam. AAC contributed to the statistical analysis and drafting of the manuscript. BR was responsible for the statistical analysis and revision of the manuscript. DED contributed to the laboratory technical assistance and revision of the manuscript. QW assisted in comparing the rates of infection from two previous RCTs conducted in China and revision of the manuscript.

**Funding** Funding to conduct this study was received from the Australian Research Council (ARC) (grant number LP0990749).

**Competing interests** CRM has held an Australian Research Council Linkage Grant with 3M as the industry partner, for investigator-driven research. 3M has also contributed masks and respirators for investigator-driven clinical trials. CRM has received research grants and laboratory testing as in-kind support from Pfizer, GSK and Bio-CSL for investigator-driven research. HS had a NHMRC Australian-based Public Health Training Fellowship at the time of the study (1012631). She has also received funding from vaccine manufacturers GSK, bio-CSL and Sanofi Pasteur for investigator-driven research and presentations. AAC used filtration testing of masks for his PhD thesis conducted by 3M Australia.

**Ethics approval** National Institute for Hygiene and Epidemiology (NIHE) (approval number 05 IRB) and the Human Research Ethics Committee of the University of New South Wales (UNSW), Australia, (HREC approval number 10306).

**Provenance and peer review** Not commissioned; externally peer reviewed.

**Data sharing statement** No additional data are available.

**Open Access** This is an Open Access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/

## REFERENCES

1. World Health Organization (WHO). Global Alert and Response (GAR), Pandemic (H1N1) 2009—update 76 (cited 27 Apr 2012). http://www.who.int/csr/don/2009_11_27a/en/index.html
2. World Health Organization (WHO). Human infection with avian influenza A(H7N9) virus—update (cited 8 May 2013). http://www.who.int/csr/don/2013_05_07/en/index.html
3. Bermingham A, Chand MA, Brown CS, et al. Severe respiratory illness caused by a novel coronavirus, in a patient transferred to the United Kingdom from the Middle East, September 2012. Euro Surveill 2012;17:20290.
4. Pollack MP, Pringle C, Madoff LC, et al. Latest outbreak news from ProMED-mail: novel coronavirus—Middle East. Int J Infect Dis 2013;17:e143–4.
5. World Health Organization (WHO). Global Alert and Response (GAR). Ebola virus disease update—west Africa 2014 (cited 28 Aug 2014). http://www.who.int/csr/don/2014_08_28_ebola/en/
6. Chugtai AA, Seale H, MacIntyre CR. Use of cloth masks in the practice of infection control—evidence and policy gaps. Int J Infect Control 2013;9:1–12.
7. Quesnel LB. The efficiency of surgical masks of varying design and composition. Br J Surg 1975;62:936–40.
8. MacIntyre CR, Wang Q, Cauchemez S, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. Influenza Other Respir Viruses 2011;5:170–9.
9. MacIntyre CR, Wang Q, Seale H, et al. A randomised clinical trial of three options for N95 respirators and medical masks in health workers. Am J Respir Crit Care Med 2013;187:960–6.
10. Chugtai AA, MacIntyre CR, Zheng Y, et al. Examining the policies and guidelines around the use of masks and respirators by healthcare workers in China, Pakistan and Vietnam. J Infect Prev 2015;16:68–74.
11. Chugtai AA, Seale H, Chi Dung T, et al. Current practices and barriers to the use of facemasks and respirators among hospital-based health care workers in Vietnam. Am J Infect Control 2015;43:72–7.
12. Pang X, Zhu Z, Xu F, et al. Evaluation of control measures implemented in the severe acute respiratory syndrome outbreak in Beijing. JAMA 2003;290:3215–21.
13. Yang P, Seale H, MacIntyre C, et al. Mask-wearing and respiratory infection in healthcare workers in Beijing, China. Braz J Infect Dis 2011;15:102–8.
14. Horton R. Medical journals: evidence of bias against the diseases of poverty. Lancet 2003;361:712–13.
15. MacIntyre CR, Chughtai AA. Facemasks for the prevention of infection in healthcare and community settings. BMJ 2015;350:h694.
16. Chughtai AA, Seale H, MacIntyre CR. Availability, consistency and evidence-base of policies and guidelines on the use of mask and respirator to protect hospital health care workers: a global analysis. BMC Res Notes 2013;6:1–9.
17. MacIntyre C, Cauchemez S, Dwyer D, et al. Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis 2009;15:233–41.
18. Buecher C, Mardy S, Wang W, et al. Use of a multiplex PCR/RT-PCR approach to assess the viral causes of influenza-like illnesses in Cambodia during three consecutive dry seasons. J Med Virol 2010;82:1762-72 [Epub ahead of print 1 Sep 2010].
19. Higuchi R, Fockler C, Dollinger G, et al. Kinetic PCR analysis: real-time monitoring of DNA amplification reactions. Biotechnology (N Y) 1993;11:1026–30 [Epub ahead of print 1 Sep 2010].
20. Hummel KB, Lowe L, Bellini WJ, et al. Development of quantitative gene-specific real-time RT-PCR assays for the detection of measles virus in clinical specimens. J Virol Methods 2006;132:166–73 [Epub ahead of print 11 Sep 2005].
21. Mackay IM. Real-time PCR in microbiology. Caister Academic Press, 2007.
22. Wang W, Cavailler P, Ren P, et al. Molecular monitoring of causative viruses in child acute respiratory infection in emdemic/epidemic situations in Shanghai. J Clin Virol (PASCV) 2010;49:211–8.
23. Thi TN, Deback C, Malet I, et al. Rapid determination of antiviral drug susceptibility of herpes simplex virus types 1 and 2 by real-time PCR. Antiviral Res 2006;69:152–7.
24. Standards Australia Limited/Standards New Zealand. Respiratory protective devices. Australian/New Zealand Standard. AS/NZS 1716: 2012.
25. Donner A, Klar N. Design and analysis of cluster randomization trials in health research. London: Oxford University Press Inc, 2000.
26. Campbell MK, Elbourne DR, Altman DG, et al. CONSORT statement: extension to cluster randomised trials. BMJ 2004;328:702–8.
27. Vittinghoff E, Glidden DV, Shiboski SC, et al. Regression methods in biostatistics. 2nd edn. New York: Springer-Verlag, 2012.
28. StataCorp. Stata 12 base reference manual. College Station, TX: Stata Press, 2011.
29. Osterholm MT, Moore KA, Kelley NS, et al. Transmission of Ebola viruses: what we know and what we do not know. mBio 2015;6: e00137–15.
30. Fisher EM, Noti JD, Lindsley WG, et al. Validation and application of models to predict facemask influenza contamination in healthcare settings. Risk Anal 2014;34:1423–34.
31. Li Y, Wong T, Chung J, et al. In vivo protective performance of N95 respirator and surgical facemask. Am J Ind Med 2006;49:1056–65.
32. Dick EC, Jennings LC, Mink KA, et al. Aerosol transmission of rhinovirus colds. J Infect Dis 1987;156:442–8.
33. Bischoff WE. Transmission route of rhinovirus type 39 in a monodispersed airborne aerosol. Infect Control Hosp Epidemiol 2010;31:857–9.
34. Institute of Medicine (IOM). Reusability of Facemasks During an Influenza Pandemic: Facing the Flu—Committee on the Development of Reusable Facemasks for Use during an Influenza Pandemic. National Academy of Sciences, 2006.
35. Center for Disease Control and Prevention and World Health Organization. Infection control for viral haemorrhagic fevers in the African health care setting. Atlanta: Centers for Disease Control and Prevention, 1998:1–198.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

**Exhibit I**
**048**

Open Access

36. World Health Organization (WHO). Guidelines for the prevention of tuberculosis in health care facilities in resource limited settings, 1999.

37. Weaver GH. Droplet infection and its prevention by the face mask. *J Infect Dis* 1919;24:218–30.

38. MacIntyre CR, Chughtai AA, Seale H, *et al*. Respiratory protection for healthcare workers treating Ebola virus disease (EVD): are facemasks sufficient to meet occupational health and safety obligations? *Int J Nurs Stud* 2014;51: 1421–6.

39. Center for Disease Control and Prevention (CDC). Guidance on Personal Protective Equipment To Be Used by Healthcare Workers During Management of Patients with Ebola Virus Disease in U.S. Hospitals, Including Procedures for Putting On (Donning) and Removing (Doffing). 2014 (cited 23 Oct 2014). http://www.cdc.gov/vhf/ebola/hcp/procedures-for-ppe.html

40. World Health Organiszation (WHO). Infection prevention and control guidance for care of patients in health-care settings, with focus on Ebola. 2014 (cited 23 Oct 2014). http://www.who.int/csr/resources/publications/ebola/filovirus_infection_control/en/

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on August 18, 2020 by guest. Protected by copyright.

**Exhibit I**
**049**

MacIntyre CR, *et al. BMJ Open* 2015;**5**:e006577. doi:10.1136/bmjopen-2014-006577

Exhibit J

# AN EXPERIMENTAL STUDY OF THE EFFICACY OF GAUZE FACE MASKS.

## W. H. KELLOGG, M. D.,

*Secretary and Executive Officer, California State Board of Health,*

AND

## MISS GRACE MACMILLAN,

*Bacteriologist in the State Hygienic Laboratory.*

Masks have not been proved efficient enough to warrant compulsory application for the checking of epidemics, according to Dr. Kellogg, who has conducted a painstaking investigation with gauzes. This investigation is scientific in character, omitting no one of the necessary factors. It ought to settle the much argued question of masks for the public. : : : : : : : : : : : : : :

THE recent epidemic of influenza brought forcibly to attention the use of the gauze mask as a protection against infection. The supposition that influenza is a droplet-borne infection suggested to many the idea of controlling its spread by requiring the wearing of face masks, and accordingly the measure was adopted in many towns and cities, principally in California. Unfortunately for the rational application of such a measure little was known of the requirements for the proper making of a gauze mask, although during the year 1918 four or five articles on the protective value of masks had appeared. One of these by Weaver[*] detailed his experiences in diminishing infections among the nursing staff at the Durand Hospital by the use of masks of two layers of gauze (quality not mentioned). The incidence of scarlet fever and of the carriage of diphtheria seemed to be markedly lessened, although the results are somewhat diminished in value by the fact that the experiment was not a controlled one; comparisons were made between two periods of time, during one of which the mask was used and during the other it was not.

Capps[*] at Camp Grant tried the mask to prevent infection in ambulances and among patients while temporarily outside of cubicles. He gives no information as to the quality of gauze or number of layers and no figures or specific comparisons are, and his conclusions are, that after masking, no cases of scarlet fever appeared in the wards whereas there had been just before a series of six consecutive cases. Haller and Caldwell[†] conducted some bacteriological experiments to determine the protective value of different layers and meshes of gauze. They found that 300 strands to the inch (the sum of the warp and the woof multiplied by the number of layers) were necessary, when worn by the person coughing in the experiment, to stop the planting of colonies on agar plates, and that 220 strands were sufficient when placed over the plate instead of over the mouth of the cougher. They gave no detailed tables of their experiments, and took no account of the possible leakage around the edge of the mask, which occurs in actual practice, nor of the influence of aspiration of droplet-laden

---

[*] Weaver, The Value of the Face Mask and Other Measures. Jour. A. M. A., Jan. 12, 1918.

[*] Joseph A. Capps, The Face Mask in Control of Contagious Diseases. Jour. A. M. A., March 30, 1918.

[†] David A. Haller and Raymond C. Caldwell, The Protective Quality of Gauze Face Masks. Jour. A. M. A., Oct. 12, 1918.

