# DECLARATION OF SERVICE

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 864 Grand Ave. #1050, San Diego, CA 92109.  On August 24, 2020, I served the following documents:

**1. PLAINTIFF OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO DISMISS;**
**2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINIFF OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO DISMISS;**
**3.  REQUEST FOR JUDICIAL NOTICE, EXHIBITS A-R.**

in the following manner:

**(BY CM/ECF)** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, which electronically notifies all counsel as follows:

| | |
|---|---|
| Xavier Becerra<br>Paul Stein<br>Natasha Saggar Sheth<br>Office of the Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>Phone: (415) 510-3818<br>Email: Natasha.Sheth@doj.ca.gov | Attorneys for Defendants<br>GOVENOR GAVIN NEWSOM AND SONIA Y. ANGELL, in their official capacities |
| Timothy White<br>San Diego County Counsel<br>1600 Pacific Highway, Room 355<br>San Diego, California 92101<br>Phone: (619) 531-4860<br>Email: timothy.white@sdcounty.ca.gov | Attorneys for Defendant<br>COUNTY OF SAN DIEGO |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 24, 2020, at San Diego, California.

By: _____
Philip Mauriello Jr., Esq.
Attorney for the Plaintiff
ASHTON FORBES
phil@arete.law

Forbes v. Macchione, et al.;
USDC No.: 20-cv-0998-BAS-JLB