THOMAS E. MONTGOMERY, County Counsel (SBN 109654)
County of San Diego
By Timothy M. White, Senior Deputy (SBN 220847)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4865; Fax: (619) 531-6005
E-mail: timothy.white@sdcounty.ca.gov

Attorneys for Defendant,
COUNTY OF SAN DIEGO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO,<br>GOVERNOR GAVIN NEWSOM in his official capacity,<br>SONIA Y. ANGELL in her official capacity, and<br>DOES 1-50,<br><br>　　　　　Defendants. | No. 20-CV-00998-BAS-JLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S REPLY TO PLAINTIFF'S OPPOSITION TO THE COUNTY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br>**[Federal Rules of Evidence, Rule 201]**<br><br>Judge:　　　Hon. Cynthia A. Bashant<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>Hearing Date: Tuesday, Sept. 8, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed:　　May 31, 2020<br>Trial Date:　　　None Set |

Defendant County of San Diego ("County"), in support of its reply to plaintiff Ashton Forbes' opposition [ECF 13] to the County's motion to dismiss Plaintiff's Second Amended Complaint ("SAC"), respectfully requests that the Court take judicial notice, under Federal Rules of Evidence, rule 201, of the following facts, public records and government publications and the medical/scientific data reported therein.

**Supporting Law**

Under Federal Rules of Evidence 201(b): "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." For example, in *Ferreyra v. Decker*, 2020 WL 1989417, at *6 (S.D.N.Y. April 27, 2020), the district court took judicial notice "that COVID-19 causes severe medical complications and has increased lethality amongst people of advanced age, and those with underlying health problems, or both." [*See also, Valenzuela Arias v, Decker*, 2020 WL 1847986, at *4 (S.D.N.Y. April 10, 2020) (taking judicial notice of medical conditions recognized by the CDC as resulting in increased risks of contracting COVID-19 or developing serious, and potentially fatal, complications from the virus).]

Because government publications are matters of public record and can be easily verified, they are proper subjects of judicial notice. [*See Corrie v. Caterpillar, Inc.*, 503 F.3d 974, 978 n.2 (9th Cir. 2007) (explaining that a court may take judicial notice of a government publication); *see also Santa Monica Food Not Bombs v. City of Santa Monica*, 450 F.3d 1022, 1025 n.2 (9th Cir. 2006) (taking judicial notice of public records that "can be accessed at Santa Monica's official website"); *Gent v. CUNA Mut. Ins. Soc'y*, 611 F.3d 79, 84 n.5 (1st Cir. 2010) (taking judicial notice of information concerning the transmission of Lyme Disease from the CDC website). Depending on whether a statement or fact contained in the government publication is reasonably subject to dispute, the Court can – if appropriate – limits its judicial to the publications' existence and the fact that they contain the purported statements, rather than the truth of the statements. [*See Lee v, City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001).]

In *George v. Diaz*, the Northern District of California took "judicial notice of . . . facts that illustrate that the governmental response to the Covid-19 pandemic has evolved in the few short months the pandemic has been in the United States," including that "the Centers for Disease Control first recommended the use of cloth face coverings in public

settings on April 3, 2020." [*George v. Diaz*, 2020 WL 2542020, at *2–3 (N.D. Cal. May 19, 2020) (citing the CDC's COVID-19 website, https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html, as a source of the facts that the court took judicial notice of).] A court can take judicial notice of "public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." [*Gerritsen v. Warner Bros. Entm't Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015) (internal quotations omitted).]

**County's Request for Judicial Notice In Support of Reply Brief**

Consistent with the above-discussed law, the County requests that the Court take judicial notice of the following:

A. The State of California's COVID-19 Assessment Tool showing the current "R-effective" (effective reproduction number) for both the State and for the County of San Diego (with data through August 30, 2020), estimating the average number of people each person infected with the novel coronavirus will pass the virus onto, and thus which represents the rate at which COVID-19 is spreading. A true and correct copy of the referenced R-effective graphs, available online at https://calcat.covid19.ca.gov/cacovidmodels/ (under the button labeled "Nowcasts") (last visited August 31, 2020), is attached hereto as Exhibit A.

