Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On September 1, 2020, I served the following documents:

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT COUNTY OF SAN DIEGO'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COUNTY OF SAN DIEGO'S REPLY TO PLAINTIFF'S OPPOSITION TO THE COUNTY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT;**

in the following manner:

☒ **(BY CM/ECF)** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel as follows:

| | |
|---|---|
| Philip Mauriello, Jr.<br>Arete Law A.P.C.<br>864 Grand Ave. #1050<br>San Diego, CA 92109<br>Phone: (619) 693-6474<br>Email: phil@arete.law | Attorney for Plaintiff<br>ASHTON FORBES |
| Xavier Becerra<br>Paul Stein<br>Natasha Saggar Sheth<br>Office of the Attorney General<br>455 Golden Gate, Ave., Ste. 11000<br>San Francisco, CA 94102<br>Phone: (415) 510-3818<br>Email: Natasha.Sheth@doj.ca.gov | Attorneys for Defendants<br>GOVERNOR GAVIN NEWSOM AND SONIA Y ANGELL, in their official capacities |

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2020, at San Diego, California.

By: s/*Timothy M. White*
E-mail: timothy.white@sdcounty.ca.gov

Forbes v. Macchione, et al.;
USDC No.: 20-cv-0998-BAS-JLB