```
1  THOMAS E. MONTGOMERY, County Counsel (SBN 109654)
   County of San Diego
2  By Timothy M. White, Senior Deputy (SBN 220847)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101-2469
   Telephone: (619) 531- 4865; Fax: (619) 531-6005
4  E-mail: timothy.white@sdcounty.ca.gov

5  Attorneys for Defendant,
   COUNTY OF SAN DIEGO
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>                Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN DIEGO,<br>GOVERNOR GAVIN NEWSOM in his official capacity,<br>SONIA Y. ANGELL in her official capacity, and<br>DOES 1-50,<br><br>                Defendants. | No. 20-CV-00998-BAS-JLB<br><br>**COUNTY OF SAN DIEGO'S NOTICE OF JOINDER AND JOINDER IN STATE DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[Joinder In ECF No. 14 ]**<br><br>Judge:         Hon. Cynthia A. Bashant<br>Mag. Judge: Hon. Jill L. Burkhardt<br><br>Hearing Date: Tuesday, Sept. 8, 2020<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed:   May 31, 2020<br>Trial Date:     None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to CivLR 7.1(j), defendant COUNTY OF SAN DIEGO hereby joins in the State Defendants' reply to Plaintiff's opposition to defendants' motions to dismiss the Second Amended Complaint [ECF No. 14], together with all supporting facts, arguments, documents, and evidence filed therewith. State Defendants' enacted a *statewide* face-covering mandate (which of course governs in San Diego County), and therefore the County's public health order incorporates the State's face-covering mandate by reference. The State and County mandates are thus coextensive, and thus for all practical purposes Plaintiff's challenge is to the *State's* mandate. Accordingly, the State Defendants' arguments apply with equal force to the County.

DATED: September 1, 2020    THOMAS E. MONTGOMERY, County Counsel

By    s/Timothy M. White
TIMOTHY M. WHITE, Senior Deputy
Attorneys for Defendant,
COUNTY OF SAN DIEGO
E-mail: timothy.white@sdcounty.ca.gov