1  XAVIER BECERRA
   Attorney General of California
2  PAUL STEIN
   Supervising Deputy Attorney General
3  NATASHA SAGGAR SHETH
   Deputy Attorney General
4  State Bar No. 282896
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3818
6   Fax:  (415) 703-5480
    E-mail:  Natasha.Sheth@doj.ca.gov
7  *Attorneys for Governor Gavin Newsom and
   Erica Pan, in their official capacities*
8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12

**ASHTON FORBES,**                   3:20-cv-00998-BAS-JLB

                        Plaintiff,  **STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

v.

**COUNTY OF SAN DIEGO, GOVERNOR GAVIN NEWSOM in his official capacity, ERICA PAN, in her official capacity, and DOES 1-50,**   Judge:      Hon. Cynthia A. Bashant
                                    Courtroom:  4B

                        Defendants.

California Governor Gavin Newsom and Acting State Public Health Officer, Dr. Erica Pan ("State Defendants") hereby notify the Court of new citations relevant to this case: (1) the State's recently released November 16, 2020 Guidance for the Use of Face Coverings ("November Guidance"), attached as Exhibit A,[1] which supersedes the previous guidance released on June 18, 2020 ("June Guidance"); and (2) new guidance published on November 20, 2020 by the Centers for Disease Control and Prevention (CDC) entitled Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-COV-2, attached as Exhibit B.[2]

The State's newly released November Guidance requires that individuals "must wear face coverings when they are outside of the home," unless an exemption applies. The June Guidance, by comparison, required individuals to wear a face covering in certain specified high-risk settings, unless an exemption applied. ECF No. 7-2. As a practical matter, both the November Guidance and the June Guidance require individuals to wear a face covering while in an indoor public space or while outdoors and it is not possible to maintain at least six feet of distance from others outside one's household.

The CDC's new Scientific Brief states, *inter alia*, that:

> Experimental and epidemiological data support community masking to reduce the spread of SARS-CoV-2. The prevention benefit of masking is derived from the combination of source control and personal protection for the mask wearer. The relationship between source control and personal protection is likely complementary and possibly synergistic, so that individual benefit increases with increasing community mask use. Further research is needed to expand the evidence base for the protective effect of cloth masks and in particular to identify the combinations of materials that maximize both their blocking and filtering effectiveness, as well as fit, comfort, durability, and consumer appeal. Adopting universal masking policies can help avert future lockdowns, especially if combined with other non-pharmaceutical interventions such as social distancing, hand hygiene, and adequate ventilation.

---

[1] The November Guidance is also available at https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/guidance-for-face-coverings.aspx.

[2] CDC's Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-COV-2 is also available at https://www.cdc.gov/coronavirus/2019-ncov/more/masking-science-sars-cov2.html.

These new documents are relevant to the State Defendants' pending motion to dismiss. The guidance challenged in the complaint has now been superseded by the State's November Guidance, and the CDC's Scientific Brief is relevant to the State Defendants' argument in their motion to dismiss that "the State's Mask Order is consistent with a wide scientific and medical consensus[.]" *See, e.g.*, ECF No. 12-1 at 10.

Dated: November 23, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*s/ Natasha Saggar Sheth*
NATASHA SAGGAR SHETH
Deputy Attorney General
*Attorneys for Governor Gavin Newsom and Erica Pan, in their official capacities*

SA2020302047

## EXHIBIT INDEX

| Exhibit | Description | Page No. |
|---|---|---|
| A | State's recently released November 16, 2020 Guidance for the Use of Face Coverings | 1-3 |
| B | New guidance published on November 20, 2020 by the Centers for Disease Control and Prevention (CDC) entitled Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-COV-2 | 4-8 |

# Exhibit A




State of California—Health and Human Services Agency

**California Department of Public Health**

Sandra Shewry
*Acting Director*
**Erica S. Pan, MD, MPH**
*Acting State Health Officer*

GAVIN NEWSOM
*Governor*

November 16, 2020

**TO:**　　　　All Californians

**SUBJECT:**　　Guidance for the Use of Face Coverings

**Note: The following guidance supersedes face coverings guidance released on June 18, 2020. This updated guidance mandates that a face covering is required at all times when outside of the home, with some exceptions.**

