Philip Mauriello Jr., Esq. (SBN 321227)
Arete Law A.P.C.
864 Grand Ave, #1050
San Diego, CA 92109
Telephone: (619) 693-6474
Fax: (619) 693-6474
Email: phil@arete.law

Attorney for Plaintiff
ASHTON FORBES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ASHTON FORBES, | Case No. 3:20-cv-00998-BAS-JLB |
|---|---|
| Plaintiff, | **NOTICE OF DECLINATION TO AMEND AND REQUEST TO ENTER FINAL JUDGEMENT** |
| vs | |
| COUNTY OF SAN DIEGO; GAVIN NEWSOM, *in his official capacity as the Governor of California*, TOMAS J. ARAGON, *in his official capacity as the State Public Health Officer*, | |
| Defendants. | |

    Plaintiff Ashton Forbes ("FORBES") hereby gives notice that it declines to amend its complaint. In support of this notice, FORBES states as follows:

1. On March 4, 2021 this Court issued the "Order Granting Defendants' Motions to Dismiss." (ECF 19) The Court dismissed Plaintiff's first claim for violation of California's police power with prejudice. The Court dismissed without prejudice Plaintiff's first claim to the extent it raises a substantive due process challenge to the Mask Rules. The Court dismissed without prejudice Plaintiff's second, third, and fourth claims. Finally, the Court declined to exercise supplemental jurisdiction over Plaintiff's fifth claim and dismisses it without prejudice. Plaintiff was given leave to amend and file a Third Amend Complaint no later than March 26, 2021.

2. FORBES declines to amend its complaint to state these causes of action at this time.

## CONCLUSION

For these reasons, FORBES declines to file the Third Amended Complaint. Final judgment should entered forthwith.

Dated: March 23, 2021                                    Respectfully submitted,


*/s/Philip Mauriello Jr.*
Philip Mauriello Jr. Esq.
California State Bar No. 321227
ARETE LAW A.P.C.
864 Grand Ave. #1050
San Diego, CA 92109
Phone: 619-693-6474
Email: phil@arete.law
Attorney for the Plaintiff,
Ashton Forbes

# CERTIFICATE OF SERVICE

By the undersigned signature, I hereby certify on behalf of the above-captioned plaintiff that on March 23, 2021, a true and correct copy **NOTICE OF DECLINATION TO AMEND AND REQUEST FOR FINAL JUDGMENT** was electronically filed with the Clerk of Court via the Court's CM/ECF System and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/Philip Mauriello Jr.*
Philip Mauriello Jr. Esq.