# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON FORBES,<br><br>                                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, *et al.*,<br><br>                                    Defendants. | Case No. 20-cv-00998-BAS-JLB<br><br>**ORDER DISMISSING CASE AND DIRECTING CLERK TO ENTER JUDGMENT** |

On March 4, 2021, the Court granted Defendants' Motions to Dismiss Plaintiff Ashton Forbes' action challenging California's requirements for the use of face coverings during the COVID-19 pandemic. (ECF No. 19.) The Court granted Plaintiff leave to file a Third Amended Complaint by March 26, 2021. (*Id.* at 14.) However, on March 23, 2021, Plaintiff notified the Court that he does not intend to amend his complaint and requested that the Court enter final judgment.

Accordingly, the Court **DISMISSES** this action in its entirety. The Clerk is directed to enter final judgment of dismissal and close the case.

**IT IS SO ORDERED.**

**DATED: March 25, 2021**

Hon. Cynthia Bashant
United States District Judge