

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashton Forbes<br><br>Plaintiff,<br>V.<br>County of San Diego; Governor Gavin Newsome, in his official capacity; Sonia Y. Angell, in her official capacity; Erica Pan and DOES 1-50<br>Defendant. | Civil Action No.   20cv0998-BAS-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses this action in its entirety. Final judgment is entered in favor of Defendants.

Date:      3/25/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Garcia
A. Garcia, Deputy