Exhibit J
050

## Experimental Study of Efficacy of Gauze Face Masks    35

air through the gauze. Doust and Lyon* also reported on some bacteriological experiments in which they used *Bacillus prodigiosus* in the mouth of the cougher. They found that colonies passed easily through ten layers of coarse and also of medium gauze, but not through three layers of butter cloth. Their results do not agree with those of Haller and Caldwell, who found that seven layers of medium gauze "gave complete protection." Masking of plates was not reported on.

If we grant that influenza is a droplet-borne infection, it would appear that the wearing of masks was a procedure based on sound reasoning and that results should be expected from their application.

Studies made in the Department of Morbidity Statistics of the California State Board of Health did not show any influence of the mask on the spread of influenza in those cities where it was compulsorily applied, and the Board was, therefore, compelled to adopt a policy of mask encouragement, but not of mask compulsion. Masks were made compulsory only under certain circumstances of known contact with the disease and it was left to individual communities to decide whether or not the masks should be universally worn.

The reason for this apparent failure of the mask was a subject for speculation among epidemiologists, for it had long been the belief of many of us that droplet-borne infections should be easily controlled in this manner. The failure of the mask was a source of disappointment, for the first experiment in San Francisco was watched with interest with the expectation that if it proved feasible to enforce the regulation the desired result would be achieved. The reverse proved true. The

masks, contrary to expectation, were worn cheerfully and universally, and also, contrary to expectation of what should follow under such circumstances, no effect on the epidemic curve was to be seen. Something was plainly wrong with our hypotheses.

We felt inclined to explain the failure of the mask by faults in its application rather than by any basic error in the theory of its use. Consequently, *Bulletin No. 31** of the Board of Health brought out the fact that where it was sought to control influenza by compulsory wearing of masks certain obstacles developed. These were:

First, the large number of improperly made masks that were used.

Second, faulty wearing of masks, which included the use of masks that were too small, the covering of only the nose or only the mouth, smoking while wearing, etc.

Third, wearing masks at improper times. When applied compulsorily masks were universally worn in public, on the streets, in autombles, etc., where they were not needed, but where arrest would follow if not worn, and they were very generally laid aside when the wearer was no longer subject to observation by the police, such as in private offices and small gatherings of all kinds. This type of gathering with the attendant social intercourse between friends, and office associates seems to afford particular facility for the transfer of the virus. If, as seems probable, the virus is droplet-borne, this form of contact, where people are conversing with one another, would, of course, be much more dangerous than crowd association of strangers, even under the circumstances of gathering in churches and theatres. We were not satisfied, however, with this seemingly perfectly satis-

---

*Brewster C. Doust and Arthur Bates Lyon, Face Masks in Infection of the Respiratory Tract. Jour. A. M. A., Oct. 12, 1918.

* Influenza—A Study of Measures Adopted for the Control of the Epidemic. W. H. Kellogg, M.D.,

factory explanation. We felt it to be imperative, if the mask were not to be permanently discredited, that more definite information be obtained concerning its uses and limitations. If, as we believed, the gauze mask is useful as a protection against certain infections, it would be unfortunate if its uncontrolled application in influenza should result in prejudicing critical and scientific minds against it. That there is danger of this is evidenced by many letters received from prominent sanitarians all over the country. It was, therefore, determined to carry out a set of experiments that should demonstrate finally just what type of mask should be used against droplet-borne infections, and what measure of protection could be expected through their use.

It is the object of this paper to set forth these experiments, and it is believed that they are fairly complete, so far as it is possible by laboratory methods alone to arrive at a conclusion. It will remain for future controlled experiments in contagious disease hospitals to dispose of such questions as conjunctival entry of virus, hand infection, etc.

All previous laboratory experiments with which we are familiar have overlooked certain conditions in the practical application of masks which might have an important bearing on the true facts. It occurred to us that the mere settling by gravity of micro-organisms through layers of gauze stretched over petri plates did not simulate at all the natural conditions of forcible aspiration through the gauze that obtains during inhalation by a masked individual.

Another possible source of error which it was desired to investigate was the possibility of droplet laden air passing around the edges of a mask and then entering the nostrils without filtration. A long series of preliminary experiments

was necessary, much of which will be passed over without description as being of little interest, although of extreme importance as a foundation for the later decisive operations.

The first procedure that occurred to us, as it has to others, was the inoculation of plates, both covered with gauze and uncovered, by coughing over them at various distances. It was soon determined that an artificial enrichment of the secretions was necessary, and this was secured by spraying the mouth and throat of the cougher with a suspension of *Bacillus prodigiosus*. It was also decided, after many tests, to abandon the inoculation by coughing, as it was found that no degree of uniformity could be maintained. The counts varied enormously from one moment to another. Consequently, controls were rendered of less value and an undesirable variation was shown between individual experiments.

For the purpose of imitating, as closely as possible, natural conditions of forcible suction through the gauze, an arrangement was constructed from a glass dish $2\frac{1}{2}$ inches deep and $4\frac{3}{4}$ inches in diameter with ground edges and having for a cover a glass plate having a round groove ground on one face to fit tightly the edge

FIGURE 1.



## Experimental Study of Efficacy of Gauze Face Masks   37

of the dish.   In use, this cover, sealed on with paraffine, served as the bottom of the apparatus, and a 1½-inch hole was bored through the bottom, now the top, of the covered dish.   (See Fig. 1.)   A small hole, one-half inch in diameter, was bored through the side of the dish for the attachment of a suction tube.   Petri plates were placed, uncovered, inside this jar and supported on large corks, which are plainly shown in the illustration, opposite the large hole which could be masked or not, as desired.

In the earlier experiments straight and curved funnels for the attachment of gauze masks were inserted in the large opening of these jars, but later these were abandoned and the gauze placed directly over the opening in the jar.   In the use of these funnels, which are shown attached to the jar in Fig. 2, it was noted that there is a great diminution in the number of bacteria passing through them on the gentle suction current as compared to the number entering directly through the hole over the open plate.   The reduction was more marked with the curved funnel than with the straight one, suggesting that possibly a tube with several bends would, if breathed through, check the passage of bacteria as well as a close gauze filter.

The preceding table is an example of the results obtained with the apparatus placed four feet in front of the cougher, who was masked with six layers of 40 by 17 mesh gauze in one experiment and not masked in the other.   Besides one plate under each funnel, a curved and a straight one, which were not masked, four plates were placed entirely outside in a vertical

FIGURE 2.



position, one in front of, one behind, and one on each side of the jar.

After numerous other experiments, it was decided that the coughing process was too variable and uncertain, and various types of atomizers were tried, both with compressed air with various pressures and with the ordinary rubber bulb.   Example of results:

EXPERIMENT NO. I.
First set.   No mask on cougher.

| Location of plate | Colonies, 48 hours room temperature |
|---|---|
| Inside jar under straight funnel... | 21 |
| Inside jar under curved funnel.... | 5 |
| Outside front... ............... | 137 |
| Outside right side................ | 98 |
| Outside left side................. | 47 |
| Outside back................... | 79 |

| Second set.   Cougher masked. | |
|---|---|
| Inside jar under straight funnel... | 9 |
| Inside jar under curved funnel.... | 3 |
| Outside front................... | 11 |
| Outside right side................ | 16 |
| Outside left side................. | 11 |
| Outside back................... | 19 |

EXPERIMENT NO. II.
DeVilbiss atomizer No. 15.
Saline suspension of 48-hour culture of *Bacillus prodigiosus.*
Plates in jars.
Vacuum pump, attached to jars instead of having assistant inhale through the tube as previously done.

| | Distance from atomizer | | |
|---|---|---|---|
| | 1 ft. | 2 ft. | 3 ft. |
| Without mask................ | 5,280 | 31 | 0 |
| Mask, 6 layers, 20 by 17...... | 1,380 | 20 | .. |

**Exhibit J**
053

# 38      The American Journal of Public Health

In the following experiment a suspension of *B. prodigiosus* in light paraffine oil was used in attempting to get more uniform counts in the controls, which, with the use of saline spray, were frequently too thickly planted to be easily counted:

### EXPERIMENT NO. III.

Mask made of gauze having 20 woof and 17 warp threads to the square inch—6 layers.
Atomizer—DeVilbiss No. 15.
Pressure—From compressed air pipe, about 40 pounds pressure.
Culture—*B. prodigiosus* 48-hour growth suspended in paraffine oil, sprayed at plates for 30 seconds allowing 4½ minutes for the droplets to settle.
Incubation—24 hours, 37° C.

| | Distance from atomizer | | | | | |
|---|---|---|---|---|---|---|
| | 3 ft. | 4 ft. | 5 ft. | 6 ft. | 7 ft. | 8 ft. |
| No mask | 12,000* | 10,000* | 6,756 | 4,548 | 3,372 | 3,120 |
| Mask, 6 layers.. | 1,566 | 1,050 | 816 | 562 | 426 | 384 |
| Mask, 5 layers.. | 1,314 | 1,248 | 624 | 222 | 282 | 174 |
| Mask, 4 layers.. | 5,596 | 2,976 | 1,692 | 1,290 | 846 | 576 |
| Mask, 3 layers.. | 10,560 | 7,360 | 4,248 | 3,504 | 2,472 | 1,378 |

\* Number estimated.

Many details of these experiments are unrecorded in this article as being of little interest, essential facts only being presented.

As illustrating these omissions we would mention a long series of experiments to find the proper air pressure to use and the time of exposure, and those experiments leading up to the rejection of atomizers of the nebulizing type, such as DeVilbiss No. 49. As an illustration one of the final experiments for determining distances and pressure is given.

### EXPERIMENT NO. IV.

Filtered oil suspension of 48-hour culture of *B. prodigiosus*.
Pressure—43 pounds.
Atomizer—DeVilbiss No. 15.
Time—just turning on and off, allowing 5 minutes for settling.
Spray comparable to a sneeze.
Suction pump attached to each jar during spray and settling time.
Rate of suction gauged to correspond as nearly as possible to normal rate of inspiration.
No gauze over opening in jar.

| | Distance from atomizer | | |
|---|---|---|---|
| | 3 ft. | 4 ft. | 5 ft. |
| Plates outside jar........... | 2,676 | 2,704 | 2,976 |
| Plates inside jar............. | 663 | 831 | 1,260 |

### EXPERIMENT NO. V.

Same as Experiment No. IV, but with gauze having a mesh of 24 by 18 threads to the square inch over the inlet to the jars.
Number of layers—6.
Distance from atomizer—5 feet.

| | Colonies |
|---|---|
| Control plates outside of suction jars...... | 4,764 |
| Control plates inside jars, no gauze....... | 2,468 |
| 2 layers of gauze........................ | 1,830 |
| 3 layers of gauze........................ | 1,280 |
| 4 layers of gauze........................ | 544 |
| 5 layers of gauze........................ | 674 |
| 6 layers of gauze........................ | 369 |
| 7 layers of gauze........................ | 454 |
| 8 layers of gauze........................ | 63 |
| 9 layers of gauze........................ | 42 |

### EXPERIMENT NO. VI.

Same as preceding, but allowing exposure of three minutes instead of five.

| Distance from atomizer—4 feet | Colonies |
|---|---|
| Control plates outside of suction jars...... | 2,694 |
| Control plates inside of suction jars....... | 409 |
| 2 layers of gauze........................ | 358 |
| 3 layers of gauze........................ | 420 |
| 4 layers of gauze........................ | 344 |
| 5 layers of gauze........................ | 338 |
| 6 layers of gauze........................ | 294 |
| 7 layers of gauze........................ | 184 |
| 8 layers of gauze........................ | 167 |

### EXPERIMENT NO. VII.

Filtered oil suspension—48-hour culture of *B. prodigiosus*.
Pressure—43 pounds.
Atomizer—DeVilbiss No. 15.
Time—Just turning cock on and off allowing 5 minutes for settling.
Suction—25 pounds on jars during spray and time for settling.
Gauze—42 by 44 threads to the square inch.

| | Distance from atomizer | |
|---|---|---|
| | 4 ft. | 5½ ft. |
| No gauze......................... | 366 | 421 |
| Outside plates (no suction)...... | 4,400 | 5,280 |
| 2 layers of gauze............... | 329 | 684 |
| 3 layers of gauze............... | 391 | 699 |
| 4 layers of gauze............... | 251 | 372 |
| 5 layers of gauze............... | 114 | 264 |
| 6 layers of gauze............... | 12 | 22 |
| 7 layers of gauze............... | 4 | 7 |
| 8 layers of gauze............... | 5 | 4 |
| 9 layers of gauze............... | 9 | 12 |

## EXPERIMENT NO. VIII.

Same as preceding, but allowing three minutes for settling instead of five.

|  | Distance from atomizer | |
|---|---|---|
|  | 4 ft. | 5½ ft. |
| No gauze........................ | 211 | 127 |
| Outside plates (no suction)...... | 3,594 | 1,836 |
| 2 layers of gauze............... | 50 | 20 |
| 3 layers of gauze............... | 29 | 8 |
| 4 layers of gauze............... | 20 | 18 |
| 5 layers of gauze............... | 25 | 13 |
| 6 layers of gauze............... | 0 | 0 |
| 7 layers of gauze............... | 0 | 1 |
| 8 layers of gauze............... | 0 | 0 |
| 9 layers of gauze............... | 1 | 0 |

## EXPERIMENT NO. IX.

Filtered oil suspension—48-hour culture of *B. prodigiosus.*

Pressure—43 pounds.