B. The State of California's COVID-19 Statewide Update's graph reflecting the 14-day average Test Positivity rate (the 14-day rolling average of the percentage of COVID-19 tests administered daily in the State that return a positive result for COVID-19 infection), with data through August 30, 2020. A true and correct copy of the graph reflecting the Statewide 14-day average Test Positivity rate, available online at https://update.covid19.ca.gov/#top (last visited August 31, 2020), is attached hereto as Exhibit B.

/ / /

/ / /

/ / /

C.  The County of San Diego's COVID-19 Percentage Positive graph reflecting the 14-day rolling average Test Positive rate (the 14-day rolling average of the percentage of COVID-19 tests administered daily in the County of San Diego that return a positive result for COVID-19 infection), with data through August 30, 2020. A true and correct copy of the graph reflecting the County's 14-day rolling average Test Positivity rate, available online at https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/COVID-19%20Percentage%20Positive.pdf (last visited August 31, 2020), is attached hereto as Exhibit C.

D.  The Centers for Disease Control and Prevention's CDC COVID Data Tracker, *United States COVID-19 Cases and Death by State*, a true and correct copy of which is attached hereto as Exhibit D, and is available online at https://covid.cdc.gov/covid-data-tracker/#cases (last visited September 1, 2020).

DATED: September 1, 2020       THOMAS E. MONTGOMERY, County Counsel


By   s/Timothy M. White
     TIMOTHY M. WHITE, Senior Deputy
     Attorneys for Defendant,
     COUNTY OF SAN DIEGO
     E-mail: timothy.white@sdcounty.ca.gov

# EXHIBIT A

# Current R-effective in California

The effective reproduction number (R-effective) is the average number of people each infected person will pass the virus onto and represents the rate at which COVID-19 is spreading.

| State & County | Regions |

Latest Estimate of R-effective is:

## 0.92

Spread of COVID-19 is likely stable

[ What does a R-eff of this size mean? ]

Low/High Estimates of R-effective:

## 0.92 - 0.93

Stanford - covid19-projections.com

[ ⬇ Download R-eff Values (session/9b37a7d53ea20371cc5c45b080d02e7f/download/dlRt?w=7a3cc15c) ]

### Statewide Estimates of R-effective

The effective reproductive number (R) is the average number of secondary infected persons resulting from a infected person. If R>1, the number of infected persons will increase. If R<1, the number of infected persons will decrease. At R=1, the number of infected persons remains constant.



[ San Diego ▼ ]

Latest Estimate of R-effective is:

## 0.97

Spread of COVID-19 is likely stable

[ ⬇ Download County R-eff Trend (session/9b37a7d53ea20371cc5c45b080d02e7f/download/dlRt_indv_cnty?w=7a3cc15c) ]

NOTE: Some counties do not have sufficient case numbers in order for modelers to estimate R-effective.

### R-effective Trends by County

Select a county to see how R-effective has changed over time

San Diego





### Latest R-effective in California Counties

Using estimates and uncertainty intervals from Covid Act Now, the following graph presents the averaged R-effective over the last 7 days by county; (<1 decreasing spread, >1 increasing spread)

Download R-eff for Counties (session/9b37a7d53ea20371cc5c45b080d02e7f/download/dlRt_cnty_map?w=7a3cc15c)

### Statewide Map of R-effective by County

The following map presents the ensemble R-effective, averaged over the last 3 days by county; (<1 decreasing spread, >1 increasing spread)