## Background

The risk for COVID-19 exposure and infection remains and will continue to be in our midst for the foreseeable next several months.   Since the start of the pandemic, we have learned a lot about COVID-19 transmission, most notably that there are a large proportion of people who are infected but are asymptomatic or pre-symptomatic, and they play an important part in community spread. The use of face coverings by everyone can limit the release of infected droplets when talking, coughing, sneezing, singing, exercising, shouting, or other forms of increased respiration, and they can also reinforce physical distancing by signaling the need to remain apart. In addition, increasing evidence also demonstrates a cloth face covering or mask also offers some protection to the wearer, too.

The purpose of this guidance is to provide information about when face coverings are required.  It mandates that face coverings be worn state-wide at all times when outside of the home, unless one or more of the exceptions outlined below apply. It does not substitute for existing guidance about physical distancing and hand hygiene.

## Guidance

People in California must wear face coverings when they are outside of the home, unless one of the exemptions below applies.

## Individuals are exempt from wearing face coverings in the following specific settings:

- Persons in a car alone or solely with members of their own household.
- Persons who are working in an office or in a room alone.
- Persons who are actively eating or drinking provided that they are able to maintain a distance of at least six feet away from persons who are not members of the same household or residence.
- Persons who are outdoors and maintaining at least 6 feet of social distancing from others not in their

- household. Such persons must have a face covering with them at all times and must put it on if they are within 6 feet of others who are not in their household.
- Persons who are obtaining a service involving the nose or face for which temporary removal of the face covering is necessary to perform the service.
- Workers who are required to wear respiratory protection.
- Persons who are specifically exempted from wearing face coverings by other CDPH guidance.

## The following individuals are exempt from wearing face coverings at all times:

- Persons younger than two years old. These very young children must not wear a face covering because of the risk of suffocation.
- Persons with a medical condition, mental health condition, or disability that prevents wearing a face covering. This includes persons with a medical condition for whom wearing a face covering could obstruct breathing or who are unconscious, incapacitated, or otherwise unable to remove a face covering without assistance. Such conditions are rare.
- Persons who are hearing impaired, or communicating with a person who is hearing impaired, where the ability to see the mouth is essential for communication.
- Persons for whom wearing a face covering would create a risk to the person related to their work, as determined by local, state, or federal regulators or workplace safety guidelines.

**Note:** Persons exempted from wearing a face covering due to a medical condition who are employed in a job involving regular contact with others must wear a non-restrictive alternative, such as a face shield with a drape on the bottom edge, as long as their condition permits it.

**Additional Information**

## What is a cloth face covering?

A cloth face covering is a material that covers the nose and mouth. It can be secured to the head with ties or straps or simply wrapped around the lower face. It can be made of a variety of materials, such as cotton, silk, or linen. A cloth face covering may be factory-made or sewn by hand or can be improvised from household items such as scarfs, T-shirts, sweatshirts, or towels.

## How should I choose and wear a cloth face covering?

You should select a face covering that covers your nose and mouth, goes under the chin, and does not have significant gaps around the nose or other parts of the face. Look for face coverings that have three layers, if possible, and are still easy to breathe through. Be sure that the ear loops or ties are tight enough to keep the face covering from sliding down the nose. Always wear your face covering over your nose and mouth, not under your nose or under your chin.

## How well do cloth face coverings work to prevent spread of COVID-19?

There is increasing scientific evidence demonstrating that use of face masks or cloth face coverings by the public during this COVID-19 pandemic helps reduce disease transmission. Their primary role is to reduce the release of infectious particles into the air when someone speaks, coughs, or sneezes, including someone who has COVID-19 but feels well, as well as reduce exposure for the wearer. Cloth face coverings are not a substitute for physical

002

distancing, washing hands, and staying home when ill or under quarantine, but they are additive when combined with these primary interventions.

## When should I wear a cloth face covering?

You should wear face coverings whenever you are outside of your home, unless one of the exceptions described above applies to you. Individuals who have significant COVID-19 exposure outside of their home, such as in the workplace, should consider wearing a mask at home, especially if vulnerable individuals are part of their household.