Atomizer—DeVilbiss No. 15.

Time—Just turning cock on and off, allowing 5 minutes for settling.

Suction on jars during spray and time for settling.

Gauze—60 by 72 threads to square inch.

|  | Distance from atomizer | |
|---|---|---|
|  | 4 ft. | 5½ ft. |
| No gauze........................ | 871 | 172 |
| Outside plates (no suction)...... | 4,572 | 5,724 |
| 1 layer of gauze................ | 1,771 | 1,110 |
| 2 layers of gauze............... | 897 | 250 |
| 3 layers of gauze............... | 193 | 127 |
| 4 layers of gauze............... | 26 | 12 |
| 5 layers of gauze............... | 18 | 14 |
| 6 layers of gauze............... | 35 | 7 |
| 7 layers of gauze............... | 21 | 6 |
| 8 layers of gauze............... | 25 | 8 |
| 9 layers of gauze............... | 17 | 4 |

It was noted from a study of experiments V and VI that gauze of medium texture, namely 24 by 28 threads, has no notable restraining effect up to eight layers, agreeing with Doust and Lyon's experience that ten layers of medium gauze were penetrated in their coughing experiments. Experiments VII, VIII and IX are of more importance as they deal with fine and extra fine gauze (butter cloth). Haller and Caldwell found that a total of 220 strands (warp plus woof times layers) to the inch practically stopped the passage of organisms when applied over petri plates, and Doust and Lyon concluded that three layers of butter cloth would filter *B. prodigiosus.*

They do not give the mesh of this butter cloth, but presumably it corresponded to the 42 by 44 thread gauze in our experiments Nos. VII and VIII, in which we found that with the element of aspiration introduced, as in the natural use of masks, even five layers did not give a sufficient reduction in count to make such a mask of value. Furthermore, our experiment No. IX in which the very best and finest cloth of 60 by 72 strands to the inch was used, demonstrated that under the natural conditions of aspiration of droplet-laden air through the mask, four layers, which would be extremely difficult to breathe through, are required to obtain a degree of filtration which would hold out any hope of useful result in practice.

The following series of experiments were to determine the possibility of the passage of droplet-laden air around the edges of a close mask instead of through it, and also to simulate other physical conditions attending the wearing of the mask. In these experiments artificial noses of paraffine were made for the purpose of securing the closest approach possible to the natural physical conditions of the wearing of masks by persons.

Figure 3 illustrates these artificial noses which are attached to the glass jars, within which are placed the petri plates immediately behind the passages through the paraffine.

Various combinations with the models

FIGURE 3.



**The American Journal of Public Health**

were tried.   In experiment No. X a nose without nostrils was used in addition to the regular one, for the purpose of establishing the leakage around the edges of the mask.  The tabulation of results shows the restraining influence of the nasal passages as the counts are larger where the air passes directly into the aspiration jar instead of by way of the nasal passage.   Another outstanding fea-

### EXPERIMENT NO. X.

Filtered oil suspension—48-hour culture of *B. prodigiosus.*

Pressure—43 pounds.

Atomizer—DeVilbiss No. 15.

Time—Just turning cock on and off allowing 3 minutes for settling.

Suction during spray and time for settling.

Gauze—60 by 72 threads to the square inch.

Large jar—two holes—one covered by wax nose with nostrils; other open with wax nose without nostrils just above hole.

Distance from atomizer—5 feet.

Jar standing vertically.

| Layers of gauze | No nostrils | Nostrils |
|---|---|---|
| No gauze | 762 | 150 |
| Outside plate | 2,630 | |
| 5 layers | 54 | 15 |
| 6 layers | 81 | 20 |
| 7 layers | 35 | 13 |
| 8 layers | 18 | 15 |
| 9 layers | 12 | 9 patch |
| 10 layers | 3 | 8 |

ture of this test is that there is little difference in results obtained with different layers within the range of the number that would be acceptable from a standpoint of comfort.

Experiment No. XI (see Fig. 4 and Table I), was conducted with different types of gauze and varying numbers of layers.   An inspection of the table of results in Set 1 shows that an increase of efficiency was noted with the increase of the number of layers and that the results were better in column C where the air was required to pass through the mask and no opportunity existed for passing around the edges, as was the case in column A where the mask was placed over the nose.   The difference, however, was not very material showing that the

### EXPERIMENT NO. XI.

Filtered oil suspension—48-hour culture *of B. prodigiosus.*

Pressure—43 pounds.

Atomizer—DeVilbiss No. 15.

Time—Just turning cock on and off allowing three minutes for settling.

Gauze—60 by 72 threads to the square inch in Set 1 and 24 by 28 in Set 2.

Distance from atomizer—5 feet.

Suction on all jars during spray and time for settling.

All jars standing vertically.

### TABLE I

EXPERIMENT No. XI.

| | A | B | Per cent of Efficiency | C | D | Per cent of Efficiency | E |
|---|---|---|---|---|---|---|---|
| | Masked nose | Unmasked nose | | Gauze over jar—no leakage around edges | Open plate | | Outside of jar |
| *Set 1—Gauze 60 x 72 threads to square inch.* | | | | | | | |
| 9 layers of gauze | 0 | 10 | 100 | 0 | 200 | 100 | 1,000 |
| 8 layers of gauze | 1 | 56 | 98 | 1 | 73 | 98.7 | 1,122 |
| 7 layers of gauze | 37 | 160 | 77 | 64 | 183 | 70 | 1,265 |
| 6 layers of gauze | 35 | 154 | 77 | 5 | 117 | 95 | 1,230 |
| 5 layers of gauze | 127 | 300 | 57 | 109 | 407 | 70 | 1,260 |
| *Set 2—Gauze 24 x 28 threads to square inch.* | | | | | | | |
| 10 layers of gauze | 39 | 654 | 94 | 34 | 992 | 96 | 1,776 |
| 9 layers of gauze | 42 | 790 | 94 | 240 | 1,716 | 86 | 1,980 |
| 8 layers of gauze | patches | | | | | | |
| 8 layers of gauze | 296 | 681 | 56 | 190 | 684 | 72 | 2,042 |
| 7 layers of gauze | 450 | 1,980 | 77 | 189 | 1,440 | 86 | Too many to count |
| 6 layers of gauze | 666 | 1,089 | 38 | 466 | 695 | 32 | 2,690 |

Experimental Study of Efficacy of Gauze Face Masks        41

FIGURE 4.



A. Hole in top of jar covered by wax nose with nostrils and gauze mask.
B. Hole in top of jar covered by wax nose with nostrils.   No mask.
C. Hole in top of jar covered by gauze mask attached by adhesive.
D. Hole in top of jar, not covered.
E. Plate outside of jar—no mask.

principal source of lack of efficiency is in the forceful aspiration of air through the mask. This table also shows that five layers of this extremely fine gauze, which would be impossible of comfortable use, gave an efficiency of only 57 per cent.

number of bacteria-laden droplets possible of inhalation.

2. This influence ,is modified by the number of layers and fineness of mesh of the gauze.

### CONCLUSIONS.

1. Gauze masks exercise a certain amount of restraining influence on the

3. When a sufficient degree of density in the mask is used to exercise a useful filtering influence, breathing is difficult and leakage takes place around the edge of the mask.

**Exhibit J**
**057**

4. This leakage around the edges of the mask and the forcible aspiration of droplet laden air through the mask is sufficient to make the possible reduction in dosage of infection not more than 50 per cent effective.

5. It remains for future controlled experiments in contagious disease hospitals to determine whether the wearing of masks of such texture as to be reasonably comfortable are effective in diminishing the incidence of infection.

6. Masks have not been demonstrated to have a degree of efficiency that would warrant their compulsory application for the checking of epidemics.



# A STUDY OF THE TOXICITY OF DIPHTHERIA BACILLI ISOLATED FROM IMMEDIATE CONTACTS.

FRANK W. HACHTEL, M. D., AND MARY SHEDWICK BAILEY, M. D.,
*Health Department, Baltimore, Md.*

The members of the community at large are not often sources of diphtheria infection and we must look elsewhere to find the factors of greatest danger. School children do not furnish the source of infection. These investigators point to convalescents and contacts as being the probable distributors of the virulent bacilli.   :   :   :   :   :

THE relation of the carrier of the diphtheria bacillus to the spread of this disease has been the object of much research, and the percentage of true diphtheria bacilli, both from the standpoint of morphology and of virulence has been determined in several distinct groups of the population.

The percentage of morphologically true diphtheria bacilli has been studied by the Massachusetts State Board of Health,[1] which found that 3 per cent of persons not known to have been exposed to infection harbored morphologically true diphtheria bacilli, while the organisms were present in from 8 to 50 per cent of those exposed to diphtheria. Park[2] found that 9.7 per cent of 330 healthy persons showed morphological diphtheria bacilli but only 2 per cent of these were virulent.

The percentage of persons in the general population harboring morphologically true diphtheria bacilli (classified according to Westbrook's types) was also studied by Goldberger, Williams and Hachtel[3] during the winter of 1913 and 1914 in Detroit. For nearly a year prior to the commencement of this investigation diphtheria had been unusually prevalent in Detroit, but the percentage of cases markedly decreased about three weeks before the collection of cultures began, so that the investigation really resolved itself into a study of the diphtheria carriers at large in a typical population shortly after a time of increased prevalence of the disease. They made cultures from a representative portion of the population, cultures from the nose and throat of 4,093 healthy persons being examined; 38, or 0.928 per cent, were found to harbor morphologically true diphtheria bacilli. Nineteen pure cultures of the diphtheria bacillus were isolated and 2 of these were found to be

Exhibit K



**< Go back to all Coronavirus disease 2019 Q&As**

# Q&A: Masks and COVID-19

7 June 2020 | Q&A

## What is WHO's view on masks?

Masks should be used as part of a comprehensive strategy of measures to suppress transmission and save lives; the use of a mask alone is not sufficient to provide an adequate level of protection against COVID-19. You should also maintain a minimum physical distance of at least 1 metre from others, frequently clean your hands and avoid touching your face and mask.

**Medical masks** can protect people wearing the mask from getting infected, as well as can prevent those who have symptoms from spreading them. WHO recommends the following groups use medical masks.