# EXHIBIT B



Exh. B-1

EXHIBIT C

# COVID-19 Percentage Positive





**Percentage of Positive COVID-19 Cases Among Tests by Date Reported**
**Total Number of Cases = 38,604**

*Data are preliminary and subject to change; numerator: cases among San Diego County residents; denominator: all tests including San Diego County residents and non-residents; *received batch of prior tests; rolling average percentage for 14-day time period; total number of tests = 830,640; 8/30/2020 rolling average = 3.7%*
*Prepared by County of San Diego, Emergency Operations Center, 8/31/2020*

Exh. C-1

EXHIBIT D



Coronavirus Disease 2019 (COVID-19)

# CDC COVID Data Tracker

Maps, charts, and data provided by the CDC

 The CDC COVID-19 Data Tracker has a new look and location to make the data easier to find and use. All previous data remains and will be updated on the same schedule. Please update bookmarks and links.

Also, as of 8/27, the Tracker includes correctional facility information, NIH Vulnerability Index data, and upgraded testing information.

- **Case Trends** ▾
- Laboratory ▾
- Community Impact ▾
- Unique Populations ▾
- COVID-19 Home

**Cases** | Trends | Compare Trends | Demographics | Cases and Deaths by County | Forecasting | Trends in ED Visits

## United States COVID-19 Cases and Deaths by State

Reported to the CDC since January 21, 2020

**USA**

**6,004,443**

**TOTAL CASES**

CDC | Updated: Sep 1 2020 1:02PM

**USA**

**183,050**

**TOTAL DEATHS**

CDC | Updated: Sep 1 2020 1:02PM

**USA**

**288,876**

**Cases in Last 7 Days**

CDC | Updated: Sep 1 2020 1:02PM

| Total Cases | Cases in Last 7 Days | Cases per 100,000 | Total Deaths | Deaths per 100,000 |
|---|---|---|---|---|

**Total Number of COVID-19 Cases in the US Reported to the CDC, by State/Territory**

### Total Cases by State/Territory

| State/Territory | Total Cases | Confirmed | Probable |
|---|---|---|---|
| California | 704,085 | N/A | N/A |
| Florida | 616,629 | N/A | N/A |
| Texas | 612,969 | N/A | N/A |

Exh. D-1

| State/Territory | Total Cases | Confirmed | Probable |
|---|---|---|---|
| Georgia | 270,471 | N/A | N/A |
| Illinois | 236,725 | 235,023 | 1,702 |

CDC | Updated: Sep 1 2020 1:02PM



**Data Sources, References & Notes:** Total cases are based on aggregate counts of COVID-19 cases reported by state and territorial jurisdictions to the Centers for Disease Control and Prevention (CDC) since January 21, 2020, with the exception of persons repatriated to the United States from Wuhan, China, and Japan. The numbers are preliminary and have been reported to CDC by state and local public health departments, territories, New York City, and the District of Columbia from the previous day. New York State numbers exclude New York City, which is reported separately; data for New York State show total cases and deaths for all counties except the five counties comprising New York City. Probable cases are annotated by N/A. Rates are calculated using U.S. Census Bureau 2019 population estimates and are expressed per 100,000 persons. Units for cases is cases/100,000 people. The map shows total cases per state, including cases among persons repatriated to the United States and cases from the cruise ship Diamond Princess. The 7-day moving average of new cases (current day + 6 preceding days / 7) was calculated to smooth expected variations in daily counts. Demographic data for deaths is based on a subset of cases where case-level data is available. Case numbers reported on other websites may differ from what is posted on CDC's website because CDC's overall case numbers are validated through a confirmation process with each jurisdiction. Differences between reporting jurisdictions and CDC's website may occur due to the timing of reporting and website updates. The process used for finding and confirming cases displayed by other sites may differ.

View and Download COVID-19 Case Surveillance Public Use Data

**HAVE QUESTIONS?**

- Visit CDC-INFO
- Call 800-232-4636
- Email CDC-INFO
- Open 24/7

**CDC INFORMATION**

About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility

**CONNECT WITH CDC**

Exh. D-2