## How should I care for a cloth face covering?

It's a good idea to wash your cloth face covering frequently, ideally after each use, or at least daily. Have a bag or bin to keep cloth face coverings in until they can be laundered with detergent and hot water and dried on a hot cycle. If you must re-wear your cloth face covering before washing, wash your hands immediately after putting it back on and avoid touching your face. Discard cloth face coverings that:

- No longer cover the nose and mouth
- Have stretched out or damaged ties or straps
- Cannot stay on the face
- Have holes or tears in the fabric

For additional information and resources regarding masks and face coverings, including types of recommended and not recommended masks, see the CDC Face Coverings Website.

California Department of Public Health
PO Box, 997377, MS 0500, Sacramento, CA 95899-7377
Department Website (cdph.ca.gov)



Page Last Updated : November 16, 2020

# Exhibit B

# Scientific Brief: Community Use of Cloth Masks to Control the Spread of SARS-CoV-2

Updated Nov. 20, 2020

## Background

SARS-CoV-2 infection is transmitted predominately by respiratory droplets generated when people cough, sneeze, sing, talk, or breathe. CDC recommends community use of masks, specifically non-valved multi-layer cloth masks, to prevent transmission of SARS-CoV-2. Masks are primarily intended to reduce the emission of virus-laden droplets ("source control"), which is especially relevant for asymptomatic or presymptomatic infected wearers who feel well and may be unaware of their infectiousness to others, and who are estimated to account for more than 50% of transmissions.[1,2] Masks also help reduce inhalation of these droplets by the wearer ("filtration for personal protection"). The community benefit of masking for SARS-CoV-2 control is due to the combination of these effects; individual prevention benefit increases with increasing numbers of people using masks consistently and correctly.

## Source Control to Block Exhaled Virus

Multi-layer cloth masks block release of exhaled respiratory particles into the environment,[3-6] along with the microorganisms these particles carry.[7,8] Cloth masks not only effectively block most large droplets (i.e., 20-30 microns and larger)[9] but they can also block the exhalation of fine droplets and particles (also often referred to as aerosols) smaller than 10 microns ;[3,5] which increase in number with the volume of speech[10-12] and specific types of phonation.[13] Multi-layer cloth masks can both block up to 50-70% of these fine droplets and particles[3,14] and limit the forward spread of those that are not captured.[5,6,15,16] Upwards of 80% blockage has been achieved in human experiments that have measured blocking of all respiratory droplets,[4] with cloth masks in some studies performing on par with surgical masks as barriers for source control.[3,9,14]

## Filtration for Personal Protection

Studies demonstrate that cloth mask materials can also reduce wearers' exposure to infectious droplets through filtration, including filtration of fine droplets and particles less than 10 microns. The relative filtration effectiveness of various masks has varied widely across studies, in large part due to variation in experimental design and particle sizes analyzed. Multiple layers of cloth with higher thread counts have demonstrated superior performance compared to single layers of cloth with lower thread counts, in some cases filtering nearly 50% of fine particles less than 1 micron .[14,17-29] Some materials (e.g., polypropylene) may enhance filtering effectiveness by generating triboelectric charge (a form of static electricity) that enhances capture of charged particles[18,30] while others (e.g., silk) may help repel moist droplets[31] and reduce fabric wetting and thus maintain breathability and comfort.

## Human Studies of Masking and SARS-CoV-2 Transmission

Data regarding the "real-world" effectiveness of community masking are limited to observational and epidemiological studies.

- An investigation of a high-exposure event, in which 2 symptomatically ill hair stylists interacted for an average of 15 minutes with each of 139 clients during an 8-day period, found that none of the 67 clients who subsequently consented to an interview and testing developed infection. The stylists and all clients universally wore masks in the salon as required by local ordinance and company policy at the time.[32]

004
Exhibit B

- In a study of 124 Beijing households with ≥ 1 laboratory-confirmed case of SARS-CoV-2 infection, mask use by the index patient and family contacts before the index patient developed symptoms reduced secondary transmission within the households by 79%.[33]
- A retrospective case-control study from Thailand documented that, among more than 1,000 persons interviewed as part of contact tracing investigations, those who reported having always worn a mask during high-risk exposures experienced a greater than 70% reduced risk of acquiring infection compared with persons who did not wear masks under these circumstances.[34]
- A study of an outbreak aboard the USS Theodore Roosevelt, an environment notable for congregate living quarters and close working environments, found that use of face coverings on-board was associated with a 70% reduced risk.[35]
- Investigations involving infected passengers aboard flights longer than 10 hours strongly suggest that masking prevented in-flight transmissions, as demonstrated by the absence of infection developing in other passengers and crew in the 14 days following exposure.[36,37]