- **Health workers**
- **Anyone with symptoms suggestive of COVID-19, including people with mild symptoms**
- **People caring for suspect or confirmed cases of COVID-19 outside of health facilities**

Medical masks are also recommended for these at-risk people, when they are in areas of widespread transmission and they cannot guarantee a distance of at least 1 metre from others:

**Exhibit K**
**059**

- **People aged 60 or over**
- **People of any age with underlying health conditions**

**Non-medical, fabric masks** are being used by many people in public areas, but there has been limited evidence on their effectiveness and WHO does not recommend their widespread use among the public for control of COVID-19. However, for areas of widespread transmission, with limited capacity for implementing control measures and especially in settings where physical distancing of at least 1 metre is not possible – such as on public transport, in shops or in other confined or crowded environments – WHO advises governments to encourage the general public to use non-medical fabric masks.

---

**Does WHO advise the use of non-medical, fabric masks in the general public?**

---

**What is WHO recommending to countries that are considering the use of masks for the general public?**

---

**What types of masks are used against the spread of COVID-19?**

---

**Which individuals should wear medical masks in the context of COVID-19 according to WHO?**

---

**How should I use and wear a medical mask?**

---

**Does WHO recommend the use of fabric masks for the general public?**

---

**Since there are many types of fabric masks available, does WHO have any guidance on which masks to use?**

---

**How should I wear and care for a fabric mask?**

**Exhibit K**
**060**

**Does WHO recommend the use of gloves in the community to prevent transmission of COVID-19?**

**What are the key measures all people should do to protect themselves and others in the context of the COVID-19 pandemic?**

**WHO TEAM**   Department of Communications, Health Emergencies Preparedness and Response

## Related

**Exhibit K**
**061**

# Exhibit L



# News

Home / Ap / News



# Official: California fixed glitch that backlogged COVID data

By AMY TAXIN and JANIE HAR Associated Press    Aug 7, 2020 Updated Aug 7, 2020    0

**1 of 4**

SAN FRANCISCO (AP) — A technical glitch that has plagued the data system the state relies on to make decisions about reopening businesses and schools has been fixed, but it could take up to 48 hours to get the numbers updated, California's top health official said Friday.

"Our data system has failed," California Health and Human Services Secretary Dr. Mark Ghaly said, leaving up to 300,000 records backlogged, though not all of them are coronavirus cases and some may be duplicates. California reported 8,436 new confirmed cases Friday and surpassed 10,000 deaths from the coronavirus.

"We apologize. You deserve better, the governor demands better of us and we are committed to doing better," Ghaly said.

County health officials say they have been flying blind, unable to conduct robust contact tracing or monitor health factors without timely information, especially at a time when parents are on edge about school plans.

Timely data is a huge deal for Gov. Gavin Newsom, who has repeatedly stressed in media briefings and

**Exhibit L 062**

the data, based upon local conditions," as he said in June.

Ghaly's briefing Friday came days after the administration acknowledged the system was under-reporting cases and after Newsom said at a Monday news conference that indicators were pointing in the right direction after weeks of a viral surge.

Ghaly said the problem began with a computer server outage July 25 and was compounded by the state's failure to renew a 2-year-old certificate for an intermediary for one of the nation's largest commercial labs, meaning the state did not receive updates for five days from Quest Diagnostics. He said he learned of the magnitude of the data backlog late Monday afternoon, though others in the department were aware of it earlier.

Despite the backlog, Ghaly said the public should have confidence that trends are going in the right direction. His department has increased its server capacity and has accelerated creation of a data reporting system because the California Reportable Disease Information Exchange (CalREDIE) was not built to handle this much information, he said.

"The governor has directed a full investigation of what happened, and we will hold people accountable," he said.

Marin County noticed a problem in mid-July when it started seeing a growing gap between the number of cases reported directly from labs there and the state's numbers, said Dr. Matt Willis, the county's public health officer. The county receives about 90% of its results directly from labs and relies on the state system for the rest.

It became an issue when residents began asking why the county was reporting more cases than the state — pushing Marin County over the limit set by Newsom's administration for elementary schools to reopen — but only by the county's estimates and not the state's, he said.

Marin estimated the county had 210 cases for every 100,000 residents over a 14-day period, while the state estimated there were 170, he said. He estimated about a fifth of virus testing data to the state could be delayed.

"We're in an interval now where we've been seeing significant increases in cases across the state. There's been a lot of policy responses to that," he said, "This is a particularly vulnerable moment for us as a state to lose access to data."

**Exhibit L**
**063**

Dr. Clayton Chau, Orange County's interim health officer, said Friday that his county is still not getting updated numbers. Those figures are critical for elementary schools wanting to seek waivers to reopen because the county needs to have a somewhat lower case rate for these to be considered, Chau said.

"The conversations can't start until we know what our community case rate is," he said.

Assemblyman Kevin Kiley, a Republican from Rocklin, called the backlog "disastrous" in a state of 40 million with "people's livelihoods hanging in the balance. It's just absolutely unacceptable."

The state has been encouraging labs to report information directly to county health offices instead of going through the state system. The results getting to the state are accurate, but they are not posting as quickly as they should, said John Swartzberg, an infectious disease expert at the University of California Berkeley's School of Public Health.

"If we're not getting the data coming in a contemporaneous fashion, we're not able to act on it appropriately," he said. "The delay with CalREDIE getting numbers in a timely fashion really makes the county health officers, if not blind, at least looking through foggy glasses."

The state's data page now carries a disclaimer saying the numbers "represent an underreporting of actual positive cases" per day. But it continues to show a rate of infection that may not be accurate.

Newsom's office did not respond Friday to questions about why he was not personally holding one of his frequent daily briefings to explain and account for problems with the CalREDIE data.

The glitch comes as the country's most populous state surpassed 10,000 deaths from the coronavirus, making it the U.S. state with the third-highest number of deaths since the beginning of the pandemic. New York and New Jersey have the highest and second-highest number of deaths in the U.S. at more than 32,000 and nearly 16,000, respectively, according to Johns Hopkins University.

For most people, the new coronavirus causes mild or moderate symptoms, such as fever and cough that clear up in two to three weeks. For some — especially older adults and people with existing health problems — it can cause more severe illness, including pneumonia, and death.

_____

Taxin reported from Orange County. Associated Press reporters Terence Chea in San Francisco, Don Thompson in Sacramento and Christopher Weber in Los Angeles contributed to this story.

**Exhibit L**

**064**

Copyright 2020 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed without permission.

Tags   General News   Health   Government And Politics   Disease Outbreaks   Public Health   2019-2020 Coronavirus Pandemic   Coronavirus   Infectious Diseases   Diseases And Conditions   Lung Disease

Locations   United States   North America   California   San Francisco

## Recommended for you

## (0) comments

Welcome to the discussion.

## Videos

Surveillance footage of 7/22 fatal crash on Stockdale Highway

Jul 29, 2020   2

**Exhibit L**

**065**

Exhibit M

Dr. Sonia Angell, California's top public health official, resigns after massive coronavirus data glitch - CBS News

Sign Up For Newsletters | Battleground Tracker | Coronavirus Updates | "Cancel Culture" | Democratic National Convention | DNC Schedule | Voting Rights | California Plaque | N

NEWS    2020 ELECTIONS    SHOWS    LIVE

# California's top public health official resigns after massive coronavirus data glitch

**BY VICTORIA ALBERT**
AUGUST 11, 2020 / 7:13 AM / CBS NEWS

View CBS News In

CBS News App

OPEN

CONTINUE

California's top public health official resigned Sunday, according to a copy of her resignation letter obtained by CBS News. Dr. Sonia Angell did not provide a reason for her resignation — but it comes just days after the state said it had fixed a major error that caused a delay in reporting test results, according to CBS San Francisco.

Before her resignation, Angell worked as director and state public health officer at the California Department of Public Health. She often appeared alongside Governor Gavin Newsom during press conferences about the coronavirus.

"I want to thank Dr. Angell for her service to the state and her work to help steer our public health system during this global pandemic, while never losing sight of the importance of health equity," Newsom said in a statement.



**Get Breaking News Delivered to Your Inbox**

Two days before Angell resigned, health officials announced that they had fixed a technical issue in the system that reports testing results. California Health and Human Services Secretary Dr. Mark Ghaly said the glitch caused up to 300,000 records to be backlogged — although not all are coronavirus test results and some may be duplicates, CBS San Francisco reported.

According to CBS San Francisco, Ghaly told the media that the glitch began when a computer server suffered an outage on July 25 — but it compounded when the state did not renew a certificate for an intermediary for one of the country's biggest commercial labs. As a result, the state did not receive results from the lab for five days.

The glitch came at a time when case numbers played a vital role in school reopening decisions. Fall classes in

**Exhibit M**
**066**

Dr. Sonia Angell, California's top public health official, resigns after massive coronavirus data glitch - CBS News

**Coronavirus: The Race To Respond**

New Zealand leader calls Trump's claim of virus surge "patently wrong"    Notre Dame suspends in-person classes after virus cases surge    Trump's extra $300 in unemployment could last only 3 weeks    Doctor says UNC Chapel Hill's COVID outbreak is "not surprising"

"Our data system has failed," Ghaly said Friday, adding, "We apologize. You deserve better, the governor demands better of us and we are committed to doing better."

On August 1, California became the first U.S. state to hit more than 500,000 coronavirus cases. More than 10,000 people in the state have died of the virus.

*First published on August 10, 2020 / 4:23 PM*

*© 2020 CBS Interactive Inc. All Rights Reserved.*



**Sign up for Breaking News Alerts**

Be in the know. Get the latest breaking news delivered straight to your inbox.

**See All Newsletters**

Copyright © 2020 CBS Interactive Inc. All rights reserved.

Privacy Policy    CA Privacy/Info We Collect    CA Do Not Sell My Info    Ad Choice    Terms of Use    Mobile User Agreement    About    Advertise    Closed Captioning    CBS News Store    Site Map    Contact Us    Help

**Exhibit M 067**

Exhibit N



Explore

Settings

## Thread

**Gavin Newsom** @GavinNewsom · Jul 13
NEW: As #COVID19 cases and hospitalizations continue to rise, 30 counties will now be required to CLOSE INDOOR OPERATIONS for:

-Fitness Centers
-Places of Worship
-Offices for Non-Critical Sectors
-Personal Care Services
-Hair Salons and Barbershops
-Malls

13.5K 33.1K 54.5K

Show this thread

## Replies

**20-David-20** @JIL153 · Jul 13
Replying to @GavinNewsom
Constituents will begin to migrate to other states.... there goes CA economy ! .@CAgovernor

104 16 275

**Roger Moore** @BonusDonuts · Jul 13
Replying to @GavinNewsom
Let me translate for those who don't understand Newsomese: "The fed gov't isn't giving me the $1Trillion bailout I asked for so I'm going to punish the businesses and people of California hoping it will pressure them to give in."

373 1.4K 6.4K

View more replies

### Looking for up-to-date info on COVID-19?

Read now

## More Tweets

**Joe Biden** @JoeBiden · Aug 17
Just imagine where we would be right now if we had a president who listened to the scientists.

23.9K 43.5K 307.1K

**Cory Booker** @CoryBooker · 19h
US Senate candidate, NJ
I miss Obama, and I miss her husband too. #DemConvention

2.3K 34.4K 296.7K

**Rep. Katie Porter** @RepKatiePorter · Aug 17
I hope the Postmaster General comes prepared. I know I will.

> **Ben Siegel** @benyc · Aug 17
> News: Postmaster General Louis DeJoy has agreed to testify before the House Oversight Committee on Monday, August 24th.