Seven studies have confirmed the benefit of universal masking in community level analyses: in a unified hospital system,[38] a German city,[39] a U.S. state,[40] a panel of 15 U.S. states and Washington, D.C.,[41,42] as well as both Canada[43] and the U.S.[44] nationally. Each analysis demonstrated that, following directives from organizational and political leadership for universal masking, new infections fell significantly. Two of these studies[42,44] and an additional analysis of data from 200 countries that included the U.S.[45] also demonstrated reductions in mortality. An economic analysis using U.S. data found that, given these effects, increasing universal masking by 15% could prevent the need for lockdowns and reduce associated losses of up to $1 trillion or about 5% of gross domestic product.[42]

# Conclusions

Experimental and epidemiological data support community masking to reduce the spread of SARS-CoV-2. The prevention benefit of masking is derived from the combination of source control and personal protection for the mask wearer. The relationship between source control and personal protection is likely complementary and possibly synergistic[14], so that individual benefit increases with increasing community mask use. Further research is needed to expand the evidence base for the protective effect of cloth masks and in particular to identify the combinations of materials that maximize both their blocking and filtering effectiveness, as well as fit, comfort, durability, and consumer appeal. Adopting universal masking policies can help avert future lockdowns, especially if combined with other non-pharmaceutical interventions such as social distancing, hand hygiene, and adequate ventilation.

# References

1. Moghadas SM, Fitzpatrick MC, Sah P, et al. The implications of silent transmission for the control of COVID-19 outbreaks. *Proc Natl Acad Sci U S A.* 2020;117(30):17513-17515.10.1073/pnas.2008373117. https://www.ncbi.nlm.nih.gov/pubmed/32632012 .
2. Johansson MA, Quandelacy TM, Kada S, et al. Controlling COVID-19 requires preventing SARS-CoV-2 transmission from people without symptoms. *submitted.* 2020.
3. Lindsley WG, Blachere FM, Law BF, Beezhold DH, Noti JD. Efficacy of face masks, neck gaiters and face shields for reducing the expulsion of simulated cough-generated aerosols. *medRxiv.* 2020. https://doi.org/10.1101/2020.10.05.20207241 .
4. Fischer EP, Fischer MC, Grass D, Henrion I, Warren WS, Westman E. Low-cost measurement of face mask efficacy for filtering expelled droplets during speech. *Sci Adv.* 2020;6(36).10.1126/sciadv.abd3083. https://www.ncbi.nlm.nih.gov/pubmed/32917593 .
5. Verma S, Dhanak M, Frankenfield J. Visualizing the effectiveness of face masks in obstructing respiratory jets. *Phys Fluids (1994).* 2020;32(6):061708.10.1063/5.0016018. https://www.ncbi.nlm.nih.gov/pubmed/32624649 .
6. Bahl P, Bhattacharjee S, de Silva C, Chughtai AA, Doolan C, MacIntyre CR. Face coverings and mask to minimise

droplet dispersion and aerosolisation: a video case study. *Thorax.* 2020;75(11):1024-1025.10.1136/thoraxjnl-2020-215748. https://www.ncbi.nlm.nih.gov/pubmed/32709611 .

7. Davies A, Thompson KA, Giri K, Kafatos G, Walker J, Bennett A. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? *Disaster Med Public Health Prep.* 2013;7(4):413-418.10.1017/dmp.2013.43. https://www.ncbi.nlm.nih.gov/pubmed/24229526 .

8. Leung NHL, Chu DKW, Shiu EYC, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nature Medicine.* 2020;26(5):676-680.https://dx.doi.org/10.1038/s41591-020-0843-2 .