15.5K 45K 228.5K

Show this thread

Search Twitter

**New to Twitter?**
Sign up now to get your own pers

Sign up

**Relevant people**

**Gavin Newsom** @GavinNewsom
Husband and father California. Former Lt California. Former S Mayor. Personal acc

**What's happening**

NBA · 2 hours ago
**Magic at Bucks**
Trending with: Milwaukee and Aa Gordon

**#TheStrangerQuibi**
All Episodes Now Streaming
Promoted by Quibi

Trending in United States
**Iggy**
9,106 Tweets

MLB · LIVE
**Padres at Rangers**
Trending with: Wil Myers

Trending in United States
**Pache**
3,099 Tweets

Show more

Terms Privacy policy Cookies
© 2020 Twitter, Inc.

**Exhibit N**
**068**

Don't miss what's happening
People on Twitter are the first to know.

Log in

Exhibit O



THE
un

Sign in

UK Edition | Search

EIDRE   TECH   TRAVEL   MOTORS   PUZZLES   SUN BINGO   SUN VOUCHERS   SUN

2 Aug 2020, 14:14   Updated: 3 Aug 2020, 17:00

78 Comments

**Exhibit O**
**069**

**SCIENTISTS in the Neth**
**public places are "not n**
**a "negative impact".**

The Dutch have not ma
coverings in public - de



**The Netherlands's top scientists still believe there is no**
**medical evidence to support wearing face masks** Credit: AFP

The nation's top scientists have concluded there is no
firm evidence to make people wear masks.

This is despite the fact the Netherlands has seen an
alarming spike in <u>coronavirus</u> cases since restrictions
were eased.

**Exhibit O**
**070**

However, the country's top scientists still believe there is no medical evidence to support wearing face masks - even though 120 countries across the globe have made them mandatory in public.



**There has been a spike in coronavirus cases in Netherlands in the last week, as seen across Europe** Credit: AFP



**Exhibit O**
**071**



**Boris Johnson announced that from August 8, Brits will have to wear coverings in cinemas, museums and galleries**
Credit: Crown Copyright

Dutch Medical Care Minister Tamara van Ark said: "From a medical point of view, there is no evidence of a medical effect of wearing face masks, so we decided not to impose a national obligation."

Coen Berends, spokesman for the National Institute for Public Health and the Environment, added: "Face masks in public places are not necessary, based on all the current evidence,

"There is no benefit and there may even be negative impact."

Holland's position is based on assessments by the Outbreak Management Team, a group of experts advising the government.

It first ruled against masks in May and has re-evaluated the evidence several times, including again last week.

However Dutch residents must still wear face coverings on public transport.

## 'EVIDENCE IS CONTRADICTORY'

Christian Hoebe, a professor of infectious diseases in Maastricht and member of the advisory team, said: "Face masks should not be seen as a magic bullet that halts the spread.

"The evidence for them is contradictory. In general, we

**Exhibit O**
**072**

It puts the Netherlands at odds with most other countries in the world.

Even US President Donald Trump has since done an about-turn and urged Americans to wear face masks, saying it was "patriotic" to do so (after previously mocking Joe Biden for wearing one).

In the England, face masks have been compulsory on public transport from June 15 and in shops and supermarkets from July 24.

From August 8 they will also be required in places you come into "contact with people you do not normally meet, such as museums, galleries, cinemas and places of worship".

## MOST READ IN UK NEWS







**HUNT FOR MONSTER**
Pensioner, 84, fighting for his life after being beaten outside…

**SINK OR SWIN**
Swindon faces lockdown as it has highest coronavirus rate in south England

**FILM STAR DEAD**
Star Trek and Chariots of Fire actor Ben Cross dies, aged 72

The science around wearing a face covering has changed during the pandemic.

At the outset, the World Health Organisation said healthy people did not need to wear a mask, unless they were caring for someone who was sick.

**Exhibit O**
**073**

Finally, in June, the WHO said they should be worn in public places where social distancing is not possible to help stop the spread of coronavirus.

0:00

**Boris Johnson tells Brits to wear face masks, with police given more powers to enforce as rules extended amid fears of coronavirus second wave**

4

**US President Donald Trump has done an about-turn and urged Americans to wear face masks, saying it was "patriotic"** Credit: Reuters

**Exhibit O**
**074**

# Exhibit P

FINANCE

S&P 500 hits a new record, erasing last of pandemic losses

FINANCE

Here's what could happen to stock markets if the Trump-Biden election results are contested

HEALTH · CORONAVIRUS

## FORTUNE

SEARCH    SIGN IN    Subscribe Now

Sweden's top virus expert says as he touts the country's improving COVID numbers

BY **CHARLES DALY** AND **BLOOMBERG**

July 29, 2020 2:41 AM PDT

YOU MUST CONSENT TO ADVERTISING TAGS BEFORE VIEWING THIS VIDEO. CHANGE YOUR PREFERENCES

*Subscribe to Outbreak, a daily roundup of stories on the coronavirus pandemic and its impact on global business, delivered free to your inbox.*



Exhibit P
075

As other countries face renewed outbreaks, Sweden's latest Covid-19 figures suggest it's rapidly bringing the virus under control.

"That Sweden has come down to these levels is very promising," state epidemiologist Anders Tegnell told reporters in Stockholm on Tuesday.

The Health Agency of Sweden says that since hitting a peak in late June, the infection rate has fallen sharply. That's amid an increase in testing over the period. "The curves are going down and the curves for the seriously ill are beginning to approach zero," Tegnell said.

The development follows months of controversy over Sweden's decision to avoid a full lockdown. The unusual strategy coincided with a much higher Covid-19 mortality rate than elsewhere in the Nordic region. Per 100,000, Swedish deaths even exceeded those in the U.S. and Brazil.

On Tuesday, Sweden reported two new deaths, bringing the total to 5,702.

# Masks

Tegnell also broached the subject of face masks, which the World Health Organization recommends people use when social distancing isn't possible.

"With numbers diminishing very quickly in Sweden, we see no point in wearing a face mask in Sweden, not even on public transport," he said.

Tegnell has consistently argued that Sweden's approach is more sustainable than the sudden lockdowns imposed elsewhere. With the risk that Covid-19 might be around for years, he says completely shutting down society isn't a long-term option.

Meanwhile, many countries that thought they'd brought the virus under control are now seeing second waves. Tegnell called those developments "worrying."

"The positive trend is reversing, with an increase in the number of cases in Spain, Romania and Belgium, among others," he said.

# More coronavirus coverage from Fortune:

- Rent and mortgage relief: How to find out if you're eligible for new programs in your area
- Primary care doctors seek overhaul in how they're paid amid pandemic cuts and losses
- Bars are fighting to stay in compliance with their states' changing regulations

Exhibit P
076

Exhibit Q


Centers for Disease
Control and Prevention

# Nonpharmaceutical Interventions (NPIs)

# Research References

CDC uses findings from nonpharmaceutical intervention (NPI) research to ensure that our guidance and recommendations are based on scientific evidence. CDC conducts and supports research to understand the feasibility, effectiveness, and secondary effects of implementing NPIs during a flu pandemic.

The following references represent a select subset of scientific articles by CDC and other researchers that contribute to the NPI body of literature. These references describe the use of NPIs as a public health strategy during a flu pandemic, and provide evidence-based information about the effectiveness of NPIs in slowing the spread of seasonal or pandemic flu. The research also presents NPI implementation issues (i), including secondary effects, that may require advance planning and preparation.

The references are listed by topic area, in alphabetical order by first author's last name.

## Personal NPIs

Personal NPIs for Everyday Use (voluntary home isolation, respiratory etiquette, hand hygiene)　　　　　+

Personal NPIs for Use During a Pandemic (voluntary home quarantine, use of face masks)　　　　　−

Aburto NJ, Pevzner E, Lopez-Ridaura R, et al. Knowledge and adoption of community mitigation efforts in Mexico during the 2009 H1N1 pandemic. Am J Prev Med. 2010; 39(5), 395-402.

Aiello AE, Murray GF, Perez V, et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. J Infect Dis. 2010;201:491-8.

Aiello AE, Perez V, Coulborn RM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. PLoS One. 2012;7(1):e29744.

Bin-Reza F, Lopez VC, Nicoll A, Chamberland ME. The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence. Influenza Other Respir Viruses. 2012;6:257-67.

Canini L, Andreoletti L, Ferrari P, et al. Surgical mask to prevent influenza transmission in households: a cluster randomized trial. PLoS One. 2010;5(11):e13998.

CowlingBJ, Chan KH, Fang VJ, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med. 2009;151:437-46.

Cowling BJ, Fung RO, Cheng CK, et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. PLoS One. 2008;3(5):e2101.

Cowling BJ, Zhou Y, Ip DKM, Leung GM, Aiello AE. Face masks to prevent influenza transmission: a systematic review. Epidemiol Infect. 2010;138:449-56.

Davies A, Thompson KA, Giri K, Kafatos G, Walker J, Bennett A. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep. 2013;7:413-8.

Johnson DF, Druce JD, Birch C, Grayson ML. A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection. Clin Infect Dis. 2009;49:275-7.

Kavanagh AM, Bentley RJ, Mason KE, et al. Sources, perceived usefulness and understanding of information disseminated to families who entered home quarantine during the H1N1 pandemic in Victoria, Australia: a cross-sectional study. BMC Infect Dis. 2011;11:2. (i)

**Exhibit Q
077**

Lai AC, Poon CK, Cheung AC. Effectiveness of facemasks to reduce exposure hazards for airborne infections among general populations. J R Soc Interface. 2012;9:938-48. ⬚

Li X, Geng W, Tian H, Lai D. Was mandatory quarantine necessary in China for controlling the 2009 H1N1 pandemic? Int J Environ Res Public Health. 2013;10:4690-700. ⬚

Li Y, Guo YP, Wong KC, Chung WY, Gohel MD, Leung HM. Transmission of communicable respiratory infections and facemasks. J Multidiscip Healthc. 2008;1:17-27. ⬚

MacIntyre CR, Chughtai AA. Facemasks for the prevention of infection in healthcare and community settings. BMJ. 2015;350:h694. ⬚

Milton DK, Fabian MP, Cowling BJ, Grantham ML, McDevitt JJ. Influenza virus aerosols in human exhaled breath: particle size, culturability, and effect of surgical masks. PLoS Pathog. 2013;9(3):e1003205. ⬚

*NEW* – Peak, C. M., et al. (2017). "Comparing nonpharmaceutical interventions for containing emerging epidemics." Proceedings of the National Academy of Sciences of the United States of America 114(15): 4023-4028. ⬚

Rothstein MA, Talbott MK. Encouraging compliance with quarantine: a proposal to provide job security and income replacement. Am J Public Health. 2007;97 Suppl 1:S49-56. (i) ⬚

Sim SW, Moey KS, Tan NC. The use of facemasks to prevent respiratory infection: a literature review in the context of the Health Belief Model. Singapore Med J. 2014;55:160-7. (i) ⬚

Simmerman JM, Suntarattiwong P, Levy J, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. Influenza Other Respir Viruses. 2011;5:256-67. ⬚

Suess T, Remschmidt C, Schink SB, et al. The role of facemasks and hand hygiene in the prevention of influenza transmission in households: results from a cluster randomized trial; Berlin, Germany, 2009-2011. BMC Infect Dis. 2012;12:26. ⬚

Tognotti E. Lessons from the history of quarantine, from plague to influenza A. Emerg Infect Dis. 2013;19:254-9. ⬚

*NEW* – Tuohetamu, S., et al. (2017). "The knowledge, attitudes and practices on influenza among medical college students in Northwest China." Human vaccines & Immunotherapeutics 13(7): 1688-1692. ⬚

Wada K, Oka-Ezoe K, Smith DR. Wearing face masks in public during the influenza season may reflect other positive hygiene practices in Japan. BMC Public Health. 2012;12:1065. (i) ⬚

# Community NPIs

| Influenza in School-aged Children in the Community | + |
| --- | --- |
| Effect of School Closures on Influenza Transmission in Schools and Communities | + |
| Social Distancing (general principles) | + |
| Workplaces and Influenza | + |
| Mass Gatherings and Influenza | + |
| Communications | + |

# Environmental Hygiene and Influenza Prevention

**Exhibit Q 078**

Exhibit R

# Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings— Personal Protective and Environmental Measures

Jingyi Xiao,[1] Eunice Y. C. Shiu,[1] Huizhi Gao, Jessica Y. Wong, Min W. Fong, Sukhyun Ryu, Benjamin J. Cowling

There were 3 influenza pandemics in the 20th century, and there has been 1 so far in the 21st century. Local, national, and international health authorities regularly update their plans for mitigating the next influenza pandemic in light of the latest available evidence on the effectiveness of various control measures in reducing transmission. Here, we review the evidence base on the effectiveness of nonpharmaceutical personal protective measures and environmental hygiene measures in nonhealthcare settings and discuss their potential inclusion in pandemic plans. Although mechanistic studies support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza. We similarly found limited evidence on the effectiveness of improved hygiene and environmental cleaning. We identified several major knowledge gaps requiring further research, most fundamentally an improved characterization of the modes of person-to-person transmission.