9. Bandiera L., Pavar G., Pisetta G., et al. Face coverings and respiratory tract droplet dispersion. *medRxiv.* 2020.10.1101/2020.08.11.20145086. https://doi.org/10.1101/2020.08.11.20145086 .

10. Alsved M, Matamis A, Bohlin R, et al. Exhaled respiratory particles during singing and talking. *Aerosol Sci Technol.* 2020.10.1080/02786826.2020.1812502.

11. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. *Sci Rep.* 2019;9(1):2348.10.1038/s41598-019-38808-z. https://www.ncbi.nlm.nih.gov/pubmed/30787335 .

12. Morawska L., Johnson GR, Ristovski ZD, et al. Size distribution and sites of origin of droplets expelled from the human respiratory tract during expiratory activities. *Aerosol Sci.* 2009;40(3):256-269. https://www.sciencedirect.com/science/article/pii/S0021850208002036 .

13. Abkarian M, Mendez S, Xue N, Yang F, Stone HA. Speech can produce jet-like transport relevant to asymptomatic spreading of virus. *Proc Natl Acad Sci U S A.* 2020;117(41):25237-25245.10.1073/pnas.2012156117. https://www.ncbi.nlm.nih.gov/pubmed/32978297 .

14. Ueki H, Furusawa Y, Iwatsuki-Horimoto K, et al. Effectiveness of Face Masks in Preventing Airborne Transmission of SARS-CoV-2. *mSphere.* 2020;5(5).10.1128/mSphere.00637-20. https://www.ncbi.nlm.nih.gov/pubmed/33087517 .

15. Rodriguez-Palacios A, Cominelli F, Basson AR, Pizarro TT, Ilic S. Textile Masks and Surface Covers-A Spray Simulation Method and a "Universal Droplet Reduction Model" Against Respiratory Pandemics. *Front Med (Lausanne).* 2020;7:260.10.3389/fmed.2020.00260. https://www.ncbi.nlm.nih.gov/pubmed/32574342 .

16. Viola I.M., Peterson B., Pisetta G., et al. Face coverings, aerosol dispersion and mitigation of virus transmission risk. 2020. https://arxiv.org/abs/2005.10720 .

17. Rengasamy S, Eimer B, Shaffer RE. Simple respiratory protection–evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. *Ann Occup Hyg.* 2010;54(7):789-798.10.1093/annhyg/meq044. https://www.ncbi.nlm.nih.gov/pubmed/20584862 .

18. Konda A, Prakash A, Moss GA, Schmoldt M, Grant GD, Guha S. Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. *ACS Nano.* 2020;14(5):6339-6347.10.1021/acsnano.0c03252. https://www.ncbi.nlm.nih.gov/pubmed/32329337 .

19. Long KD, Woodburn EV, Berg IC, Chen V, Scott WS. Measurement of filtration efficiencies of healthcare and consumer materials using modified respirator fit tester setup. *PLoS One.* 2020;15(10):e0240499.10.1371/journal.pone.0240499. https://www.ncbi.nlm.nih.gov/pubmed/33048980 .

20. O'Kelly E, Pirog S, Ward J, Clarkson PJ. Ability of fabric face mask materials to filter ultrafine particles at coughing velocity. *BMJ Open.* 2020;10(9):e039424.10.1136/bmjopen-2020-039424. https://www.ncbi.nlm.nih.gov/pubmed/32963071 .

21. Aydin O, Emon B, Cheng S, Hong L, Chamorro LP, Saif MTA. Performance of fabrics for home-made masks against the spread of COVID-19 through droplets: A quantitative mechanistic study. *Extreme Mech Lett.* 2020;40:100924.10.1016/j.eml.2020.100924. https://www.ncbi.nlm.nih.gov/pubmed/32835043 .

22. Bhattacharjee S, Bahl P, Chughtai AA, MacIntyre CR. Last-resort strategies during mask shortages: optimal design features of cloth masks and decontamination of disposable masks during the COVID-19 pandemic. *BMJ Open Respir Res.* 2020;7(1).10.1136/bmjresp-2020-000698. https://www.ncbi.nlm.nih.gov/pubmed/32913005 .