Influenza pandemics occur at irregular intervals when new strains of influenza A virus spread in humans (1). Influenza pandemics cause considerable health and social impact that exceeds that of typical seasonal (interpandemic) influenza epidemics. One of the characteristics of influenza pandemics is the high incidence of infections in all age groups because of the lack of population immunity. Although influenza vaccines are the cornerstone of seasonal influenza control, specific vaccines for a novel pandemic strain are not expected to be available for the first 5–6 months of the next pandemic. Antiviral drugs will be available in some locations to treat more severe infections but are unlikely to be available in the

quantities that might be required to control transmission in the general community. Thus, efforts to control the next pandemic will rely largely on nonpharmaceutical interventions.

Most influenza virus infections cause mild and self-limiting disease; only a small fraction of case-patients require hospitalization. Therefore, influenza virus infections spread mainly in the community. Influenza virus is believed to be transmitted predominantly by respiratory droplets, but the size distribution of particles responsible for transmission remains unclear, and in particular, there is a lack of consensus on the role of fine particle aerosols in transmission (2,3). In healthcare settings, droplet precautions are recommended in addition to standard precautions for healthcare personnel when interacting with influenza patients and for all visitors during influenza seasons (4). Outside healthcare settings, hand hygiene is recommended in most national pandemic plans (5), and medical face masks were a common sight during the influenza pandemic in 2009. Hand hygiene has been proven to prevent many infectious diseases and might be considered a major component in influenza pandemic plans, whether or not it has proven effectiveness against influenza virus transmission, specifically because of its potential to reduce other infections and thereby reduce pressure on healthcare services.

In this article, we review the evidence base for personal protective measures and environmental hygiene measures, and specifically the evidence for the effectiveness of these measures in reducing transmission of laboratory-confirmed influenza in the community. We also discuss the implications of the evidence base for inclusion of these measures in pandemic plans.

Author affiliation: University of Hong Kong, Hong Kong, China

DOI: https://doi.org/10.3201/eid2605.190994

[1]These first authors contributed equally to this article.

**Exhibit R**
**079**

## Methods and Results

We conducted systematic reviews to evaluate the effectiveness of personal protective measures on influenza virus transmission, including hand hygiene, respiratory etiquette, and face masks, and a systematic review of surface and object cleaning as an environmental measure (Table 1). We searched 4 databases (Medline, PubMed, EMBASE, and CENTRAL) for literature in all languages. We aimed to identify randomized controlled trials (RCTs) of each measure for laboratory-confirmed influenza outcomes for each of the measures because RCTs provide the highest quality of evidence. For respiratory etiquette and surface and object cleaning, because of a lack of RCTs for laboratory-confirmed influenza, we also searched for RCTs reporting effects of these interventions on influenza-like illness (ILI) and respiratory illness outcomes and then for observational studies on laboratory-confirmed influenza, ILI, and respiratory illness outcomes. For each review, 2 authors (E.Y.C.S. and J.X.) screened titles and abstracts and reviewed full texts independently.

We performed meta-analysis for hand hygiene and face mask interventions and estimated the effect of these measures on laboratory-confirmed influenza prevention by risk ratios (RRs). We used a fixed-effects model to estimate the overall effect in a pooled analysis or subgroup analysis. No overall effect would be generated if there was considerable heterogeneity on the basis of $I^2$ statistic $\geq$75% (6). We performed quality assessment of evidence on hand hygiene and face mask interventions by using the GRADE (Grading of Recommendations Assessment, Development and Evaluation) approach (7). We provide additional details of the search strategies, selection of articles, summaries of the selected articles, and quality assessment (Appendix, https://wwwnc.cdc.gov/EID/article/26/5/19-0994-App1.pdf).

### Personal Protective Measures

#### Hand Hygiene

We identified a recent systematic review by Wong et al. on RCTs designed to assess the efficacy of hand hygiene interventions against transmission of laboratory-confirmed influenza (8). We used this review as a starting point and then searched for additional literature published after 2013; we found 3 additional eligible articles published during the search period of January 1, 2013–August 13, 2018. In total, we identified 12 articles (9–20), of which 3 articles were from the updated search and 9 articles from Wong et al. (8). Two articles relied on the same underlying dataset (16,19); therefore, we counted these 2 articles as 1 study, which resulted in 11 RCTs. We further selected 10 studies with >10,000 participants for inclusion in the meta-analysis (Figure 1). We excluded 1 study from the meta-analysis because it provided estimates of infection risks only at the household level, not the individual level (20). We did not generate an overall pooled effect of hand hygiene only or of hand hygiene with or without face mask because of high heterogeneity in individual estimates ($I^2$ 87 and 82%, respectively). The effect of hand hygiene combined with face masks on laboratory-confirmed influenza was not statistically significant (RR 0.91, 95% CI 0.73–1.13; $I^2$ = 35%, p = 0.39). Some studies reported being underpowered because of limited sample size, and low adherence to hand hygiene interventions was observed in some studies.

We further analyzed the effect of hand hygiene by setting because transmission routes might vary

| Types of interventions | No. studies identified | Study designs included† | Main findings |
|---|---|---|---|
| Hand hygiene | 12 | RCT | The evidence from RCTs suggested that hand hygiene interventions do not have a substantial effect on influenza transmission. |
| Respiratory etiquette | 0 | NA | We did not identify research evaluating the effectiveness of respiratory etiquette on influenza transmission. |
| Face masks | 10 | RCT | The evidence from RCTs suggested that the use of face masks either by infected persons or by uninfected persons does not have a substantial effect on influenza transmission. |
| Surface and object cleaning | 3 | RCT, observational studies | There was a limited amount of evidence suggesting that surface and object cleaning does not have a substantial effect on influenza transmission. |

Table 1. Summary of literature searches for systematic review on personal and environmental nonpharmaceutical interventions for pandemic influenza*

*NA, not available; RCT randomized controlled trial.
†In these systematic reviews, we prioritized RCTs, and only considered observational studies if there were a small number of RCTs. Our rationale was that with evidence from a larger number of RCTs, additional evidence from observational studies would be unlikely to change overall conclusions.

**Exhibit R**
**080**



**Figure 1.** Meta-analysis of risk ratios for the effect of hand hygiene with or without face mask use on laboratory-confirmed influenza from 10 randomized controlled trials with >11,000 participants. A) Hand hygiene alone; B) hand hygiene and face mask; C) hand hygiene with or without face mask. Pooled estimates were not made if there was high heterogeneity ($I^2 \geq 75\%$). Squares indicate risk ratio for each of the included studies, horizontal line indicates 95% CIs, dashed vertical line indicates pooled estimation of risk ratio, and diamond indicates pooled estimation of risk ratio. Diamond width corresponds to the 95% CI.

in different settings. We found 6 studies in household settings examining the effect of hand hygiene with or without face masks, but the overall pooled effect was not statistically significant (RR 1.05, 95% CI 0.86–1.27; $I^2 = 57\%$, p = 0.65) (Appendix Figure 4) (11–15,17). The findings of 2 studies in school settings were different (Appendix Figure 5). A study conducted in the United States (16) showed no major effect of hand hygiene, whereas a study in Egypt (18) reported that hand hygiene reduced the risk for influenza by >50%. A pooled analysis of 2 studies in university residential halls reported a marginally significant protective effect of a combination of hand hygiene plus face masks worn by all residents (RR 0.48, 95% CI 0.21–1.08; $I^2 = 0\%$, p = 0.08) (Appendix Figure 6) (9,10).

In support of hand hygiene as an effective measure, experimental studies have reported that

influenza virus could survive on human hands for a short time and could transmit between hands and contaminated surfaces (2,21). Some field studies reported that influenza A(H1N1)pdm09 and influenza A(H3N2) virus RNA and viable influenza virus could be detected on the hands of persons with laboratory-confirmed influenza (22,23), supporting the potential of direct and indirect contact transmission to play a role in the spread of influenza. Other experimental studies also demonstrated that hand hygiene could reduce or remove infectious influenza virus from human hands (24,25). However, results from our meta-analysis on RCTs did not provide evidence to support a protective effect of hand hygiene against transmission of laboratory-confirmed influenza. One study did report a major effect, but in this trial of hand hygiene in schools in Egypt, running water had to be installed and soap and hand-drying

**Exhibit R 081**

material had to be introduced into the intervention schools as part of the project (*18*). Therefore, the impact of hand hygiene might also be a reflection of the introduction of soap and running water into primary schools in a lower-income setting. If one considers all of the evidence from RCTs together, it is useful to note that some studies might have underestimated the true effect of hand hygiene because of the complexity of implementing these intervention studies. For instance, the control group would not typically have zero knowledge or use of hand hygiene, and the intervention group might not adhere to optimal hand hygiene practices (*11,13,15*).

Hand hygiene is also effective in preventing other infectious diseases, including diarrheal diseases and some respiratory diseases (*8,26*). The need for hand hygiene in disease prevention is well recognized among most communities. Hand hygiene has been accepted as a personal protective measure in >50% of national preparedness plans for pandemic influenza (*5*). Hand hygiene practice is commonly performed with soap and water, alcohol-based hand rub, or other waterless hand disinfectants, all of which are easily accessible, available, affordable, and well accepted in most communities. However, resource limitations in some areas are a concern when clean running water or alcohol-based hand rub are not available. There are few adverse effects of hand hygiene except for skin irritation caused by some hand hygiene products (*27*). However, because of certain social or religious practices, alcohol-based hand sanitizers might not be permitted in some locations (*28*). Compliance with proper hand hygiene practice tends to be low because habitual behaviors are difficult to change (*29*). Therefore, hand hygiene promotion programs are needed to advocate and encourage proper and effective hand hygiene.

### Respiratory Etiquette

Respiratory etiquette is defined as covering the nose and mouth with a tissue or a mask (but not a hand) when coughing or sneezing, followed by proper disposal of used tissues, and proper hand hygiene after contact with respiratory secretions (*30*). Other descriptions of this measure have included turning the head and covering the mouth when coughing and coughing or sneezing into a sleeve or elbow, rather than a hand. The rationale for not coughing into hands is to prevent subsequent contamination of other surfaces or objects (*31*). We conducted a search on November 6, 2018, and identified literature that was available in the databases during 1946–November 5, 2018. We did not identify any published research on

the effectiveness of respiratory etiquette in reducing the risk for laboratory-confirmed influenza or ILI. One observational study reported a similar incidence rate of self-reported respiratory illness (defined by >1 symptoms: cough, congestion, sore throat, sneezing, or breathing problems) among US pilgrims with or without practicing respiratory etiquette during the Hajj (*32*). The authors did not specify the type of respiratory etiquette used by participants in the study. A laboratory-based study reported that common respiratory etiquette, including covering the mouth by hands, tissue, or sleeve/arm, was fairly ineffective in blocking the release and dispersion of droplets into the surrounding environment on the basis of measurement of emitted droplets with a laser diffraction system (*31*).