23. Maurer L, Peris D, Kerl J, Guenther F, Koehler D, Dellweg D. Community Masks During the SARS-CoV-2 Pandemic: Filtration Efficacy and Air Resistance. *J Aerosol Med Pulm Drug Deliv.* 2020.10.1089/jamp.2020.1635.

https://www.ncbi.nlm.nih.gov/pubmed/32975460 .

24. Hill WC, Hull MS, MacCuspie RI. Testing of Commercial Masks and Respirators and Cotton Mask Insert Materials using SARS-CoV-2 Virion-Sized Particulates: Comparison of Ideal Aerosol Filtration Efficiency versus Fitted Filtration Efficiency. *Nano Lett.* 2020;20(10):7642-7647.10.1021/acs.nanolett.0c03182. https://www.ncbi.nlm.nih.gov/pubmed/32986441 .

25. Whiley H, Keerthirathne TP, Nisar MA, White MAF, Ross KE. Viral Filtration Efficiency of Fabric Masks Compared with Surgical and N95 Masks. *Pathogens.* 2020;9(9).10.3390/pathogens9090762. https://www.ncbi.nlm.nih.gov/pubmed/32957638 .

26. Hao W, Parasch A, Williams S, et al. Filtration performances of non-medical materials as candidates for manufacturing facemasks and respirators. *Int J Hyg Environ Health.* 2020;229:113582.10.1016/j.ijheh.2020.113582. https://www.ncbi.nlm.nih.gov/pubmed/32917368 .

27. van der Sande M, Teunis P, Sabel R. Professional and home-made face masks reduce exposure to respiratory infections among the general population. *PLoS One.* 2008;3(7):e2618.10.1371/journal.pone.0002618. https://www.ncbi.nlm.nih.gov/pubmed/18612429 .

28. Chu DK, Akl EA, Duda S, et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. *Lancet.* 2020.10.1016/S0140-6736(20)31142-9. https://doi.org/10.1016/S0140-6736(20)31142-9 .

29. Clase CM, Fu EL, Ashur A, et al. Forgotten Technology in the COVID-19 Pandemic: Filtration Properties of Cloth and Cloth Masks-A Narrative Review. *Mayo Clin Proc.* 2020;95(10):2204-2224.10.1016/j.mayocp.2020.07.020. https://www.ncbi.nlm.nih.gov/pubmed/33012350 .

30. Zhao M, Liao L, Xiao W, et al. Household Materials Selection for Homemade Cloth Face Coverings and Their Filtration Efficiency Enhancement with Triboelectric Charging. *Nano Lett.* 2020;20(7):5544-5552.10.1021/acs.nanolett.0c02211. https://www.ncbi.nlm.nih.gov/pubmed/32484683 .

31. Parlin AF, Stratton SM, Culley TM, Guerra PA. A laboratory-based study examining the properties of silk fabric to evaluate its potential as a protective barrier for personal protective equipment and as a functional material for face coverings during the COVID-19 pandemic. *PLoS One.* 2020;15(9):e0239531.10.1371/journal.pone.0239531. https://www.ncbi.nlm.nih.gov/pubmed/32946526 .

32. Hendrix MJ, Walde C, Findley K, Trotman R. Absence of Apparent Transmission of SARS-CoV-2 from Two Stylists After Exposure at a Hair Salon with a Universal Face Covering Policy – Springfield, Missouri, May 2020. *MMWR Morb Mortal Wkly Rep.* 2020;69(28):930-932.10.15585/mmwr.mm6928e2. https://www.ncbi.nlm.nih.gov/pubmed/32673300 .

33. Wang Y, Tian H, Zhang L, et al. Reduction of secondary transmission of SARS-CoV-2 in households by face mask use, disinfection and social distancing: a cohort study in Beijing, China. *BMJ Glob Health.* 2020;5(5).10.1136/bmjgh-2020-002794. https://www.ncbi.nlm.nih.gov/pubmed/32467353 .

34. Doung-Ngern P, Suphanchaimat R, Panjangampatthana A, et al. Case-Control Study of Use of Personal Protective Measures and Risk for Severe Acute Respiratory Syndrome Coronavirus 2 Infection, Thailand. *Emerg Infect Dis.* 2020;26(11).10.3201/eid2611.203003. https://www.ncbi.nlm.nih.gov/pubmed/32931726 .