Respiratory etiquette is often listed as a preventive measure for respiratory infections. However, there is a lack of scientific evidence to support this measure. Whether respiratory etiquette is an effective nonpharmaceutical intervention in preventing influenza virus transmission remains questionable, and worthy of further research.

### Face Masks

In our systematic review, we identified 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018. In pooled analysis, we found no significant reduction in influenza transmission with the use of face masks (RR 0.78, 95% CI 0.51–1.20; $I^2$ = 30%, p = 0.25) (Figure 2). One study evaluated the use of masks among pilgrims from Australia during the Hajj pilgrimage and reported no major difference in the risk for laboratory-confirmed influenza virus infection in the control or mask group (*33*). Two studies in university settings assessed the effectiveness of face masks for primary protection by monitoring the incidence of laboratory-confirmed influenza among student hall residents for 5 months (*9,10*). The overall reduction in ILI or laboratory-confirmed influenza cases in the face mask group was not significant in either studies (*9,10*). Study designs in the 7 household studies were slightly different: 1 study provided face masks and P2 respirators for household contacts only (*34*), another study evaluated face mask use as a source control for infected persons only (*35*), and the remaining studies provided masks for the infected persons as well as their close contacts (*11–13,15,17*). None of the household studies reported a significant reduction in secondary laboratory-confirmed influenza virus infections in the face

**Exhibit R**

**082**





**Figure 2.** Meta-analysis of risk ratios for the effect of face mask use with or without enhanced hand hygiene on laboratory-confirmed influenza from 10 randomized controlled trials with >6,500 participants. A) Face mask use alone; B) face mask and hand hygiene; C) face mask with or without hand hygiene. Pooled estimates were not made if there was high heterogeneity ($I^2 \geq 75\%$). Squares indicate risk ratio for each of the included studies, horizontal lines indicate 95% CIs, dashed vertical lines indicate pooled estimation of risk ratio, and diamonds indicate pooled estimation of risk ratio. Diamond width corresponds to the 95% CI.

mask group (11–13,15,17,34,35). Most studies were underpowered because of limited sample size, and some studies also reported suboptimal adherence in the face mask group.

Disposable medical masks (also known as surgical masks) are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids (36). There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure. Our systematic review found no significant effect of face masks on transmission of laboratory-confirmed influenza.

We did not consider the use of respirators in the community. Respirators are tight-fitting masks that can protect the wearer from fine particles (37) and should provide better protection against influenza virus exposures when properly worn because of higher filtration efficiency. However, respirators, such as N95 and P2 masks, work best when they are fit-tested, and these masks will be in limited supply during the next pandemic. These specialist devices should be reserved for use in healthcare settings or in special subpopulations such as immunocompromised persons in the community, first responders, and those performing other critical community functions, as supplies permit.

In lower-income settings, it is more likely that reusable cloth masks will be used rather than

**Exhibit R**

**083**

disposable medical masks because of cost and availability (38). There are still few uncertainties in the practice of face mask use, such as who should wear the mask and how long it should be used for. In theory, transmission should be reduced the most if both infected members and other contacts wear masks, but compliance in uninfected close contacts could be a problem (12,34). Proper use of face masks is essential because improper use might increase the risk for transmission (39). Thus, education on the proper use and disposal of used face masks, including hand hygiene, is also needed.

### Environmental Measures

#### Surface and Object Cleaning
For the search period from 1946 through October 14, 2018, we identified 2 RCTs and 1 observational study about surface and object cleaning measures for inclusion in our systematic review (40–42). One RCT conducted in day care nurseries found that biweekly cleaning and disinfection of toys and linen reduced the detection of multiple viruses, including adenovirus, rhinovirus, and respiratory syncytial virus in the environment, but this intervention was not significant in reducing detection of influenza virus, and it had no major protective effect on acute respiratory illness (41). Another RCT found that hand hygiene with hand sanitizer together with surface disinfection reduced absenteeism related to gastrointestinal illness in elementary schools, but there was no major reduction in absenteeism related to respiratory illness (42). A cross-sectional study found that passive contact with bleach was associated with a major increase in self-reported influenza (40).

Given that influenza virus can survive on some surfaces for prolonged periods (43), and that cleaning or disinfection procedures can effectively reduce or inactivate influenza virus from surfaces and objects in experimental studies (44), there is a theoretical basis to believe that environmental cleaning could reduce influenza transmission. As an illustration of this proposal, a modeling study estimated that cleaning of extensively touched surfaces could reduce influenza A infection by 2% (45). However, most studies of influenza virus in the environment are based on detection of virus RNA by PCR, and few studies reported detection of viable virus.

Although we found no evidence that surface and object cleaning could reduce influenza transmission, this measure does have an established impact on prevention of other infectious diseases (42).

It should be feasible to implement this measure in most settings, subject to the availability of water and cleaning products. Although irritation caused by cleaning products is limited, safety remains a concern because some cleaning products can be toxic or cause allergies (40).

### Discussion
In this review, we did not find evidence to support a protective effect of personal protective measures or environmental measures in reducing influenza transmission. Although these measures have mechanistic support based on our knowledge of how influenza is transmitted from person to person, randomized trials of hand hygiene and face masks have not demonstrated protection against laboratory-confirmed influenza, with 1 exception (18). We identified only 2 RCTs on environmental cleaning and no RCTs on cough etiquette.

Hand hygiene is a widely used intervention and has been shown to effectively reduce the transmission of gastrointestinal infections and respiratory infections (26). However, in our systematic review, updating the findings of Wong et al. (8), we did not find evidence of a major effect of hand hygiene on laboratory-confirmed influenza virus transmission (Figure 1). Nevertheless, hand hygiene might be included in influenza pandemic plans as part of general hygiene and infection prevention.

We did not find evidence that surgical-type face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility (Figure 2). However, as with hand hygiene, face masks might be able to reduce the transmission of other infections and therefore have value in an influenza pandemic when healthcare resources are stretched.

It is essential to note that the mechanisms of person-to-person transmission in the community have not been fully determined. Controversy remains over the role of transmission through fine-particle aerosols (3,46). Transmission by indirect contact requires transfer of viable virus from respiratory mucosa onto hands and other surfaces, survival on those surfaces, and successful inoculation into the respiratory mucosa of another person. All of these components of the transmission route have not been studied extensively. The impact of environmental factors, such as temperature and humidity, on influenza transmission is also uncertain (47). These uncertainties over basic transmission modes and mechanisms hinder the optimization of control measures.

**Exhibit R**
**084**

**Table 2.** Knowledge gaps for personal protective and environmental nonpharmaceutical interventions for pandemic influenza*

| Intervention | Knowledge gaps | Suggested studies |
|---|---|---|
| Hand hygiene | There are major gaps in our knowledge of the mechanisms of person-to-person transmission of influenza, including the role of direct and indirect contact, the degree of viral contamination on hands and various types of surfaces in different settings, and the potential for contact transmission to occur in different locations and under different environmental conditions. There is little information on whether greater reductions in transmission could be possible with combinations of personal intervention (e.g., isolation away from family members as much as possible, plus using face masks and enhancing hand hygiene). | Additional high-quality RCTs of efficacy of hand hygiene against laboratory-confirmed influenza in other nonhealthcare settings, except households and university residential halls, would be valuable. In particular, studies in school settings are needed to solve the discrepancy between the two studies from the United States and Egypt. |
| Respiratory etiquette | There is no evidence about the quantitative effectiveness of respiratory etiquette against influenza virus. | RCTs of interventions to demonstrate the effectiveness of respiratory etiquette in reducing influenza transmission would be valuable. |
| Face mask | There are major gaps in our knowledge of the mechanisms of person-to-person transmission of influenza, including the importance of transmission through droplets of different sizes including small particle aerosols, and the potential for droplet and aerosol transmission to occur in different locations and with environmental conditions. | Additional high-quality RCTs of efficacy of face masks against laboratory-confirmed influenza would be valuable. Effectiveness of face masks or respirator use to prevent influenza prevention in special subpopulation, such as immunocompromised persons, would be valuable. |
| Surface and object cleaning | The effectiveness of different cleaning products in preventing influenza transmission–in terms of cleaning frequency, cleaning dosage, cleaning time point, and cleaning targeted surface and object material– remains unknown. | RCTs of interventions to demonstrate the effectiveness of surface and object cleaning in reducing influenza transmission would be valuable. Studies that can demonstrate the reduction of environmental detection of influenza virus through cleaning of surfaces and objects would also be valuable. |

*RCT, randomized control trial.

In this review, we focused on 3 personal protective measures and 1 environmental measure. Other potential environmental measures include humidification in dry environments (*48*), increasing ventilation (*49*), and use of upper-room UV light (*50*), but there is limited evidence to support these measures. Further investigations on the effectiveness of respiratory etiquette and surface cleaning through conducting RCTs would be helpful to provide evidence with higher quality; evaluation of the effectiveness of these measures targeting specific population groups, such as immunocompromised persons, would also be beneficial (Table 2). Future cost-effectiveness evaluations could provide more support for the potential use of these measures. Further research on transmission modes and alternative interventions to reduce influenza transmission would be valuable in improving pandemic preparedness. Finally, although our review focused on nonpharmaceutical measures to be taken during influenza pandemics, the findings could also apply to severe seasonal influenza epidemics. Evidence from RCTs of hand hygiene or face masks did not support a substantial effect on transmission of laboratory-confirmed influenza, and limited evidence was available on other environmental measures.

This study was conducted in preparation for the development of guidelines by the World Health Organization on the use of nonpharmaceutical interventions for pandemic influenza in nonmedical settings.

This study was supported by the World Health Organization. J.X. and M.W.F. were supported by the Collaborative Research Fund from the University Grants Committee of Hong Kong (project no. C7025-16G).

**About the Author**

Ms. Xiao is a postgraduate student at the School of Public Health, University of Hong Kong, Hong Kong, China. Her primary research interests are influenza epidemiology and the dynamics of person-to-person transmission.

**References**

1. Uyeki TM, Katz JM, Jernigan DB. Novel influenza A viruses and pandemic threats. Lancet. 2017;389:2172–4. https://doi.org/10.1016/S0140-6736(17)31274-6
2. Bean B, Moore BM, Sterner B, Peterson LR, Gerding DN, Balfour HH Jr. Survival of influenza viruses on environmental surfaces. J Infect Dis. 1982;146:47–51. https://doi.org/10.1093/infdis/146.1.47
3. Tellier R. Aerosol transmission of influenza A virus: a review of new studies. J R Soc Interface. 2009;6(Suppl 6):S783–90. https://doi.org/10.1098/rsif.2009.0302.focus

**Exhibit R 085**

4. Siegel JD, Rhinehart E, Jackson M, Chiarello L; Health Care Infection Control Practices Advisory Committee. 2007 guideline for isolation precautions: preventing transmission of infectious agents in health care settings: Atlanta: Centers for Disease Control and Prevention; 2007.