35. Payne DC, Smith-Jeffcoat SE, Nowak G, et al. SARS-CoV-2 Infections and Serologic Responses from a Sample of U.S. Navy Service Members – USS Theodore Roosevelt, April 2020. *MMWR Morb Mortal Wkly Rep.* 2020;69(23):714-721.10.15585/mmwr.mm6923e4. https://www.ncbi.nlm.nih.gov/pubmed/32525850 .

36. Schwartz KL, Murti M, Finkelstein M, et al. Lack of COVID-19 transmission on an international flight. *Cmaj.* 2020;192(15):E410.10.1503/cmaj.75015. https://www.ncbi.nlm.nih.gov/pubmed/32392504 .

37. Freedman DO, Wilder-Smith A. In-flight Transmission of SARS-CoV-2: a review of the attack rates and available data on the efficacy of face masks. *J Travel Med.* 2020.10.1093/jtm/taaa178. https://www.ncbi.nlm.nih.gov/pubmed/32975554 .

38. Wang X, Ferro EG, Zhou G, Hashimoto D, Bhatt DL. Association Between Universal Masking in a Health Care System and SARS-CoV-2 Positivity Among Health Care Workers. *JAMA.* 2020.10.1001/jama.2020.12897. https://www.ncbi.nlm.nih.gov/pubmed/32663246 .

39. Mitze T., Kosfeld R., Rode J., Wälde K. *Face Masks Considerably Reduce COVID-19 Cases in Germany: A Synthetic Control Method Approach.* IZA – Institute of Labor Economics (Germany);2020.ISSN: 2365-9793, DP No. 13319. http://ftp.iza.org/dp13319.pdf

40. Gallaway MS, Rigler J, Robinson S, et al. Trends in COVID-19 Incidence After Implementation of Mitigation Measures – Arizona, January 22-August 7, 2020. *MMWR Morb Mortal Wkly Rep.* 2020;69(40):1460-1463.10.15585/mmwr.mm6940e3. https://www.ncbi.nlm.nih.gov/pubmed/33031366 .

41. Lyu W, Wehby GL. Community Use Of Face Masks And COVID-19: Evidence From A Natural Experiment Of State Mandates In The US. *Health Aff (Millwood).* 2020;39(8):1419-1425.10.1377/hlthaff.2020.00818. https://www.ncbi.nlm.nih.gov/pubmed/32543923 .

42. Hatzius J, Struyven D, Rosenberg I. Face Masks and GDP. *Goldman Sachs Research* https://www.goldmansachs.com/insights/pages/face-masks-and-gdp.html . Accessed July 8, 2020.

43. Karaivanov A., Lu S.E., Shigeoka H., Chen C., Pamplona S. *Face Masks, Public Policies And Slowing The Spread Of Covid-19: Evidence from Canada* National Bureau Of Economic Research 2020.Working Paper 27891. http://www.nber.org/papers/w27891 .

44. Chernozhukov V, Kasahara H, Schrimpf P. Causal Impact of Masks, Policies, Behavior on Early Covid-19 Pandemic in the U.S. *medRxiv.* 2020.10.1101/2020.05.27.20115139. http://medrxiv.org/content/early/2020/05/29/2020.05.27.20115139.abstract .

45. Leffler CT, Ing EB, Lykins JD, Hogan MC, McKeown CA, Grzybowski A. Association of country-wide coronavirus mortality with demographics, testing, lockdowns, and public wearing of masks (updated August 4, 2020). *medRxiv.* 2020.10.1101/2020.05.22.20109231. http://medrxiv.org/content/early/2020/05/25/2020.05.22.20109231.abstract .

**More Information**

The Science of Masking to Control COVID-19  [PDF – 28 slides]

The Science of Masking to Control COVID-19 (Abbreviated)  [PDF – 7 slides]

Last Updated Nov. 20, 2020

# CERTIFICATE OF SERVICE

Case Name: **Forbes, Ashton v. County of San Diego, et al.**   Case No. **3:20-cv-00998**

I hereby certify that on <u>November 23, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STATE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 23, 2020</u>, at San Francisco, California.

M. Mendiola
Declarant

*/s/ M. Mendiola*
Signature

SA2020302047
42439828.docx