5. World Health Organization. Comparative analysis of national pandemic influenza preparedness plans, 2011 [cited 2019 Jun 25]. https://www.who.int/influenza/resources/documents/comparative_analysis_php_2011_en.pdf

6. Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al.; GRADE Working Group. GRADE guidelines: 7. Rating the quality of evidence—inconsistency. J Clin Epidemiol. 2011;64:1294–302. https://doi.org/10.1016/j.jclinepi.2011.03.017

7. Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol. 2011;64:383–94. https://doi.org/10.1016/j.jclinepi.2010.04.026

8. Wong VW, Cowling BJ, Aiello AE. Hand hygiene and risk of influenza virus infections in the community: a systematic review and meta-analysis. Epidemiol Infect. 2014;142:922–32. https://doi.org/10.1017/S095026881400003X

9. Aiello AE, Murray GF, Perez V, Coulborn RM, Davis BM, Uddin M, et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. J Infect Dis. 2010;201:491–8. https://doi.org/10.1086/650396

10. Aiello AE, Perez V, Coulborn RM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. PLoS One. 2012;7:e29744. https://doi.org/10.1371/journal.pone.0029744

11. Cowling BJ, Chan KH, Fang VJ, Cheng CK, Fung RO, Wai W, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med. 2009;151:437–46. https://doi.org/10.7326/0003-4819-151-7-200910060-00142

12. Cowling BJ, Fung RO, Cheng CK, Fang VJ, Chan KH, Seto WH, et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. PLoS One. 2008;3:e2101. https://doi.org/10.1371/journal.pone.0002101

13. Larson EL, Ferng YH, Wong-McLoughlin J, Wang S, Haber M, Morse SS. Impact of non-pharmaceutical interventions on URIs and influenza in crowded, urban households. Public Health Rep. 2010;125:178–91. https://doi.org/10.1177/003335491012500206

14. Ram PK, DiVita MA, Khatun-e-Jannat K, Islam M, Krytus K, Cercone E, et al. Impact of intensive handwashing promotion on secondary household influenza-like illness in rural bangladesh: findings from a randomized controlled trial. PLoS One. 2015;10:e0125200. https://doi.org/10.1371/journal.pone.0125200

15. Simmerman JM, Suntarattiwong P, Levy J, Jarman RG, Kaewchana S, Gibbons RV, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. Influenza Other Respir Viruses. 2011;5:256–67. https://doi.org/10.1111/j.1750-2659.2011.00205.x

16. Stebbins S, Cummings DA, Stark JH, Vukotich C, Mitruka K, Thompson W, et al. Reduction in the incidence of influenza A but not influenza B associated with use of hand sanitizer and cough hygiene in schools: a randomized controlled trial. Pediatr Infect Dis J. 2011;30:921–6. https://doi.org/10.1097/INF.0b013e3182218656

17. Suess T, Remschmidt C, Schink SB, Schweiger B, Nitsche A, Schroeder K, et al. The role of facemasks and hand hygiene in the prevention of influenza transmission in households: results from a cluster randomised trial; Berlin, Germany, 2009–2011. BMC Infect Dis. 2012;12:26. https://doi.org/10.1186/1471-2334-12-26

18. Talaat M, Afifi S, Dueger E, El-Ashry N, Marfin A, Kandeel A, et al. Effects of hand hygiene campaigns on incidence of laboratory-confirmed influenza and absenteeism in schoolchildren, Cairo, Egypt. Emerg Infect Dis. 2011;17:619–25. https://doi.org/10.3201/eid1704.101353

19. Azman AS, Stark JH, Althouse BM, Vukotich CJ Jr, Stebbins S, Burke DS, et al. Household transmission of influenza A and B in a school-based study of non-pharmaceutical interventions. Epidemics. 2013;5:181–6. https://doi.org/10.1016/j.epidem.2013.09.001

20. Levy JW, Suntarattiwong P, Simmerman JM, Jarman RG, Johnson K, Olsen SJ, et al. Increased hand washing reduces influenza virus surface contamination in Bangkok households, 2009–2010. Influenza Other Respir Viruses. 2014;8:13–6. https://doi.org/10.1111/irv.12204

21. Mukherjee DV, Cohen B, Bovino ME, Desai S, Whittier S, Larson EL. Survival of influenza virus on hands and fomites in community and laboratory settings. Am J Infect Control. 2012;40:590–4. https://doi.org/10.1016/j.ajic.2011.09.006

22. Macias AE, de la Torre A, Moreno-Espinosa S, Leal PE, Bourlon MT, Ruiz-Palacios GM. Controlling the novel A (H1N1) influenza virus: don't touch your face! J Hosp Infect. 2009;73:280–1. https://doi.org/10.1016/j.jhin.2009.06.017

23. Simmerman JM, Suntarattiwong P, Levy J, Gibbons RV, Cruz C, Shaman J, et al. Influenza virus contamination of common household surfaces during the 2009 influenza A (H1N1) pandemic in Bangkok, Thailand: implications for contact transmission. Clin Infect Dis. 2010;51:1053–61. https://doi.org/10.1086/656581

24. Grayson ML, Melvani S, Druce J, Barr IG, Ballard SA, Johnson PD, et al. Efficacy of soap and water and alcohol-based hand-rub preparations against live H1N1 influenza virus on the hands of human volunteers. Clin Infect Dis. 2009;48:285–91. https://doi.org/10.1086/595845

25. Larson EL, Cohen B, Baxter KA. Analysis of alcohol-based hand sanitizer delivery systems: efficacy of foam, gel, and wipes against influenza A (H1N1) virus on hands. Am J Infect Control. 2012;40:806–9. https://doi.org/10.1016/j.ajic.2011.10.016

26. Aiello AE, Coulborn RM, Perez V, Larson EL. Effect of hand hygiene on infectious disease risk in the community setting: a meta-analysis. Am J Public Health. 2008;98:1372–81. https://doi.org/10.2105/AJPH.2007.124610

27. Löffler H, Kampf G. Hand disinfection: how irritant are alcohols? J Hosp Infect. 2008;70(Suppl 1):44–8. https://doi.org/10.1016/S0195-6701(08)60010-9

28. Ahmed QA, Memish ZA, Allegranzi B, Pittet D; WHO Global Patient Safety Challenge. Muslim health-care workers and alcohol-based handrubs. Lancet. 2006;367:1025–7. https://doi.org/10.1016/S0140-6736(06)68431-6

29. Pittet D. Improving adherence to hand hygiene practice: a multidisciplinary approach. Emerg Infect Dis. 2001;7:234–40. https://doi.org/10.3201/eid0702.010217

30. Centers for Disease Control and Prevention. Respiratory hygiene/cough etiquette in healthcare settings, 2009 [cited 2019 Jul 8]. https://www.cdc.gov/flu/professionals/infectioncontrol/resphygiene.htm

31. Zayas G, Chiang MC, Wong E, MacDonald F, Lange CF, Senthilselvan A, et al. Effectiveness of cough etiquette maneuvers in disrupting the chain of transmission of

**Exhibit R 086**

infectious respiratory diseases. BMC Public Health. 2013;13:811. https://doi.org/10.1186/1471-2458-13-811

32. Balaban V, Stauffer WM, Hammad A, Afgarshe M, Abd-Alla M, Ahmed Q, et al. Protective practices and respiratory illness among US travelers to the 2009 Hajj. J Travel Med. 2012;19:163–8. https://doi.org/10.1111/j.1708-8305.2012.00602.x

33. Barasheed O, Almasri N, Badahdah AM, Heron L, Taylor J, McPhee K, et al.; Hajj Research Team. Pilot randomised controlled trial to test effectiveness of facemasks in preventing influenza-like illness transmission among Australian Hajj pilgrims in 2011. Infect Disord Drug Targets. 2014;14:110–6. https://doi.org/10.2174/1871526514661410 21112855

34. MacIntyre CR, Cauchemez S, Dwyer DE, Seale H, Cheung P, Browne G, et al. Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis. 2009;15:233–41. https://doi.org/10.3201/eid1502.081166

35. MacIntyre CR, Zhang Y, Chughtai AA, Seale H, Zhang D, Chu Y, et al. Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness. BMJ Open. 2016;6:e012330. https://doi.org/10.1136/bmjopen-2016-012330

36. US Food and Drug Administration. Masks and N95 respirators, 2018 [cited 2019 Jul 10]. https://www.fda.gov/medicaldevices/productsandmedicalprocedures/general-hospitaldevicesandsupplies/personalprotectiveequipment/ucm055977.htm

37. Centers for Disease Control and Prevention. Respirator fact sheet, 2012 [cited 2019 Jul 10]. https://www.cdc.gov/niosh/npptl/topics/respirators/factsheets/respsars.html

38. Chughtai AA, Seale H, MacIntyre CR. Use of cloth masks in the practice of infection control—evidence and policy gaps. Int J Infect Control. 2013;9:1–12. https://doi.org/10.3396/IJIC.v9i3.020.13

39. World Health Organization. Advice on the use of masks in the community setting in Influenza A (H1N1) outbreaks, 2009 [cited 2019 Jul 10]. http://www.who.int/csr/resources/publications/Adviceusemaskscommunityrevised.pdf

40. Casas L, Espinosa A, Borràs-Santos A, Jacobs J, Krop E, Heederik D, et al. Domestic use of bleach and infections in children: a multicentre cross-sectional study. Occup Environ Med. 2015;72:602–4. https://doi.org/10.1136/oemed-2014-102701

41. Ibfelt T, Engelund EH, Schultz AC, Andersen LP. Effect of cleaning and disinfection of toys on infectious diseases and micro-organisms in daycare nurseries. J Hosp Infect. 2015;89:109–15. https://doi.org/10.1016/j.jhin.2014.10.007

42. Sandora TJ, Shih MC, Goldmann DA. Reducing absenteeism from gastrointestinal and respiratory illness in elementary school students: a randomized, controlled trial of an infection-control intervention. Pediatrics. 2008;121:e1555–62. https://doi.org/10.1542/peds.2007-2597

43. Oxford J, Berezin EN, Courvalin P, Dwyer DE, Exner M, Jana LA, et al. The survival of influenza A(H1N1)pdm09 virus on 4 household surfaces. Am J Infect Control. 2014;42:423–5. https://doi.org/10.1016/j.ajic.2013.10.016

44. Tuladhar E, Hazeleger WC, Koopmans M, Zwietering MH, Beumer RR, Duizer E. Residual viral and bacterial contamination of surfaces after cleaning and disinfection. Appl Environ Microbiol. 2012;78:7769–75. https://doi.org/10.1128/AEM.02144-12

45. Zhang N, Li Y. Transmission of influenza A in a student office based on realistic person-to-person contact and surface touch behaviour. Int J Environ Res Public Health. 2018;15:E1699. https://doi.org/10.3390/ijerph15081699

46. Shiu EY, Leung NHL, Cowling BJ. Controversy around airborne versus droplet transmission of respiratory viruses: implication for infection prevention. Curr Opin Infect Dis. 2019;32:372–9. https://doi.org/10.1097/QCO.0000000000000563

47. Marr LC, Tang JW, Van Mullekom J, Lakdawala SS. Mechanistic insights into the effect of humidity on airborne influenza virus survival, transmission and incidence. J R Soc Interface. 2019;16:20180298. https://doi.org/10.1098/rsif.2018.0298

48. Reiman JM, Das B, Sindberg GM, Urban MD, Hammerlund ME, Lee HB, et al. Humidity as a non-pharmaceutical intervention for influenza A. PLoS One. 2018; 13:e0204337. https://doi.org/10.1371/journal.pone.0204337

49. Gao X, Wei J, Cowling BJ, Li Y. Potential impact of a ventilation intervention for influenza in the context of a dense indoor contact network in Hong Kong. Sci Total Environ. 2016;569-570:373–81. https://doi.org/10.1016/j.scitotenv.2016.06.179

50. McDevitt JJ, Rudnick SN, Radonovich LJ. Aerosol susceptibility of influenza virus to UV-C light. Appl Environ Microbiol. 2012;78:1666–9. https://doi.org/10.1128/AEM.06960-11

Address for correspondence: Benjamin J. Cowling, World Health Organization Collaborating Centre for Infectious Disease Epidemiology and Control, School of Public Health, Li Ka Shing Faculty of Medicine, University of Hong Kong, 1/F Patrick Manson Bldg (North Wing), 7 Sassoon Rd, Hong Kong, China; email: bcowling@hku.hk

**Exhibit R 087**